IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

MICHAEL L. YOUNG,
   Plaintiff

v.

REED ELSEVIER, INC., SEISNT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,
   Defendants.

07-80031

CIV-MIDDLEBROOKS

MAGISTRATE JUDGE
JOHNSON

FILED by _____ D.C.
INTAKE

JAN 1 0 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

Comes Now, TRANS UNION LLC ("Trans Union"), incorrectly named Transunion, LLC and files this Notice of Removal pursuant to 28 U.S.C. §1446 and in support thereof would respectfully show the Court as follows:

### A. Procedural Background

1.   Michael L. Young is the Plaintiff ("Plaintiff").  Reed Elsevier, Inc., Seisnt, Inc., Citibank Federal Savings Bank, Citibank (West), FSB, Citimortgage, Inc., and Transunion, LLC are named as the Defendants

2.   On December 15, 2006, Plaintiff filed the Amended Complaint and Request for Jury Trial action in the Fifteenth Judicial District of Palm Beach County, Florida ("State Court Action") alleging that Defendants reported either false or refused to investigate debts on Plaintiff's credit reports in violation of the Fair Credit Reporting Act. Plaintiff did request a jury.  Plaintiff further alleges that some of the Defendants committed Libel, and also violated the Florida Unfair and Deceptive Trade Practices Act.

1

3.    The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

4.    Trans Union LLC was served with Plaintiff's Amended Complaint on December 21, 2006.    Reed Elsevier, Inc. was served with Plaintiff's Amended Complaint on December 21, 2006.  Seisnt, Inc. was served with Plaintiff's Amended Complaint on December 28, 2006.  Citibank Federal Savings Bank was served with Plaintiff's Amended Complaint on December 20, 2006.  Citibank (West), FSB  was served with Plaintiff's Amended Complaint on December 20, 2006.  Citimortgage, Inc. was served with Plaintiff's Amended Complaint on December 28, 2006.  This Notice of Removal within the thirty (30) day time period required by 28 U.S.C. §1446(b).

## B. Grounds for Removal

5.    The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States.  Removal is thus proper because Plaintiff's claims present a federal question. *Id.*  In the Amended Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.  Moreover, any claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

## C. Compliance with Procedural Requirements

6.    Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendant received a copy of Plaintiff's pleading setting forth the claims for relief upon which Plaintiff's action is based.

7.     Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

8.     Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida, as required by 28 U.S.C. § 1446(d).

9.     Pursuant to 28 U.S.C. § 1446(a) and local rule 4.02(b), a copy of all process, pleadings, and orders served upon the Defendant in the State Court Action is attached hereto as Exhibit A.

10.    Trial has not commenced in the Fifteenth Judicial Circuit Court in and for Palm Beach County, Florida.

11.    All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case.   Joinders in the Removal for Reed Elsevier, Inc., Seisnt, Inc., Citibank Federal Savings Bank, Citibank (West), FSB, and Citimortgage, Inc. are attached as Exhibit "B".

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

3

Respectfully submitted,

**FRANKLIN G. COSMEN**
Florida Bar No. 0089214
**Fowler White Burnett P A**
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, Florida  33131-3302
(305) 789-9229
(305) 789-9201 (Fax)

**COUNSEL FOR DEFENDANT TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10th of January, 2007, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

FRANKLIN G. COSMEN

1960539.1/SP/83057/0495/011007

## SERVICE LIST

MICHAEL L. YOUNG versus REED ELSEVIER, INC., et al

CASE NO. _____

United States District Court, Southern District of Florida, Palm Beach Division

Barry S. Balmuth
balmuthlaw@alum.emory.edu
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
Attorneys for Plaintiff, Michael L. Young
*Via U.S. Mail*

John M. Byrne
john.byrne@lexisnexis.com
6601 Park of Commerce Blvd.
Boca Raton, Florida 33487
Telephone: (561) 999-4436
Facsimile: (561) 981-0869
Counsel for Defendant, Reed Elsevier,
Inc. and Seisnt, Inc.
*Via U.S. Mail*

---

Trevor G. Hawes
thawes@hinshawlaw.com
50 North Laura Street
Suite 41 00
Jacksonville, FL 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
Counsel for Defendant, Citibank Federal
Savings Bank; Citibank (West), FSB; and
Citimortgage, Inc.
*Via U.S. Mail*

6

# EXHIBIT A

1960539.1/SP/83057/0495/011007

IN THE CIRCUIT COURT FOR THE
15th JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

MICHAEL L. YOUNG,

      **Plaintiff,**

vs.

REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,

      **Defendants.**

_____/

CASE NO. 012568 XXXX MB

CMM

## COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, MICHAEL L. YOUNG sues REED ELSEVIER, INC., SEISINT, INC.,

CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE,

INC., and TRANSUNION, LLC, and alleges:

### GENERAL ALLEGATIONS

1.     This is an action for damages in excess of Fifteen Thousand Dollars ($15,000),

exclusive of interest, costs and attorney's fees and for injunctive relief, and in all respects, meets

or exceeds the jurisdictional requirements of this Court pursuant to Section 26.102 of the Florida

Statutes.

2.     This court has jurisdiction of this action pursuant to 15 U.S.C. §1681(p) and

Section 26.102 of the Florida Statutes.

3.     Plaintiff, MICHAEL L. YOUNG ("YOUNG"), is a natural person and a United

States citizen and is and, at all material times, was a resident of Palm Beach County, Florida, and

is otherwise *sui juris.*



*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 2*

4.     YOUNG is a consumer within the meaning of 15 U.S.C. §1681a(c), section

1681a(c) of the Fair Credit Reporting Act ("FCRA").

5.     REED ELSEVIER, INC. ("REED ELSEVIER") is a foreign corporation that has

an agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to,

and doing business in, Palm Beach County, Florida.

6.     SEISINT, INC. ("SEISINT") is a Florida corporation which has an office for

transaction of its customary business in Palm Beach County, Florida.

7.     Upon information and belief, REED ELSEVIER owns SEISINT.

8.     LEXISNEXIS is registered in Florida as a fictitious name owned by REED

ELSEVIER.

9.     ACCURINT is registered in Florida as a fictitious name owned by SEISINT.

10.    The website of ACCURINT suggests or at least implies that it is part of business

named LEXISNEXIS:

> LexisNexis® is an industry leader in the responsible use of data and protection of
> individual privacy. Accurint, using public records and non-public information,
> provides invaluable fraud detection and identity solutions for the public and
> private sectors. Accurint helps safeguard citizens and reduces financial losses.

11.    Based on the foregoing, YOUNG has sued both REED ELSEVIER and SEISINT.

Hereinafter, REED ELSEVIER, SEISINT, LEXISNEXIS, and ACCURINT, will collectively be

referred to as ACCURINT.

12.    CITIBANK, FEDERAL SAVINGS BANK is a federal savings association that

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 3*

has an office for the transaction of its customary business as well as agent(s) or other

representative(s) located in Palm Beach County, Florida and is authorized to, and doing business

in, Palm Beach County, Florida.

      13.    CITIBANK (WEST), FSB is a federal savings association that has an office for

the transaction of its customary business as well as agent(s) or other representative(s) located in

Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County,

Florida.

      14.    CITIMORTGAGE, INC. is a foreign corporation that has an agent(s) or other

representative(s) located in Palm Beach County, Florida and is authorized to, and doing business

in, Palm Beach County, Florida.

      15.    YOUNG obtained a home equity line of credit from CITIBANK, FEDERAL

SAVINGS BANK with account number XXXXXX6632 "Equity Line"). This Equity Line may

have been assigned to, or serviced by, CITIBANK (WEST), FSB or CITIMORTGAGE, INC.

CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, and CITIMORTGAGE,

INC. are affiliated businesses and one or more of them may be the entity responsible for the

wrongdoing complained of herein. YOUNG has received correspondence relating to this issue,

described more-fully herein, from "Citibank" and from "Citibank Service Center, [which]

provides client account services for Citibank, N.A., Citibank Texas, N.A., and CITIBANK

(WEST), FSB." Thus, pending discovery, YOUNG is not, based on the corporate structure of

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 4*

these various Citibank entities and lack of clarity in correspondence from CITIBANK to

YOUNG, able to precisely determine which of these entities is responsible for the wrongdoing

complained of herein and, therefore, YOUNG will hereinafter collectively refer to CITIBANK,

FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, and CITIMORTGAGE, INC. as

"CITIBANK."

16.     CITIBANK is a furnisher of information to consumer reporting agencies as the

term furnisher is used in 15 U.S.C. §§ 181li and 1681s-2.

17.     TRANSUNION, LLC ("TRANSUNION") is a foreign corporation that has an

agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to,

and doing business in, Palm Beach County, Florida.

18.     TRANSUNION is a consumer reporting agency, as defined in 15 U.S.C.

§1681a(f).

19.     Venue is proper in this Court pursuant to Florida Statutes §47.11, *et. seq.*

### COUNT I - LIBEL BY ACCURINT

YOUNG sues ACCURINT for libel and incorporates the allegations of paragraphs 1

through 11, 15, and 19, above, and further alleges:

20.     On or about March 15, 2006 ACCURINT published to CITIBANK, one of its

customers, a statement that YOUNG had filed bankruptcy. This statement was published to

CITIBANK by virtue of ACCURINT transmitting a report of purported data regarding YOUNG

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 5*

to CITIBANK that was subsequently read by a representative of CITIBANK.

21.    The statement that YOUNG had filed bankruptcy was based on information obtained by ACCURINT that Michael **J.** Young filed bankruptcy jointly with his wife, Janice L. Young, in the Bankruptcy Court for the Southern District of Ohio.

22.    Michael J. Young has a different middle initial from Plaintiff, YOUNG, and, per ACCURINT'S own database, has a different social security number including the last four digits of same, YOUNG did not live and has never lived in Ohio, and YOUNG has never been married to a Janice L. Young but was formerly married to Christine M. Young.

23.    ACCURINT was negligent in that it failed to use reasonable care in publishing the statement to CITIBANK.

24.    Moreover, ACCURINT has advised YOUNG that it does not verify the accuracy of information in its database and has no mechanism to correct inaccurate information in its database. ACCURINT has acted with a degree of gross negligence which is indicative of a wanton disregard of the rights of others.

25.    YOUNG has never filed bankruptcy. ACCURINT'S publication of false and derogatory statement that YOUNG filed bankruptcy is libelous per se in it is the type of information that would subject YOUNG to distrust, ridicule, contempt, or disgrace, or tend to injure him in his trade or imputes to YOUNG conduct, characteristics, or a condition incompatible with the proper exercise of his lawful trade.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 6*

26.     CITIBANK used the erroneous information it obtained regarding YOUNG'S

purported bankruptcy and "coded" his Equity Line as being in bankruptcy status, freezing the

Equity Line and causing several checks to bounce, and republished the statement that YOUNG'S

Equity Line was in a bankruptcy status due to YOUNG'S purported filing of bankruptcy to credit

reporting agencies which in turn published this information in credit reports.   It was reasonably

foreseeable to ACCURINT that the erroneous information ACCURINT published to CITIBANK

could be republished in this manner.

27.     ACCURINT'S publication of false and derogatory information has been the

proximate cause of great and irreparable injury to YOUNG.  YOUNG has suffered damages

including, but not limited to, impairment of credit, abstention from applying for credit and

ensuing lost economic and investment opportunities, pecuniary loss, mental anguish,

embarrassment, humiliation, damage to his reputation and credit standing and other losses that

are continuing in nature.  By example, YOUNG was questioned about the bankruptcy on his

credit report by his employer and CITIBANK froze his Equity Line causing checks made on the

Equity Line to bounce.

28.     Despite correspondence from YOUNG to ACCURINT dated May 15, 2006 and

June 18, 2006, copies of which are attached hereto (social security numbers partially redacted) as

Composite Exhibit "A," advising ACCURINT that the information is incorrect and demanding

that ACCURINT delete this information from its database, ACCURINT has failed and refused to

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 7*

do so. The derogatory statement that YOUNG filed bankruptcy was, as the date of the

preparation of this complaint, still kept in the database of ACCURINT. Indeed, ACCURINT has

indicated in correspondence to YOUNG dated May 9, 2006 and July 11, 2006, copies of which

are attached hereto with report enclosed in May 9, 2006 correspondence (social security numbers

partially redacted) as Composite Exhibit "B," that it does not verify the accuracy of information

in its database and has no mechanism to correct inaccurate information in its database and that

the information came from the Ohio Bankruptcy Court and it is up to YOUNG to correct the

information there. This correspondence is also indicative of the fact that ACCURINT refuses to

understand that it is not that the information that Michael J. Young and his wife filed for

bankruptcy protection is incorrect, but that ACCURINT'S including of such information in it's

database as it relates to YOUNG and, more importantly, its publication of such information to

CITIBANK that was wrongful.

    29.    Based on ACCURINT'S refusal to remove this derogatory statement from its

database, it is very possible ACCURINT has made additional publications of this statement to

CITIBANK and others further damaging YOUNG and YOUNG reserves the right to amend his

complaint to include claims for damages relating to these publications.

    30.    YOUNG has sought to mitigate his damages by asking ACCURINT to remove

this information as described above and by asking the three largest credit reporting agencies to do

so. However, as described more-fully herein, despite repeated requests, TRANSUNION has

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 8*

failed and refused to do so. All of these consequences were reasonably foreseeable to

ACCURINT.

31.     YOUNG has fulfilled all conditions precedent to the bringing of this action

including notifying ACCURINT of its libelous actions.

WHEREFORE, YOUNG respectfully requests the Court to enter judgment against

ACCURINT for damages, costs, and such other relief as the court may deem necessary and

appropriate. YOUNG reserves the right to seek punitive damages and/or exemplary damages

pursuant to the procedures set forth in Florida Statutes § 768.72.

## COUNT II - TEMPORARY AND PERMANENT INJUNCTION AGAINST ACCURINT

YOUNG sues ACCURINT for a temporary and permanent injunction and incorporates

the allegations of paragraphs 1 through 11, 15, 19, and 20 through 31, above, and further alleges:

32.     This is an action for temporary and permanent injunctions.

33.     ACCURINT'S publication of false and derogatory information indicating that

YOUNG has filed bankruptcy has been the proximate cause of great and irreparable injury to

YOUNG. YOUNG will continue to suffer damages including, but not limited to, impairment of

credit, abstention from applying for credit and ensuing lost economic and investment

opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to his

reputation and credit standing and other losses that will be continuing in nature unless and until

ACCURINT ceases to publish the false information that Plaintiff has filed a Chapter 7

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 9*

bankruptcy petition. ACCURINT has failed and refused to cease publication of such information

despite requests by YOUNG that it do so.

34.    The ensuing damage to YOUNG's credit standing and reputation are

immeasurable, leaving YOUNG with no adequate remedy at law.

35.    YOUNG is in need of a temporary and permanent injunction to prevent future

damage as a result of ACCURINT'S continuing publication of false and derogatory information.

36.    YOUNG has fulfilled all conditions precedent to the bringing of this action

including notifying ACCURINT of its libelous actions.

WHEREFORE, Plaintiff respectfully requests the Court to enter a temporary and

permanent injunction enjoining ACCURINT from further publication of any kind which in any

way reflects that Plaintiff has filed a bankruptcy petition and requiring ACCURINT to  publish

retractions of the false and misleading statement they have made, and to further award the costs

of this action and such other relief as may be necessary and appropriate.

## COUNT III - VIOLATION OF FAIR CREDIT REPORTING ACT BY CITIBANK

YOUNG sues CITIBANK, and realleges paragraph 1 through 17, and 19 above, and

further alleges:

37.    Or about March 15, 2005 CITIBANK erroneously froze YOUNG'S  Equity Line

account causing checks to bounce.  Thereafter, CITIBANK furnished information to credit

reporting agencies including TRANSUNION indicating that the Equity Line YOUNG had with

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 10*

CITIBANK was in a bankrupt status due to YOUNG having filed bankruptcy.

38.    On or about March 15, 2005,TRANSUNION added to its credit reporting of YOUNG an entry indicating that CITIBANK had furnished information that YOUNG's equity line account with CITIBANK was in a bankrupt status as YOUNG had filed a Chapter 7 bankruptcy.

39.    The information in the consumer report was false as YOUNG has never filed bankruptcy.

40.    YOUNG did not learn of this erroneous reporting until on or about April 14, 2005, when he received a consumer report as defined in Section 1681(d) of the FCRA which was prepared, assembled, transferred, issued by TRANSUNION.

41.    YOUNG is informed and believes that the furnishing of information regarding this bankruptcy was based on erroneous inclusion of the bankruptcy filing of Michael J. Young and Janice L. Young of Ohio in a report prepared by TRANSUNION AND transmitted to CITIBANK. However, YOUNG'S middle initial is L., he is single but his ex-wife's name is Christine M. Young not Janice L. Young, and he lives in Florida, not in Ohio, where he has never lived. Additionally, he has a different social security number, including the last four digits of same, from the Michael J. Young who filed bankruptcy. Thus, a reasonable or even a cursory reinvestigation of this matter would lead to the inescapable conclusion that YOUNG is not the Michael Young who filed bankruptcy.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 11*

42.     YOUNG disputed the erroneous reporting of the bankruptcy in correspondence to

TRANSUNION dated November 25, 2005, December 30, 2005, March 5, 2006, April 29, 2006 .

June 19, 2006, and September 4, 2006.  With the exception of the November 25, 2005

correspondence which has been misplaced, copies of this correspondence with enclosures thereto

is attached hereto (social security numbers partially redacted) as Composite Exhibit "C."  Copies

of TRANSUNION'S acknowledgments of receipt of the March 5, 2006 correspondence dated

March 22, 2006, the April 29, 2006 correspondence dated May, 20, 2006, and of the September

4, 2006 correspondence dated September 14, 2006 is attached hereto as Composite Exhibit "D."

43.     TRANSUNION was required under 15 U.S.C. §1681li(a)(2) to give notice of

YOUNG'S dispute of the erroneous reporting of the bankruptcy to CITIBANK.  Indeed, in the

March 22, 2006, May 20, 2006, and September 14, 2006 correspondence and others

TRANSUNION indicated that it would:

> contact the source of the disputed information [here, CITIBANK] to advise them
>
> of the dispute. We will ask them to verify the accuracy of the reported
>
> information.  When the investigation is completed, you will receive written
>
> response and/or a copy of your updated credit report to notify you of the results.

44.     Subsequent to the March 22, 2006, and September 14, 2006 correspondence from

TRANSUNION to Young acknowledging receipt of Young's correspondence disputing the

reporting of the Equity Line's bankruptcy status, TRANSUNION stated, in correspondence dated

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 12*

April 3, 2006 and October 2, 2006, respectively, that TRANSUNION had completed its

investigation and had not made any change to the consumer reports prepared, assembled,

transferred, issued, and published by TRANSUNION. Copies of the correspondence dated April

3, 2006 and October 2, 2006 and the pertinent portions of the enclosed consumer reports are

attached hereto (account numbers partially redacted) as Composite Exhibit "E."

45.     Based on the foregoing, YOUNG is informed and believes that CITIBANK

willfully and/or negligently violated 15 U.S.C. §1681s-2(b) by willfully and/or negligently failing

to conduct a reasonable reinvestigation of the disputed false and derogatory statement that

YOUNG had filed for bankruptcy and failing to notify TRANSUNION that the reporting of this

information was in error.

46.     CITIBANK'S violations of the Fair Credit Reporting Act have caused great and

irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to,

impairment of credit, abstention from applying for credit and ensuing lost economic and

investment opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to

his reputation and credit standing and other losses that are continuing in nature. By example,

YOUNG was questioned about the bankruptcy on his credit report by his employer.

47.     YOUNG has fulfilled all conditions precedent to the bringing of the action.

48.     YOUNG has been required to retain the undersigned attorney and is obligated to

pay him reasonable attorney's fees and costs.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 13*

WHEREFORE, YOUNG respectfully requests, pursuant to 15 U.S.C. §§ 1681n and o where applicable, to enter judgment against CITIBANK for damages including punitive and/or exemplary damages, costs, attorney's fees and such other relief as the court may deem necessary and appropriate.

### COUNT IV - TEMPORARY AND PERMANENT INJUNCTION AGAINST CITIBANK

YOUNG sues CITIBANK and realleges paragraphs 1 through 17, 19, 37 through 48, above, and further alleges:

49.    This is an action for a temporary and permanent injunction.

50.    YOUNG will continue to suffer damages including, but not limited to, impairment of credit, abstention from applying for credit and ensuing lost economic and investment opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to his reputation and credit standing and other losses that are continuing in nature unless and until CITIBANK ceases to disseminate and publish the false information that Plaintiff has previously filed a Chapter 7 bankruptcy petition.

51.    The ensuing damage to YOUNG's credit standing and reputation are immeasurable, leaving Plaintiff with no adequate remedy at law.

52.    YOUNG is in need of a temporary and permanent injunction to prevent future damage as a result of CITIBANK'S continuing publication of false and derogatory information concerning his credit history.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 14*

53.     YOUNG has fulfilled all conditions precedent to the bringing of the action.

54.     YOUNG has been required to retain the undersigned attorney and is obligated to pay him reasonable attorney's fees and costs.

WHEREFORE, Plaintiff respectfully requests the Court to enter a temporary and permanent injunction enjoining CITIBANK from further publication of any kind which in any way reflects that Plaintiff has previously filed a bankruptcy petition, and, pursuant to 15 U.S.C. §§ 1681n and o, award attorney's fees and to further award the costs of this action and such other relief as may be necessary and appropriate.

### COUNT V - VIOLATION OF FAIR CREDIT REPORTING ACT AGAINST TRANSUNION

YOUNG sues TRANSUNION and realleges paragraphs 1 through 19, above, and further alleges:

55.     At all material times, TRANSUNION prepared, assembled, transferred, issued, and published consumer reports, as defined in Section 1681a(d) of the FCRA, regarding YOUNG.

56.     Sometime on or after March 15, 2005, CITIBANK erroneously furnished information to credit reporting agencies including TRANSUNION indicating that the Equity Line YOUNG had with CITIBANK was in a bankrupt status due to YOUNG having filed bankruptcy.

57.     Upon receipt of this information from CITIBANK, TRANSUNION added to its credit reporting of YOUNG an entry indicating that YOUNG's Equity Line account with

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 15*

CITIBANK was in a bankrupt status as YOUNG had filed a Chapter 7 bankruptcy.

58.     The information in the consumer report was false as YOUNG has never filed bankruptcy.

59.     YOUNG did not learn of this erroneous reporting until on or about April 14, 2005, when he received a consumer report as defined in Section 1681(d) of the FCRA which was prepared, assembled, transferred, issued by TRANSUNION.

60.     YOUNG is informed and believes that the furnishing of information regarding this bankruptcy was based on the erroneous inclusion of bankruptcy filing of Michael J. Young and Janice L. Young of Ohio in a report made by ACCURINT to CITIBANK. YOUNG'S middle initial is L., he is single but his ex-wife's name is Christine M. Young not Janice L. Young, and, as indicated above, he lives in Florida, not Ohio. Additionally, he has a different social security number, including the last four digits of same, from the Michael J. Young who filed bankruptcy. Thus, a reasonable or even a cursory reinvestigation of this matter would lead to the inescapable conclusion that YOUNG is not the Michael Young who filed bankruptcy.

61.     YOUNG disputed the erroneous reporting of the bankruptcy in correspondence to TRANSUNION dated November 25, 2005, December 30, 2005, March 5, 2006, April 29, 2006 June 19, 2006, and September 4, 2006. With the exception of the November 25, 2005 correspondence which has been misplaced, copies of this correspondence with enclosures thereto is attached hereto (social security numbers partially redacted) as Composite Exhibit "C." Copies

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 16*

of TRANSUNION'S acknowledgments of receipt of the March 5, 2006 correspondence dated

March 22, 2006, the April 29, 2006 correspondence dated May, 20, 2006, and of the September

4, 2006 correspondence dated September 14, 2006 is attached hereto as Composite Exhibit "D."

62.     TRANSUNION willfully and/or negligently violated 15 U.S.C. §1681i by

willfully and/or negligently failing to conduct a reasonable reinvestigation of the accuracy of the

false and derogatory statement that YOUNG had filed for bankruptcy after YOUNG disputed the

bankruptcy as erroneous.  Indeed, TRANSUNION refused to accept the enclosures to

correspondence from YOUNG including correspondence from CITIBANK stating the

YOUNG'S Equity Line was "inadvertently coded as bankrupt" which should have put this matter

to rest.  Instead, TRANSUNION continued to defame YOUNG by publishing false, negative, and

derogatory information about his creditworthiness to third parties.

63.     Subsequent to the March 22, 2006 and September 14, 2006 correspondence from

TRANSUNION to Young acknowledging receipt of Young's correspondence and stating the

disputed bankruptcy information, TRANSUNION indicated, in correspondence dated April 3,

2006 and October 2, 2006, respectively, that TRANSUNION had completed its investigation and

had not made any change to the consumer reports prepared, assembled, transferred, issued, and

published by TRANSUNION.  Copies of the correspondence dated April 3, 2006 and October 2,

2006 and the pertinent portions of the enclosed consumer reports are attached hereto (account

numbers partially redacted) as Composite Exhibit "E."

64.     TRANSUNION also willfully and/or negligently violated 15 U.S.C. §1681c(f) by

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 17*

willfully and/or negligently failing to indicate in consumer reports regarding YOUNG that the

status of YOUNG'S CITIBANK Equity Line was disputed by YOUNG.

65.     TRANSUNION willfully and/or negligently violated 15 U.S.C. §1681li(a)(2) by

willfully and/or negligently failing to provide YOUNG with a description of its reinvestigation

procedure within 15 days of YOUNG's request that it do so in correspondence dated June 19,

2005. A copy of this request is attached hereto as a portion of Exhibit "C."

66.     TRANSUNION'S violations of the Fair Credit Reporting Act have caused great

and irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to,

impairment of credit, abstention from applying for credit and ensuing lost economic and

investment opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to

his reputation and credit standing and other losses that are continuing in nature. By example,

YOUNG was questioned about the bankruptcy on his credit report by his employer.

67.     YOUNG has fulfilled all conditions precedent to the bringing of the action.

68.     YOUNG has been required to retain the undersigned attorney and is obligated to

pay him reasonable attorney's fees and costs.

WHEREFORE, YOUNG respectfully requests, pursuant to 15 U.S.C. §§ 1681n and o

where applicable, judgment against TRANSUNION for damages including punitive and/or

exemplary damages, costs, attorney's fees and such other relief as the court may deem necessary

and appropriate.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West), FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 18*

## COUNT VI - TEMPORARY AND PERMANENT INJUNCTION
## AGAINST TRANSUNION

YOUNG sues TRANSUNION and realleges paragraphs 1 through 19, and 55 through 68, above, and further alleges:

69.     This is an action for a temporary and permanent injunction.

70.     YOUNG will continue to suffer damages including, but not limited to, impairment of credit, abstention from applying for credit and ensuing lost economic and investment opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to his reputation and credit standing and other losses that are continuing in nature unless and until TRANSUNION ceases to disseminate and publish the false information that Plaintiff has previously filed a Chapter 7 bankruptcy petition.

71.     The ensuing damage to YOUNG's credit standing and reputation are immeasurable, leaving Plaintiff with no adequate remedy at law.

72.     YOUNG is in need of a temporary and permanent injunction to prevent future damage as a result of TRANSUNION'S continuing publication of false and derogatory information concerning his credit history.

73.     YOUNG has been required to retain the undersigned attorney and is obligated to pay him reasonable attorney's fees and costs.

WHEREFORE, Plaintiff respectfully requests the Court to enter a temporary and permanent injunction enjoining TRANSUNION from further publication of any kind which in

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.:*
*Page 19*

any way reflects that Plaintiff has previously filed a bankruptcy petition, and, pursuant to 15

U.S.C. §§ 1681n and o, award attorney's fees and to further award the costs of this action and

such other relief as may be necessary and appropriate.

### Request for Jury Trial

YOUNG requests a trial by jury of all issues so triable.

Dated: **November 21**, 2006

**BARRY S. BALMUTH, P.A.**

By: _____

BARRY S. BALMUTH, Esquire
Florida Bar No. 868991
Counsel for YOUNG
Centurion Tower, Eleventh Floor
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
E-mail: balmuthlaw@alum.emory.edu

C:\BB\Young Collection\Citibank\Pleading\Complaint with Citibank.11-21-06.wpd

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

15 May 2006

Lexis Nexis
6601 Park of Commerce Blvd.
Boca Raton, FL 33487

Dear Sir/Madam:

We are in receipt of your letter dated May 9, 2006, with no reference number.

We note that you only report what is given to you and you are not capable to correct or change data that is incorrect – "Accurint can only provide the data that was provided to us."

The only problem is – you have the wrong person!

Now let's go into details – please note the following:

1. Different middle initial.
2. Different SS number - even last four digits are different – Michael L. Young is 45~~0 2~~-4968 and debtor SSN is 3~~9 ~~2-3091
3. Reported as two bankruptcies – same case number
4. Despite listing some thirty-five addresses for me – none are near Ohio where bankruptcy occurred – your record not mine.
5. Different wife name – you show Christine as associated with some of my debts, which is correct, but we are divorced - but "Janice L." was never associated with me.

Your gross and willful negligence has caused insurmountable damage which cannot be overcome at my age.

Your reckless abandon, without any due diligence, is contraviction of federal and state law.

Advise immediately how this erroneous information was obtained and when put into my file. Also advise whom it was provided to.

We have read your disclosures that you don't check anything and you can't change anything, but you need to get the right person.

You have seven (7) days to respond under the circumstances.

Please Govern Yourself Accordingly.

Yours truly,

COMPOSITE
EXHIBIT A

Michael Young

VIA FAX: 561-981-0799

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579


E-mail:  youngmike11@aol.com

18 June 2006

Lexis Nexis
6601 Park of Commerce Blvd.
Boca Raton, FL 33487

Dear Sir/Madam:

We are in receipt of your letter dated May 9, 2006, with no reference number.

I requested correction of your felonious account on May 15, 2006 and you have not responded as required by law.

### *Please provide proof of my bankruptcy, or remove it, and advise every party you have erroneously advised.*

We note that you only report what is given to you and you are not capable to correct or change data that is incorrect – "Accurint can only provide the data that was provided to us."

The only problem is – you have the wrong person!

Now let's go into details – please note the following:
1. Different middle initial.
2. Different SS number -  even last four digits are different – Michael L. Young is 4██-██-4968 and **debtor** SSN is 39█-██-3091
3. Reported as two bankruptcies – same case number
4. Despite listing some thirty-five addresses for me – none are near Ohio, where bankruptcy occurred – your record not mine.
5. Different wife name – you show Christine as associated with some of my debts, which is correct, but we are divorced - but "Janice L." was never associated with me.

Your gross and willful negligence has caused insurmountable damage which cannot be overcome at my age.

Your reckless abandon, fraud and without any due diligence, is contraviction of federal and state law.

Advise immediately how this erroneous information was obtained and when put into my file.  Also advise whom it was provided to.  .

Yours truly,

Michael Young

cc: FTC
    Barry Balmuth, Esq.
    VIA FAX: 561-981-0799



6601 Park of Commerce Blvd.
Boca Raton, FL 33487

Tel 888.332.8244 ext 4498
Fax 561.981.0799
www.accurint.com

May 9, 2006

Michael Young
11 Wyndham Lane
Palm Beach, FL 33418

**RE: LexisNexis® Consumer Access Program**

Dear Michael Young:

We are sending this letter in response to the request you made through the LexisNexis Consumer Access Program for your Person Report. This Person Report is a compilation of public record data and non-public information using innovative technology to link records about an individual together. We have included a copy of your Person Report as it exists in the Accurint® services.

This report may not contain every piece of personally identifiable information we have in our databases relating to you. Please review each section carefully and contact LexisNexis if you have any questions concerning this information.

Kindly be advised that Accurint is **NOT** a Consumer Reporting Agency, and as such, Accurint is not governed by the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.). Accurint data is not permitted to be used to grant or deny credit, make employment decisions, or make tenant and housing screening decisions, or any other uses regulated by the Fair Credit Reporting Act. Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources, in full compliance with all applicable federal and state privacy laws. We do not examine or verify our data, nor is it possible for our computers to correct or change data that is incorrect – Accurint can only provide the data that was provided to us.

Although Accurint is not a Consumer Reporting Agency, please be reassured that both Accurint, and your personal information contained in Accurint databases, are regulated by the federal government and are subject to the Gramm-Leach-Bliley Act (15 U.S.C. § 6801 et seq.) and the Federal Drivers Privacy Protection Act (18 U.S.C. § 2721 et seq.). These laws regulate who may access private, non-public data, and the purposes for which it may be accessed. Accurint fully complies with these and all other applicable federal and state laws.

If you would like to know more about the LexisNexis® Data Privacy Policy, you may review it at: http://www.lexisnexis.com/terms/privacy/data/LNDataPrivacyPolicy.pdf. Thank you for your interest in the LexisNexis Consumer Access Program.

Sincerely,

LexisNexis Consumer Inquiry Department

COMPOSITE

EXHIBIT B

«ID»

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
   CHRISTINE M YOUNG  DOB:12/1952 Age: 53
   456-72-xxxx issued in Texas  between  01/01/1961  and  12/31/1961

## Comprehensive Report Summary: (Click on Link to see detail)
   Bankruptcies:
      2 Found
   Tax Liens and Judgments:
      None Found
   UCC Filings:
      None Found
   People at Work:
      7 Found
   Driver's License:
      2 Found
   Address(es) Found:
      0 Verified and 32 Non-Verified Found
   Possible Properties Owned:
      7 Found
   Motor Vehicles Registered:
      1 Found
   Watercraft:
      None Found
   FAA Certifications:
      None Found
   FAA Aircrafts:
      None Found
   Possible Criminal Records:
      4 Found
   Sexual Offenses:
      None Found
   Florida Accidents:
      1 Found
   Professional Licenses:
      None Found
   Voter Registration:
      None Found
   Hunting/Fishing Permit:
      None Found
   Concealed Weapons Permit:
      None Found
   Possible Associates:
      3 Found
   Possible Relatives:
      1st Degree - 9 Found
      2nd Degree - 2 Found
      3rd Degree - None Found
   Neighbors:
      1st Neighborhood - 6 Found
      2nd Neighborhood - 5 Found
      3rd Neighborhood - 6 Found
      4th Neighborhood - 5 Found

## Bankruptcies:
   Date Filed: 08/11/2004   Chapter: 7   Disposition Date: 12/21/2004   Disposition: Discharged
   Filing Status: JOINT, Voluntary
   Case Number: 0436935   Court Location: OHIO SOUTHERN - DAYTON

   Debtor Name: YOUNG, JANICE L      Debtor SSN: xxx-xx-xxxx
      AKAs: YOUNG, MIKE
      Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
   Additional Debtor: YOUNG, MICHAEL J      Additional Debtor SSN: xxx-xx-xxxx
      AKAs:
      Additional Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
   Assets available for unsecured creditors: Yes
   Debtor is self-represented: No
   Liabilities:      Assets:      Exempt:
   Attorney: JEFFREY A RUPPERT, PO BOX 369, FRANKLIN OH 45005  -  (937) 746-2832
   Additional Attorney: JEFFREY A RUPPERT, PO BOX 369, FRANKLIN OH 45005  -  (937) 746-2832
   Trustee: PAUL SPAETH, 130 WEST SECOND STREET SUITE 450, DAYTON OH 45402  -  (937) 223-1655
   Judge Assigned: WILLIAM A CLARK
   Creditors Meeting Date: 10/08/2004

Creditors Meeting Location: SUITE 309
Complaints Deadline:
Claims Deadline:

Date Filed: 08/11/2004   Chapter: 7   Disposition Date:   Disposition:
Filing Status: JOINT
Case Number: 0436935       Court Location: OHIO SOUTHERN - DAYTON

Debtor Name: YOUNG, JANICE L
    AKAs:                          Debtor SSN: 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
    Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
Additional Debtor: YOUNG, MICHAEL J
    AKAs: YOUNG, MIKE               Additional Debtor SSN: xxx-xx-xxxx
    Additional Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
Assets available for unsecured creditors: Yes
Debtor is self-represented: No
Liabilities:       Assets:      Exempt:
Attorney: JEFFREY A RUPPERT, PO BOX 369, FRANKLIN OH 45005  -   (937) 746-2832
Trustee: PAUL SPAETH, 12 W MONUMENT ST Apt 100, DAYTON OH 45402  -   (937) 223-1655
Judge Assigned:
Creditors Meeting Date: 10/08/2004
Creditors Meeting Location: SUITE 309
Complaints Deadline:
Claims Deadline:

## Tax Liens and Judgments:
[None Found]

## UCC Filings:
[None Found]

## People at Work:
Name: MICHAEL LEE YOUNG
SSN: 456-72-xxxx
Company: FLORIDA ROCK AND SAND COMPANY, INC.
Address: 15900 SW 408TH ST, FLORIDA CITY FL 33034
Phone: ✔ (305) 852-2621
FEIN: 591274059
Dates: Oct 01, 1995 - Dec 01, 1996
Confidence: Medium

Name: MICHAEL L YOUNG
SSN: 456-72-xxxx
Company: SUNSET LEATHER
Address: 101 AIRPORT RD, HARTFORD CT 06114-2004
Phone: ✔ (860) 296-9577
FEIN:
Dates: Apr 01, 1995 - Dec 01, 1996
Confidence: Medium

Name: MIKE YOUNG
Title: MANAGER
SSN: 456-72-xxxx
Company: MODERN CONTINENTAL
Address: 595 N NOVA RD STE 209, ORMOND BEACH FL 32174-4449
Phone: (386) 677-1883
FEIN:
Dates: Jan 24, 2005 - Mar 28, 2005
Confidence: High

Name: MICHAEL LEE YOUNG
Title: PROJ MGR
SSN: 456-72-xxxx
Company: TOMASSO CONSTRUCTION
Address:
Phone:
FEIN:
Dates: Jul 01, 2000 - Jun 01, 2001
Confidence: Medium

Name: MICHAEL LEE YOUNG
SSN: 456-72-xxxx

# Accurint

July 11, 2006

Mr. Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL  33418

Dear Mr. Young:

Thank you for your inquiry regarding the data maintained in the Accurint database. Accurint appreciates your efforts to assist us in preventing fraud and ensuring our files contain the most accurate information available.

Kindly be advised that Accurint is NOT a Consumer Reporting Agency, and as such, Accurint is not governed by the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.). Accurint data is not permitted to be used to grant or deny credit, make employment decisions, or make tenant and housing screening decisions, or any other uses regulated by the Fair Credit Reporting Act. Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources in full compliance with all applicable federal and state privacy laws. We do not examine or verify our data, nor is it possible for Accurint's computers to update or change incorrect information – Accurint can only provide the information that was provided to us.

Although Accurint is not a Consumer Reporting Agency, please be reassured that both Accurint, and your personal information contained in Accurint databases, are regulated by the federal government and are subject to the Gramm-Leach-Bliley Act (15 U.S.C. § 6801 et seq.) and the Federal Drivers Privacy Protection Act (18 U.S.C. § 2721 et seq.). These laws regulate who may access private, non-public data, and the purposes for which it may be accessed. Accurint fully complies with these and all other applicable federal and state laws. These laws, however, do not require Accurint to provide reports of the information contained within our databases, nor do the laws require Accurint to correct or change potentially incorrect information.

Accurint has determined that the information you describe in your request was provided to Accurint by the Ohio Bankruptcy Court. Accurint urges you to contact the Ohio Bankruptcy Court directly to change or update incorrect information. Again, Accurint does not examine or verify information contained within our database, nor is it possible for Accurint's computers to update or change incorrect information. Accurint can only provide the information that was provided to us, including historical records. Historical records will often continue to be reported even after updates to the record as both current and historical will often be included in the report.

If you are concerned about possible identity theft you should contact the three national Credit Reporting Agencies listed below immediately to obtain a copy of your credit report.

Equifax
PO Box 740241
Atlanta, GA  30374-0241
Order Credit Report:  800-685-1111
Report Fraud:  800-525-6285

Experian
PO Box 2104
Allen, TX  75013
Order Credit Report:  888-397-3742
Report Fraud:  888-397-3742

Trans Union
PO Box 390
Springfield, PA  19064-0390
Order Credit Report:  800-916-8800
Report Fraud:  800-680-7289

Sincerely,

**Consumer Inquiry Department**

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

30 December 2005

Trans Union
P O Box 1000
Chester, PA 19022

146268922

Dear Sir/Madam:

You continue to erroneously report a bankruptcy without substantiation.

The address you report for Citi does not exist and there is no such phone number.

I paid for a report and SCORE. I want the report corrected and a new SCORE sent.

My letter of November 25, 2005 remains unanswered regarding this matter.

You have also received my letter from Citi acknowledging THEIR mistake.

Yours truly,

Michael Young

Cc: FL State's Attorney
    US Postal Service



COMPOSITE
EXHIBIT C



| | Products | Loan Center | Credit Education | Calculators | | Support | Home |

Michael's Page

You are logged in as Michael Young

**FICO® Standard -**
**TransUnion**
**February 27, 2006**

🖶 Printable Report

**Your FICO Score**

Top Positive Factors

Top Negative Factors

How Lenders See You

FICO Score Simulator

**Your Credit Profile**

Negative Items

Inquiries

Accounts Summary

1 BANKAMERICA

2 UNITED BANK

3 CITIBANK

4 DSNB MACYS

5 AMEX

6 CITI

7 CHASE NA

8 SUNTRUST MTG

9 CHASE NA

10 CHASE NA

11 CHASE NA

12 CITI

13 WSHNGTN MUTL

14 CBUSASEARS

15 FST USA BK B

16 WACHOV MTG

17 CHASE NA

18 MELLON MTG

19 CHVY CHSE IL

20 CRESTAR BANK

21 WACHOV/FTU

22 FOA BK

23 CRESTAR BANK

24 HARRIS BK NH



Official FICO®
Score Seal

**FICO® Score: 665**

**FOR MICHAEL YOUNG**
**ON February 27, 2006**

**Credit record source: TransUnion**

- Your FICO score of 665 summarizes the information on your TransUnion February 27, 2006.
- FICO scores range between 300 and 850™.
- Higher scores are considered better scores. That is, the higher your sco lenders look upon you as a credit risk. Your score is somewhat below th consumers. Keep in mind, however, that many lenders consider this en



**665**

Percentage of U.S. consumers with a lower score than yours

**The Bottom Line: What a FICO score of 665 means to you**

More than 75% of the applications for credit in the U.S. last year were decide FICO score. Lenders consider many factors in addition to your credit score wi decisions. Looking solely at your FICO score, however, most lenders would c slightly higher risk.

This means:

- While many lenders will approve loan applications with this score, they somewhat higher rates or with more restrictive terms. Each creditor set related to the rates and terms associated with a loan product.
- With this score, lenders may require additional information to help them application for credit - factors such as your income or time at job may t

It is important to understand that different lenders set their own policies and to making credit decisions, so there is no single "cutoff score" used by all lender

**Summary of factors affecting your score**

2/27/2006 8:37 PM

myFICO - Negative Items

# myFICO™ *a division of fairfsa*

| | Products | Loan Center | Credit Education | Calculators | | Support | Home |

You are logged in as Michael Young

Michael's Page

**FICO® Standard - TransUnion
February 27, 2006**

🖨 Printable Report

**Your FICO Score**

Top Positive Factors

Top Negative Factors

How Lenders See You

FICO Score Simulator

**Your Credit Profile**

Negative Items

Inquiries

Accounts Summary

1 BANKAMERICA

2 UNITED BANK

3 CITIBANK

4 DSNB MACYS

5 AMEX

6 CITI

7 CHASE NA

8 SUNTRUST MTG

9 CHASE NA

10 CHASE NA

11 CHASE NA

12 CITI

13 WSHNGTN MUTL

14 CBUSASEARS

15 FST USA BK B

16 WACHOV MTG

17 CHASE NA

18 MELLON MTG

19 CHVY CHSE IL

20 CRESTAR BANK

21 WACHOV/FTU

22 FOA BK

23 CRESTAR BANK

24 HARRIS BK NH

## Negative Items

How consistently you have paid your bills and kept up with your credit obligation the calculation of your FICO score. Derogatory public records, collections, and information shown on your credit history are regarded as negative information b

### Derogatory Public Records

FICO scores consider the following public record information as negative: ban garnishments, legal items and tax liens. This information is collected by the Cr and stored on your file.

    Derogatory Public Records  None on file.

### Collections

A collection reference occurs when your creditor turns over an account you ha to a collection agency. FICO scores treat collections as negative items.

    Collections  None on file.

### Delinquencies and Derogatory information on accounts

Delinquency information is provided by the lender when you have missed a pa obligation. Other derogatory indicators, such as a comment with the credit obl "account included in bankruptcy"), are also considered negative by the FICO s payment information on your credit obligations is reported by the lender as 30 days, 120 days, 150 days, 180 days late or as a charged-off account.

| Account Type | Company | Account Number | Current Status | Worst Delinquency | D |
|---|---|---|---|---|---|
| Overdraft/Reserve Checking Account | CITIBANK | 80XXXX | Paid or paying as agreed | Paid or paying as agreed | |

## Is something incorrect on your credit report?



**Correct your credit report with CreditSync**

CreditSync is an interactive, personalized tool that enables report errors on your credit reports.

- Examine your report for errors and/or omissions with our easy to us
- Select the areas of your report containing errors and/or omissions
- Enter the correct information with our easy to use worksheet

1 of 2

2/27/2006 8:37 PM

- Print out your customized dispute letter and mail it to the credit bureau address provided

**Buy CreditSync for only $5.95**

You may contact the bureau directly:

| | |
|---|---|
| **Phone:** | 1-800-916-8800 |
| **Online:** | TransUnion credit report dispute |
| **Customer support:** | TransUnion customer support |
| **Address:** | 2 Baldwin Place, P.O. BOX 1000, Chester, PA 19022 |

Your File Identification Number (FIN) is: 110347814. Please include your FIN when contacting TransUnion.
Get more information about correcting errors on your credit report.

For questions about your FICO score or myFICO account, contact myFICO customer support at or 1-800-319-4433. myFICO cannot fix errors on a credit report.   Report ID: R0EE99777F57

Home | About Us | Press Room | E-Mail Signup | Business Solutions | Affiliate Program | Terms of Use | Privacy Policy
Copyright ©2001-2006 Fair Isaac Corporation. All rights reserved.

2/27/2006 8:37 PM

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

5 March 2006

Trans Union
P O Box 1000
Chester, PA 19022

138319128,
146268922 &
110347814

Dear Sir/Madam:

You continue to erroneously report a bankruptcy without substantiation.

On June 14, 2005 I received credit reports indicating a bankruptcy. Very interesting you:
- Indicate a recent bankruptcy reported by Citi
- You give a non existent phone number and incorrect address as confirmation
- You score me 831, with a very recent bankruptcy!

I addressed these issues in letters of November 25, 2005, December 30, 2005 and others.

On February 27, 2006 I paid for FICO scores to assure corrections had been made.

Well look at this! Trans Union has dropped my score to 665, while Exp is 809 and Equ is 812. Well they also were wrong and corrected the problem. This leaves Trans Union, all alone, reporting bankruptcy.

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, and most probably Florida Law.

I paid for several reports and SCORES. I want the report corrected and new SCORES sent to every inquiry since June 14, 2005 as well as all my damages paid for, including attorney fees, as required, caused by your deliberate and intentional fraudulent misconduct.

I have yet to receive any meaningful correspondence from Trans Union. I may be contacted by e-mail, cell phone, fax or letter. Under the circumstances your response is requested with in 15 days.

Yours truly,

Michael Young

Cc: Mr. Barry Balmuth, Esq.
Attached: 8 pages, id ROEE99777F57



April 27, 2005


Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418


RE:  Citibank Account No.:    8007666632


Dear Mr. Young:

Please be advised that we inadvertently coded the aforementioned account as bankrupt, which in turn suspended your line of credit associated with this account.

As of the date of this letter, your credit line has been reinstated and your account is current and in good standing.  Please use this letter as proof that any checks that were returned because of the credit line being suspended on this account, from March 15 2005 to April 22, 2005 was a result of a bank error and not any fault of yours.

Please accept my apologies on behalf of Citibank regarding this matter, as Citibank strives for exceptional customer service.

Should you have any additional questions concerning this matter, please me at 1-(800)-695-0384, extension 24452.

Sincerely,


Luis Uribe
Bankruptcy Manager
Consumer Default Management



# myFICO® *a division of Fair Isaac*

| | Products | Loan Center | Credit Education | Calculators | | Support | Home |

You are logged in as Michael Young                                      **Michael's Page**

## Your Latest FICO® Scores

| | TransUnion 685 Date: 2/27/2006 | Equifax 812 Date: 2/27/2006 | Experian 809 Date: 2/27/2006 |

## Your FICO Scores

| | FICO Score | Report Date | View Until | |
|---|---|---|---|---|
| TransUnion | 685 | 2/27/2006 | 4/3/2006 | View |
| Equifax | 812 | 2/27/2006 | 4/3/2006 | View |
| Experian | 809 | 2/27/2006 | 4/3/2006 | View |

### Your Loan Rates

Average mortgage rates for your FICO scores:

| | |
|---|---|
| 30-year fixed | 6.13% |
| 15-year fixed | 5.82% |
| 5/1 adjustable | 7.02% |
| 36-month auto | 6.49% |

Updated on: 2/27/2006

### Correct credit report errors quickly and easily



**CreditSync**

An interactive, easy-to-use tool, CreditSync makes it easy to find and correct credit report errors and helps ensure you're approved for your next loan at the rate you deserve.

Only $6.95   Buy

### Get "Insider" Property Info



**myFICO Property Reports**

Considering a real estate purchase? Get the same "insider" property information that realtors see!

From $4.95   Buy

### Create Your Will the Easy Way



**Suze Orman's New Will & Trust Kit**

This easy-to-use kit includes step-by-step guidance and personalized legal documents that would otherwise cost $2500 or more.

Only $13.60 plus S&H   Buy

### Your Quick Links

- FICO Score Simulator
- FICO Loan Center
- Loan Savings Calculators
- Credit Correction Center
- Property Report

## Change Account Settings

Home | About Us | Press Room | E-Mail Signup | Business Solutions | Affiliate Program | Terms of Use | Privacy Policy
Copyright ©2001-2006 Fair Isaac Corporation. All rights reserved.

## TransUnion Personal Credit Score

MICHAEL L. YOUNG



Your Credit Score is:

**831**

Based on data from:
TransUnion

Score created on:
06/14/2005



Based on your credit report data, this is a numerical depiction of your creditworthiness.

| | 400 | 475 | 550 | 625 | 700 | 775 | 850 | 925 | |
|---|---|---|---|---|---|---|---|---|---|
| Lowest | | | | | | | | | Highest |

You are here

Your credit ranks higher than 75% of the population.

| | 0% | 20% | 40% | 60% | 80% | 100% | |
|---|---|---|---|---|---|---|---|
| Lowest | | | | | | | Highest |

You are here

Most lenders would view your creditworthiness as between very good and good.

Very Poor   Poor   Fair   Good   Very Good

You are here

### About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

### Summary

Given that you have a high credit score, lenders should be able to conclude that you are capable of repaying your debts. This would then enable lenders to provide you with better interest rates and loan offers. Credit cards may be harder to obtain because lenders still see room for improvement. To improve your credit score, continue to pay your debts on time. Lender offers will differ based on the attribute information you provide concerning your monthly income, employment history, and monthly debt. This information will aid in the determination of whether you receive an excellent offer, or just a respectful offer.

**Factors that impact your score:**

1. **Too many delinquencies:**
   Your credit report reflects delinquent payment history on one or more accounts. Making prompt payments over time may improve your credit score.
2. **Too many derogatory accounts or public records:**
   Your credit report reflects one or more accounts with a derogatory payment rating or a public record such as a civil judgment, bankruptcy or tax lien.
3. **Too many inquiries:**
   Excessive inquiries on the credit report have a negative impact on your credit score. Limiting the number of credit applications you complete may improve your credit score.
4. **Mortgage account balances are too high in proportion to credit limits:**
   Lowering your balances on these accounts may improve your credit score.

### Answers About Credit Scores

• **How are credit scores used?**
A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

• **How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

• **How do inquiries affect my credit score?**
Only regular inquiries affect your credit score, and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

### Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

File Number: 138319128
Page: 1 of 3
Date Issued: 06/14/2005   TransUnion.

## Personal Information

Name:    MICHAEL I. YOUNG

SSN:    XXX-XX-4968
Date of Birth:    04/1945
Telephone:    462-4137
Your SSN is partially masked for your protection.

Other Names:    L YOUNG, MICHAEL
You have been on our files since 10/1980

### CURRENT ADDRESS

Address:    11 WYNDHAM LN
WEST PALM BEACH, FL 33418
Date Reported:    06/2004

### PREVIOUS ADDRESS

Address:    1096 POB 1096,
DEERFIELD BEACH, FL 33441
Date Reported:    11/2003
Address:    8518 CAHILL DR B
AUSTIN, TX 78729

## EMPLOYMENT DATA REPORTED

Employer Name:    MODERN CONTINENTAL
Date Reported:    05/2004
Position Hired:    CONTRACT MANAGER

Employer Name:    T G DEFELICE INC
Date Reported:    07/1998
Position Hired:

Employer Name:    G A TOMASSO
Date Reported:    06/1995
Position Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A Not Applicable | X Unknown | OK Current | 30 30 days late | 60 60 days late | 90 90 days late | 120 120 days late |
|---|---|---|---|---|---|---|

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

CITIBANK _____ 0632
PO BOX 769006
SAN ANTONIO, TX 78245-9006
(314) 851-1400

Loan Type: CREDIT LINE SECURED
Remarks: >CHAPTER 7 BANKRUPTCY<
Estimated date that this item will be removed: 01/2012

| Balance: | $24,884 |
|---|---|
| Date Verified: | 05/2005 |
| High Balance: | $40,000 |
| Credit Limit: | $40,000 |
| Terms: | MINIMUM $137 |

Pay Status:    PAID OR PAYING AS AGREED
Account Type:    LINE OF CREDIT ACCOUNT
Responsibility:    INDIVIDUAL ACCOUNT
Date Open:    06/2004

| Late Payments (02 months) | 30 0 | 60 0 | 90 0 | Last 2 months | OK apr | OK mar |
|---|---|---|---|---|---|---|

*4*

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

29 April 2006

Trans Union
P O Box 1000
Chester, PA 19022

110347814
138319128,
146268922 &
153018368

Dear Sir/Madam:

I am in receipt of Trans Union correspondence dated April 3, 2006 regarding case 153018368 which is really the same issue as the previous three cases.

Now my score is 831 again, with recent bankruptcy confirmed by Trans Union thru Citi Bank

However, last month Trans Union reported to my employer a credit union a score in 600s.

Failure to do due diligence will peril Trans Union, in the court of competent jurisdiction.

Trans Union refused to accept written proof from Citi Bank, provided by me, in their letter dated March 22, 2006. Further proof is enclosed!!

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, and Florida Law.

Please provide the name and contact of Trans Union Registered Agent in Florida, for service.

Under Freedom of Information Act you are requested to furnish copies of all communication, e-mails and notes, both internal and external, whether to me, from me and/or about me or my credit within the past year. Please note I have 4 case numbers with Trans Union!! All information is requested for each.

I have yet to receive any meaningful correspondence from Trans Union. I may be contacted by e-mail, cell phone or letter.

Your response is requested post haste. Please govern yourself accordingly.

Yours truly,

Michael Young

Cc: Mr. Barry Delrauth, Esq.

Citibank Service Center
100 Citibank Drive
San Antonio, TX 78245-1214



March 22, 2006

Michael L. Young
11 Wyndham Ln.
Palm Beach Gardens, FL   33418

Reference # 060601324179 /EAG/ACCOUNT # 8007866632

Dear Client:

We are contacting you in regard to your inquiry concerning a credit bureau report on the above referenced loan.

We verified the information reported to our subscribing credit bureaus, Experian, Equifax, TransUnion. This account does not reflect as a bankruptcy status.

If you have a current credit report indicating the account as different, please remit a clear copy of the credit report, and a copy of your social security card, and we will research this matter further. We have enclosed an envelope for your convenience.

We regret any inconvenience this may have caused.

If you have any questions, please call Citiphone Banking at 1-800-695-0936, Monday - Friday, from 8:30 a.m. - 8:00 p.m. Eastern Time. Speech or hearing impaired customers may call our text telephone service at 1-800-945-0258. One of our representatives will be happy to help you. You may also access your account information online at www.citibankonline.com.

Thank you for banking with Citibank. We appreciate the opportunity to serve you.

Sincerely,

Client Research

Enc. 1 - envelope

The Citibank Service Center provides client account services for Citibank, N.A., Citibank Texas, N.A., Citibank (West), FSB.

# MICHAEL YOUNG
## 11 Wyndham Lane
## Palm Beach Gardens, FL 33418
### E-mail: youngmike11@aol.com
### Phone: 386-677-1883

19 June, 2005

Trans Union Corporation
P O Box 2000
Chester, PA 19022-2000

Citibank: 8007666632

Dear Sir/Madam:

Please provide a description of how the investigation of bankruptcy was conducted for Citibank in your response 06/14/2005.

If you checked the middle initial is different and I have never been to Ohio. Of course the ss is different.

Attached please find Citibank letter admitting their error.

Please revise my report and score accordingly and send an up dated report to those listed on regular inquiries as well as myself.

Please remove Citibank 3/21/2005 regular inquiry as they were not authorized and inquiry was not for me.

Yours truly,

Michael Young
SS 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

CC: FTC
      Barry Balmuth, Esq.
Attachments: 2

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

4 September 2006

Trans Union
P O Box 1000
Chester, PA 19022

153018368

Dear Sir/Madam:

Trans Union continues to report Bankruptcy on my credit report and refers to Citi Bank.

Again I submit Citi Bank correspondence dated March 22, 2006 stating they have no record of any bankruptcy.

Please remove this error from my report or provide full details of how Trans Union has continued to confirm this erroneous information over such an extended period of time.

Also please issue a new credit score and advise all inquiries of the past year of corrected report and score.

Yours truly,

Michael Young

Via: Certified Mail-Return Receipt

Cc: Mr. Barry Balmuth, Esq.



April 27, 2005


Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418


RE:   Citibank Account No.:    8007666632


Dear Mr. Young:

Please be advised that we inadvertently coded the aforementioned account as bankrupt, which in turn suspended your line of credit associated with this account.

As of the date of this letter, your credit line has been reinstated and your account is current and in good standing.  Please use this letter as proof that any checks that were returned because of the credit line being suspended on this account, from March 15 2005 to April 22, 2005 was a result of a bank error and not any fault of yours.

Please accept my apologies on behalf of Citibank regarding this matter, as Citibank strives for exceptional customer service.

Should you have any additional questions concerning this matter, please me at 1-(800)-695-0384, extension 24452.

Sincerely,

Luis Uribe
Bankruptcy Manager
Consumer Default Management

*** 15301836..0.. ***
P.O. BOX 2000
Chester, PA 19022-2000

RETURN SERVICE REQUESTED



TransUnion.

MARCH 22, 2006                    FILE NUMBER 153018368

00002619
MICHAEL L YOUNG
11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Dispute Status 8007666632

We are unable to accept the documentation you sent. However,
TransUnion will contact the source of the disputed information
to advise them of your dispute. We will ask them to verify the
accuracy of the reported information. When the investigation is
completed, you will receive written response and/or a copy of
your updated credit report to notify you of the results.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 153018368.

P.O. BOX 2000
CHESTER, PA 19022-2000

PAGE 01


COMPOSITE
EXHIBIT D

00002619   1/1

*** 153018368-Q10 ***
P.O. BOX 2000
Chester, PA 19022-2000

**TransUnion**

MAY 20, 2006                    FILE NUMBER 153018368


00001804
MICHAEL L YOUNG
11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418


Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Dispute Status/ citibank a/c # 8007666632

We are unable to accept the documentation you sent. However,
TransUnion will contact the source of the disputed information
to advise them of your dispute. We will ask them to verify the
accuracy of the reported information. When the investigation is
completed, you will receive written response and/or a copy of
your updated credit report to notify you of the results.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 153018368.

P.O. BOX 2000
CHESTER, PA 19022-2000


PAGE 01


00001804  1/1

```
*** 153018368-014 ***
P.O. BOX 2000
Chester, PA 19022-2000
```

TransUnion.

SEPTEMBER 14, 2006                    FILE NUMBER 153018368

```
00001017
MICHAEL L YOUNG
11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418
```

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request.

Re: Dispute Status 8007.....

We are unable to accept the documentation you sent. However, TransUnion will contact the source of the disputed information to advise them of your dispute. We will ask them to verify the accuracy of the reported information. When the investigation is completed, you will receive written response and/or a copy of your updated credit report to notify you of the results.

If you have any additional questions or concerns, please contact TransUnion at the address shown below, or visit us on the web at www.transunion.com for general information. When contacting our office, please provide your current file number 153018368.

```
P.O. BOX 2000
CHESTER, PA 19022-2000
```

*** 153018368-00
P.O. Box 2000
Chester, PA 19022

04/03/2006        TransUnion.

P04IDC00300119-I001417
MICHAEL L. YOUNG
11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418

Our investigation of the dispute you submitted is now complete. The results are listed below and a
new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If
you provide a consumer statement that contains medical information related to service providers or
medical procedures, then you expressly consent to TransUnion including this information in every
credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a
consumer statement, you may request that TransUnion send an updated report to those who received
your report within the last two years for employment purposes, or within the last one year for any other
purpose.

If interested, you may also request a description of how the investigation was conducted along with
the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CITIBANK | # 8007866632 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are
included in the following credit report.

COMPOSITE
EXHIBIT E

01417 00119 001 C692

# TransUnion Personal Credit Score

MICHAEL L. YOUNG



Your Credit Score is:

# 831

Based on data from:
TransUnion

Score created on:
04/03/2006

Based on your credit report data, this is a numerical depiction of your creditworthiness.

400   475   550   625   700   775   850   925
Lowest |————————————————————————————| Highest
                              ▲
                      You are here

Your credit ranks higher than 75% of the population.

0%   20%   40%   60%   80%   100%
Lowest |————————————————————————| Highest
                          ▲
                  You are here

Most lenders would view your creditworthiness as between very good and good.

Very Poor    Poor    Fair    Good    Very Good
                                    ▲
                            You are here

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

Given that you have a high credit score, lenders should be able to conclude that you are capable of repaying your debts. This would then enable lenders to provide you with better interest rates and loan offers. Credit cards may be harder to obtain because lenders still see room for improvement. To improve your credit score, continue to pay your debts on time. Lender offers will differ based on the attribute information you provide concerning your monthly income, employment history, and monthly debt. This information will aid in the determination of whether you receive an excellent offer, or just a respectful offer.

### Factors that impact your score:

1. **Too many delinquencies:**
   Your credit report reflects delinquent payment history on one or more accounts.  Making prompt payments over time may improve your credit score.
2. **Too many derogatory accounts or public records:**
   Your credit report reflects one or more accounts with a derogatory payment rating or a public record such as a civil judgment, bankruptcy or tax lien.
3. **Too many inquiries:**
   Excessive inquiries on the credit report have a negative impact on your credit score. Limiting the number of credit applications you complete may improve your credit score.
4. **Mortgage account balances are too high in proportion to credit limits:**
   Lowering your balances on these accounts may improve your credit score.

## Answers About Credit Scores

**• How are credit scores used?**
A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

**• How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

**• How do inquiries affect my credit score?**
Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

| | | |
|---|---|---|
| **File Number:** | 153018368 | |
| **Page:** | 1 of 9 | **TransUnion.** |
| **Date Issued:** | 04/03/2006 | |

## Personal Information

**Name:** MICHAEL L. YOUNG

**SSN:** XXX-XX-4968
**Date of Birth:** 04/1945
**Telephone:** 444-0579
Your SSN is partially masked for your protection.

**Other Names:** LYOUNG,MICHAEL
You have been on our files since 10/1980

### CURRENT ADDRESS
**Address:** 11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418
**Date Reported:** 03/2006

### PREVIOUS ADDRESS
**Address:** 1096 POB 1096,
DEERFIELD BEACH, FL 33441
**Date Reported:** 11/2003
**Address:** 8518 CAHILL DR 8
AUSTIN, TX 78729

### EMPLOYMENT DATA REPORTED

| | | |
|---|---|---|
| **Employer Name:** | MODERN CONTINENTAL | |
| **Date Reported:** | 05/2004 | **Position:** CONTRACT MANAGER |
| | | **Hired:** |
| **Employer Name:** | T G DEFELICE INC | **Position:** |
| **Date Reported:** | 07/1998 | **Hired:** |
| **Employer Name:** | G A TOMASSO | **Position:** |
| **Date Reported:** | 06/1995 | **Hired:** |

**Special Notes:** Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CITIBANK** 6632
PO BOX 769006
SAN ANTONIO, TX 78245-9006
(800) 685-0935

**Loan Type:** HOME EQUITY LOAN
**Remarks:** >CHAPTER 7 BANKRUPTCY<
**Estimated date that this item will be removed:** 01/2012

| | | |
|---|---|---|
| **Balance:** | $25,434 | |
| **Date Verified:** | 02/2006 | |
| **High Balance:** | $40,000 | |
| **Credit Limit:** | $40,000 | |
| **Terms:** | MINIMUM $167 | |

| | | |
|---|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED | |
| **Account Type:** | LINE OF CREDIT ACCOUNT | |
| **Responsibility:** | INDIVIDUAL ACCOUNT | |
| **Date Open:** | 06/2004 | |

| Late Payments (11 months) | 0 | 0 | 0 | Last 11 months | OK '06 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

P06-15S018068-013
P.O. Box 2000
Chester, PA 19022



10/02/2006    TransUnion.

P06PBC00201055-I013019
MICHAEL L. YOUNG
11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418

|ıllıııllılılıııllıllkılıdııllıallllıbııllıılılıll

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CITIBANK | # 8007666632 | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

| File Number: | 153018368 |
|---|---|
| Page: | 1 of 8 |
| Date Issued: | 10/02/2006 |

 **TransUnion.**

## Personal Information

**Name:**   MICHAEL L. YOUNG

**SSN:**   XXX-XX-4968
**Date of Birth:**   04/1945
**Telephone:**   444-0579
Your SSN is partially masked for your protection.

**Other Names:**   LYOUNG,MICHAEL
You have been on our files since 10/1980

### CURRENT ADDRESS
**Address:**   11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418
**Date Reported:**   03/2006

### PREVIOUS ADDRESS
**Address:**   1096 POB 1096,
DEERFIELD BEACH, FL 33441
**Date Reported:**   11/2003
**Address:**   8518 CAHILL DR 8
AUSTIN, TX 78729

### EMPLOYMENT DATA REPORTED
**Employer Name:**   MODERN CONTINENTAL
**Date Reported:**   05/2004

**Position:**   CONTRACT MANAGER
**Hired:**

**Employer Name:**   T G DEFELICE INC
**Date Reported:**   07/1998

**Position:**
**Hired:**

**Employer Name:**   G A TOMASSO
**Date Reported:**   06/1995

**Position:**
**Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in ›brackets‹ or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CITIBANK** ▓▓▓▓▓▓6632
1000 TECHNOLOGY DR
MS 504A
O'FALLON, MO 63368-2240
(800) 685-0935

**Balance:**   $0
**Date Verified:**   10/2006
**High Balance:**   $40,000
**Credit Limit:**   $40,000

**Pay Status:**   PAID OR PAYING AS AGREED
**Account Type:**   LINE OF CREDIT ACCOUNT
**Responsibility:**   INDIVIDUAL ACCOUNT
**Date Open:**   06/2004

Loan Type: HOME EQUITY LOAN
Remarks: ›CHAPTER 7 BANKRUPTCY‹
Estimated date that this item will be removed: 01/2012

| Late Payments (19 months) | 30 | 60 | 90+ | Last 19 months | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075.

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

MICHAEL L. YOUNG,

       Plaintiff,

v.

REED ELSEVIER, INC., SEISINT, INC. CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANSUNION, LLC.

       Defendants.

Case No: 2006 CA 012568 XXXX MB

JUDGE: _____

CMM

**II.    TYPE OF CASE**

| DOMESTIC RELATIONS | TORTS | OTHER CIVIL |
|---|---|---|
| ☐ Simplified Dissolution | ☐ Professional Malpractice | ☐ Contracts |
| ☐ Dissolution | ☐ Products Liability | ☐ Condominium |
| ☐ Support - IV-D | ☐ Auto Negligence | ☐ Real Property / Mortgage |
| ☐ Support - Non IV-D | ☐ Other Negligence | ☐ Foreclosure |
| ☐ URESA - IV-D | | ☐ Eminent Domain |
| ☐ URESA-Non IV-D | | ☒ Other |
| ☐ Domestic Violence | | |
| ☐ Other Domestic Relations | | |

**III.   IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ Yes
☐ No

DATE **November 20, 2006**

SIGNATURE OF ATTORNEY FOR PARTY INITIATING ACTION

**BARRY S. BALMUTH, ESQUIRE**
Florida Bar No.: 868991



IN THE CIRCUIT COURT FOR THE
15th JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.: 50 2006 CA 01-2568 XXXX
MB AI

MICHAEL L. YOUNG,

Plaintiff,

vs.

REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,

Defendants.

_____/

SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the compliant or petition in this action on Defendant, Citibank, (West) FSB, 11521 US Highway 1, Palm Beach Gardens, Florida, 33408.

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

BARRY S. BALMUTH, P.A.
Centurion Tower, Eleventh Floor
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone Number (561) 242-9400

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter, if a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.



Dated on this _____ day of December, 2006.

DEC 1 5 2006

**SHARON R. BOCK**
**As Clerk and Comptroller**

Deputy Clerk

GINA BRIMMER

F:\BB\Young Collection\Citibank\Pleadings\Summons - Citibank (West).wpd

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

IN THE CIRCUIT COURT FOR THE
15ᵗʰ JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

**MICHAEL L. YOUNG,**

        **Plaintiff,**

vs.

**REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,**

        **Defendants.**

_____/

**CASE NO.: 50 2006 CA 01-2568 XXXX
MB AI**

### SUMMONS

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

      **YOU ARE COMMANDED** to serve this summons and a copy of the compliant or petition in this action on Defendant, Citibank, Federal Savings Bank, 11521 US Highway 1, Palm Beach Gardens, Florida, 33408.

      Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney, whose address is:

**BARRY S. BALMUTH, P.A.**
**Centurion Tower, Eleventh Floor**
**1601 Forum Place, Suite 1101**
**West Palm Beach, Florida 33401**
**Telephone Number (561) 242-9400**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter, if a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.



Dated on this _____ day of December, 2006.

DEC 15 2006

SHARON R. BOCK
As Clerk and Comptroller

Deputy Clerk

GAIA BRUMMER

F:\BB\Young Collection\Citibank\Pleading\Summons - Citibank.wpd

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

IN THE CIRCUIT COURT FOR THE
15ᵗʰ JUDICIAL CIRCUIT, IN AND FOR
PALM BEACH COUNTY, FLORIDA

MICHAEL L. YOUNG,

       Plaintiff,

vs.

REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,

       Defendants.

_____/

CASE NO.: 50 2006 CA 01-2568 XXXX
MB AI

## AMENDED COMPLAINT AND REQUEST FOR JURY TRIAL

Plaintiff, MICHAEL L. YOUNG sues REED ELSEVIER, INC., SEISINT, INC.,

CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE,

INC., and TRANSUNION, LLC, and alleges:

### GENERAL ALLEGATIONS

1.     This is an action for damages in excess of Fifteen Thousand Dollars ($15,000),

exclusive of interest, costs and attorney's fees and for injunctive relief, and in all respects, meets

or exceeds the jurisdictional requirements of this Court pursuant to Section 26.102 of the Florida

Statutes.

2.     This court has jurisdiction of this action pursuant to 15 U.S.C. §1681(p) and

Section 26.102 of the Florida Statutes.

3.     Plaintiff, MICHAEL L. YOUNG ("YOUNG"), is a natural person and a United

States citizen and is and, at all material times, was a resident of Palm Beach County, Florida, and

is otherwise *sui juris*.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 2*

4.      YOUNG is a consumer within the meaning of 15 U.S.C. §1681a(c), section

1681a(c) of the Fair Credit Reporting Act ("FCRA") and as defined by Section 501.203(7) of the

Florida Statutes.

5.      REED ELSEVIER, INC. ("REED ELSEVIER") is a foreign corporation that has

an agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to,

and doing business in, Palm Beach County, Florida.

6.      SEISINT, INC. ("SEISINT") is a Florida corporation which has an office for

transaction of its customary business in Palm Beach County, Florida.

7.      Upon information and belief, REED ELSEVIER owns SEISINT.

8.      LEXISNEXIS is registered in Florida as a fictitious name owned by REED

ELSEVIER.

9.      ACCURINT is registered in Florida as a fictitious name owned by SEISINT.

10.     The website of ACCURINT suggests or at least implies that it is part of business

named LEXISNEXIS:

> LexisNexis® is an industry leader in the responsible use of data and protection of
> individual privacy. Accurint, using public records and non-public information,
> provides invaluable fraud detection and identity solutions for the public and
> private sectors. Accurint helps safeguard citizens and reduces financial losses.

11.     Based on the foregoing, YOUNG has sued both REED ELSEVIER and SEISINT.

Hereinafter, REED ELSEVIER, SEISINT, LEXISNEXIS, and ACCURINT, will collectively be

referred to as ACCURINT.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 3*

12.    CITIBANK, FEDERAL SAVINGS BANK is a federal savings association that

has an office for the transaction of its customary business as well as agent(s) or other

representative(s) located in Palm Beach County, Florida and is authorized to, and doing business

in, Palm Beach County, Florida.

13.    CITIBANK (WEST), FSB is a federal savings association that has an office for

the transaction of its customary business as well as agent(s) or other representative(s) located in

Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County,

Florida.

14.    CITIMORTGAGE, INC. is a foreign corporation that has an agent(s) or other

representative(s) located in Palm Beach County, Florida and is authorized to, and doing business

in, Palm Beach County, Florida.

15.    YOUNG obtained a home equity line of credit from CITIBANK, FEDERAL

SAVINGS BANK with account number XXXXXX6632 "Equity Line"). This Equity Line may

have been assigned to, or serviced by, CITIBANK (WEST), FSB or CITIMORTGAGE, INC.

CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, and CITIMORTGAGE,

INC. are affiliated businesses and one or more of them may be the entity responsible for the

wrongdoing complained of herein.  YOUNG has received correspondence relating to this issue,

described more-fully herein, from "Citibank" and from "Citibank Service Center, [which]

provides client account services for Citibank, N.A., Citibank Texas, N.A., and CITIBANK

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West), FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 4*

(WEST), FSB." Thus, pending discovery, YOUNG is not, based on the corporate structure of

these various Citibank entities and lack of clarity in correspondence from CITIBANK to

YOUNG, able to precisely determine which of these entities is responsible for the wrongdoing

complained of herein and, therefore, YOUNG will hereinafter collectively refer to CITIBANK,

FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, and CITIMORTGAGE, INC. as

"CITIBANK."

16.     CITIBANK is a furnisher of information to consumer reporting agencies as the

term furnisher is used in 15 U.S.C. §§ 181li and 1681s-2.

17.     TRANSUNION, LLC ("TRANSUNION") is a foreign corporation that has an

agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to,

and doing business in, Palm Beach County, Florida.

18.     TRANSUNION is a consumer reporting agency, as defined in 15 U.S.C.

§1681a(f).

19.     Venue is proper in this Court pursuant to Florida Statutes §47.11, *et. seq.*

### COUNT I - LIBEL BY ACCURINT

YOUNG sues ACCURINT for libel and incorporates the allegations of paragraphs 1

through 11, 15, and 19, above, and further alleges:

20.     On or about March 15, 2006 ACCURINT, which is in the business of gathering

data about persons and publishing that data to its customers in the form of reports, published to

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 5*

CITIBANK, one of its customers, a statement that YOUNG had filed bankruptcy. This statement

was published to CITIBANK by virtue of ACCURINT transmitting a report of purported data

regarding YOUNG to CITIBANK that was subsequently read by a representative of CITIBANK.

21.     The statement that YOUNG had filed bankruptcy was based on information

obtained by ACCURINT that Michael **J.** Young filed bankruptcy jointly with his wife, Janice L.

Young, in the Bankruptcy Court for the Southern District of Ohio.

22.     Michael J. Young has a different middle initial from Plaintiff, YOUNG, and, per

ACCURINT'S own database, has a different social security number including the last four digits

of same, YOUNG did not live and has never lived in Ohio, and YOUNG has never been married

to a Janice L. Young but was formerly married to Christine M. Young.

23.     ACCURINT was negligent in that it failed to use reasonable care in publishing

the statement to CITIBANK.

24.     Moreover, ACCURINT has advised YOUNG that it does not verify the accuracy

of information in its database, which YOUNG believes is compiled in Palm Beach County,

Florida, and has no mechanism to correct inaccurate information in its database. ACCURINT

has acted with a degree of gross negligence which is indicative of a wanton disregard of the

rights of others.

25.     YOUNG has never filed bankruptcy. ACCURINT'S publication of false and

derogatory statement that YOUNG filed bankruptcy is libelous per se in it is the type of

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 6*

information that would subject YOUNG to distrust, ridicule, contempt, or disgrace, or tend to injure him in his trade or imputes to YOUNG conduct, characteristics, or a condition incompatible with the proper exercise of his lawful trade.

26.     CITIBANK used the erroneous information it obtained regarding YOUNG'S purported bankruptcy and "coded" his Equity Line as being in bankruptcy status, freezing the Equity Line and causing several checks to bounce, and republished the statement that YOUNG'S Equity Line was in a bankruptcy status due to YOUNG'S purported filing of bankruptcy to credit reporting agencies which in turn published this information in credit reports.  It was reasonably foreseeable to ACCURINT that the erroneous information ACCURINT published to CITIBANK could be republished in this manner.

27.     ACCURINT'S publication of false and derogatory information has been the proximate cause of great and irreparable injury to YOUNG.  YOUNG has suffered damages including, but not limited to, impairment of credit, abstention from applying for credit and ensuing lost economic and investment opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to his reputation and credit standing and other losses that are continuing in nature.  By example, YOUNG was questioned about the bankruptcy on his credit report by his employer and CITIBANK froze his Equity Line causing checks made on the Equity Line to bounce.

28.     Despite correspondence from YOUNG to ACCURINT dated May 15, 2006 and

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 7*

June 18, 2006, copies of which are attached hereto (social security numbers partially redacted) as

Composite Exhibit "A," advising ACCURINT that the information is incorrect and demanding

that ACCURINT delete this information from its database, ACCURINT failed and refused to do

so. Indeed, ACCURINT has indicated in correspondence to YOUNG dated May 9, 2006 and

July 11, 2006, copies of which are attached hereto with report enclosed in May 9, 2006

correspondence (social security numbers partially redacted) as Composite Exhibit "B," that it

does not verify the accuracy of information in its database and has no mechanism to correct

inaccurate information in its database and that the information came from the Ohio Bankruptcy

Court and it is up to YOUNG to correct the information there. This correspondence is also

indicative of the fact that ACCURINT refuses to understand that it is not that the information that

Michael J. Young and his wife filed for bankruptcy protection is incorrect, but that

ACCURINT'S including of such information in it's database as it relates to YOUNG and, more

importantly, its publication of such information to CITIBANK that was wrongful. After

YOUNG filed the original complaint in this action on November 21, 2006, ACCURINT did

finally remove the reference to the bankruptcy of Michael J. Young on November 30, 2006, as

indicated in that correspondence dated November 30, 2006 from ACCURINT to YOUNG, a

copy of which is attached hereto as Exhibit "C."

    29.    Based on ACCURINT'S refusal to remove this derogatory statement from its

database until November 30, 2006, it is very possible ACCURINT has made additional

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 8*

publications of this statement to CITIBANK and others further damaging YOUNG and YOUNG reserves the right to amend his complaint to include claims for damages relating to these publications.

30.    YOUNG has sought to mitigate his damages by asking ACCURINT to remove this information as described above and by asking the three largest credit reporting agencies to do so. However, as described more-fully herein, despite repeated requests, TRANSUNION has failed and refused to do so. All of these consequences were reasonably foreseeable to ACCURINT.

31.    YOUNG has fulfilled all conditions precedent to the bringing of this action including notifying ACCURINT of its libelous actions.

WHEREFORE, YOUNG respectfully requests the Court to enter judgment against ACCURINT for damages, costs, pre and post judgment interest, and such other relief as the court may deem necessary and appropriate. YOUNG reserves the right to seek punitive damages and/or exemplary damages pursuant to the procedures set forth in Florida Statutes § 768.72.

## COUNT II - VIOLATIONS OF UNFAIR AND DECEPTIVE TRADE PRACTICES ACT

YOUNG sues ACCURINT for a temporary and permanent injunction and incorporates the allegations of paragraphs 1 through 11, 15, 19, and 20 through 31, above, and further alleges:

32.    The business of collecting and publishing data engaged in by ACCURINT constitutes "trade or commerce" as defined in Section 501.203(8) and ACCURINT is therefore

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 9*

subject to the proscriptions of the Unfair and Defective Trade Practices Act ("FUDTPA"),

Section 501.201 *et. seq.* of the Florida Statutes.

33.    ACCURINT has engaged in unfair, unconscionable, and deceptive acts in

violation of the FDUTPA by:  (i) publishing information indicating the YOUNG had filed

bankruptcy when the most cursory of examinations would have indicated that the YOUNG had

not filed bankruptcy and the bankruptcy filing it was reporting as to YOUNG was actually the

filing of a different individual than YOUNG; (ii) refusing to remove information regarding

Michael J. Young from its data base as it relates to YOUNG for over six (6) months after being

informed of the error; (iii) telling YOUNG that it had has no mechanism to correct inaccurate

information in its database when, as indicated by the fact that it did remove the references to

Michael J. Young's bankruptcy in its database as it relates to YOUNG after the original

Complaint was filed in this cause, it did in fact have such a mechanism.

34.    ACCURINT'S violations of the FUDTPA have been the proximate cause of great

and irreparable injury to YOUNG.

35.    YOUNG has been required to retain the undersigned attorney and is obligated to

pay him reasonable attorney's fees and costs.

36.    YOUNG has fulfilled all conditions precedent to the bringing of this action.

WHEREFORE, pursuant to Section 501.2105 and 501.211(2) of the Florida Statutes,

Plaintiff respectfully requests the Court to enter judgment against ACCURINT for damages,

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 10*

attorney's fees, costs, pre and post judgment interest, and such other relief as the court may deem

necessary and appropriate.  YOUNG reserves the right to seek punitive damages and/or

exemplary damages pursuant to the procedures set forth in Florida Statutes § 768.72.

### COUNT III - VIOLATION OF FAIR CREDIT REPORTING ACT BY CITIBANK

YOUNG sues CITIBANK, and realleges paragraph 1 through 17, and 19 above, and

further alleges:

37.    Or about March 15, 2005 CITIBANK erroneously froze YOUNG'S  Equity Line

account causing checks to bounce.  Thereafter, CITIBANK furnished information to credit

reporting agencies including TRANSUNION indicating that the Equity Line YOUNG had with

CITIBANK was in a bankrupt status due to YOUNG having filed bankruptcy.

38.    On or about March 15, 2005,TRANSUNION added to its credit reporting of

YOUNG an entry indicating that CITIBANK had furnished information that YOUNG's equity

line account with CITIBANK was in a bankrupt status as YOUNG had filed a Chapter 7

bankruptcy.

39.    The information in the consumer report was false as YOUNG has never filed

bankruptcy.

40.    YOUNG did not learn of this erroneous reporting until on or about April 14,

2005, when he received a consumer report as defined in Section 1681(d) of the FCRA which was

prepared, assembled, transferred, issued by TRANSUNION.

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 11*

41.    YOUNG is informed and believes that the furnishing of information regarding this bankruptcy was based on erroneous inclusion of the bankruptcy filing of Michael J. Young and Janice L. Young of Ohio in a report prepared by TRANSUNION AND transmitted to CITIBANK. However, YOUNG'S middle initial is L., he is single but his ex-wife's name is Christine M. Young not Janice L. Young, and he lives in Florida, not in Ohio, where he has never lived. Additionally, he has a different social security number, including the last four digits of same, from the Michael J. Young who filed bankruptcy. Thus, a reasonable or even a cursory reinvestigation of this matter would lead to the inescapable conclusion that YOUNG is not the Michael Young who filed bankruptcy.

42.    YOUNG disputed the erroneous reporting of the bankruptcy in correspondence to TRANSUNION dated November 25, 2005, December 30, 2005, March 5, 2006, April 15, 2006, April 29, 2006 June 19, 2006, and September 4, 2006. With the exception of the November 25, 2005 correspondence which has been misplaced, copies of this correspondence with enclosures thereto is attached hereto (social security numbers partially redacted) as Composite Exhibit "D." Copies of TRANSUNION'S acknowledgments of receipt of the March 5, 2006 correspondence dated March 22, 2006, the April 29, 2006 correspondence dated May, 20, 2006, and of the September 4, 2006 correspondence dated September 14, 2006 is attached hereto as Composite Exhibit "E."

43.    TRANSUNION was required under 15 U.S.C. §1681i(a)(2) to give notice of

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 12*

YOUNG'S dispute of the erroneous reporting of the bankruptcy to CITIBANK. Indeed, in the

March 22, 2006, May 20, 2006, and September 14, 2006 correspondence and others

TRANSUNION indicated that it would:

> contact the source of the disputed information [here, CITIBANK] to advise them
>
> of the dispute. We will ask them to verify the accuracy of the reported
>
> information. When the investigation is completed, you will receive written
>
> response and/or a copy of your updated credit report to notify you of the results.

44.     Subsequent to the March 22, 2006, and September 14, 2006 correspondence from

TRANSUNION to Young acknowledging receipt of Young's correspondence disputing the

reporting of the Equity Line's bankruptcy status, TRANSUNION stated, in correspondence dated

April 3, 2006 and October 2, 2006, respectively, that TRANSUNION had completed its

investigation and had not made any change to the consumer reports prepared, assembled,

transferred, issued, and published by TRANSUNION. Copies of the correspondence dated April

3, 2006 and October 2, 2006 and the pertinent portions of the enclosed consumer reports are

attached hereto (account numbers partially redacted) as Composite Exhibit "F."

45.     Based on the foregoing, YOUNG is informed and believes that CITIBANK

willfully and/or negligently violated 15 U.S.C. §1681s-2(b) by willfully and/or negligently failing

to conduct a reasonable reinvestigation of the disputed false and derogatory statement that

YOUNG had filed for bankruptcy and failing to notify TRANSUNION that the reporting of this

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West), FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 13*

information was in error.

46.    CITIBANK'S violations of the Fair Credit Reporting Act have caused great and

irreparable injury to YOUNG.  YOUNG has suffered damages including, but not limited to,

impairment of credit, abstention from applying for credit and ensuing lost economic and

investment opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to

his reputation and credit standing and other losses that are continuing in nature.  By example,

YOUNG was questioned about the bankruptcy on his credit report by his employer.

47.    YOUNG has fulfilled all conditions precedent to the bringing of the action.

48.    YOUNG has been required to retain the undersigned attorney and is obligated to

pay him reasonable attorney's fees and costs.

WHEREFORE, YOUNG respectfully requests, pursuant to 15 U.S.C. §§ 1681n and o

where applicable, to enter judgment against CITIBANK for damages including punitive and/or

exemplary damages, costs, pre and post judgment interest, attorney's fees and such other relief as

the court may deem necessary and appropriate.

### COUNT IV - TEMPORARY AND PERMANENT INJUNCTION
### AGAINST CITIBANK

YOUNG sues CITIBANK and realleges paragraphs 1 through 17, 19, 37 through 48,

above, and further alleges:

49.    This is an action for a temporary and permanent injunction.

50.    YOUNG will continue to suffer damages including, but not limited to, impairment

*Michael Young v.*
*Reed Elsevier, Inc., Seisint, Inc.,*
*Citibank, Federal Savings Bank, Citibank (West),FSB,*
*Citimortgage, Inc. and TransUnion, LLC,*
*Case No.: 50 2006 CA 01-2568 XXXX MB AI*
*Page 14*

of credit, abstention from applying for credit and ensuing lost economic and investment

opportunities, pecuniary loss, mental anguish, embarrassment, humiliation, damage to his

reputation and credit standing and other losses that are continuing in nature unless and until

CITIBANK ceases to disseminate and publish the false information that Plaintiff has previously

filed a Chapter 7 bankruptcy petition.

51.    The ensuing damage to YOUNG's credit standing and reputation are

immeasurable, leaving Plaintiff with no adequate remedy at law.

52.    YOUNG is in need of a temporary and permanent injunction to prevent future

damage as a result of CITIBANK'S continuing publication of false and derogatory information

concerning his credit history.

53.    YOUNG has fulfilled all conditions precedent to the bringing of the action.

54.    YOUNG has been required to retain the undersigned attorney and is obligated to

pay him reasonable attorney's fees and costs.

WHEREFORE, Plaintiff respectfully requests the Court to enter a temporary and

permanent injunction enjoining CITIBANK from further publication of any kind which in any

way reflects that Plaintiff has previously filed a bankruptcy petition, and, pursuant to 15 U.S.C.

§§ 1681n and o, award attorney's fees and to further award the costs of this action, and such

other relief as may be necessary and appropriate.