**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

MICHAEL L. YOUNG

Plaintiff,

vs.

REED ELSEVIER, INC., SEISINT, INC., CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANSUNION, LLC

Case No. 07-80031 CIV-MIDDLEBROOKS/ JOHNSON

Defendants.
_____________________________________/

**NOTICE OF UNAVAILABILITY**

COMES NOW, Trevor G. Hawes, Esquire, of Cole, Scott, & Kissane P.A., and hereby files his Notice of Unavailability for the following dates: May 23, 2007, through May 29, 2007, as he will be out of the country, and requests that no hearings or depositions be scheduled during that time period.

COLE, SCOTT & KISSANE, P.A.

s/Trevor G. Hawes
Florida Bar No.: 521531
1805 Copeland Street
Jacksonville, Florida 32204
Telephone: 904-399-2900
Facsimile: 904-399-2110
Email: trevor.hawes@csklegal.com

Dockets.Justia.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Barry Balmuth, Esquire, Barry Balmuth, P.A., Centurion Tower, Eleventh Floor, 1601 Forum Place, Suite 1101, West Palm Beach, FL 33401, and Franklin Gordon Cosmen, Jr., Fowler, White, Burnett, 1395 Brickell Avenue, 14th Floor, Miami, Florida 33131-3302, Erik Grohmann, Esquire, 2801 Network Boulevard, Suite 600, Frisco, Texas 75034, John Robert Whittles, Esquire, Richman Greer, et al., One Clearlake Centre, 250 Australian Avenue South, Suite 1504, West Palm Beach, FL 33401-5016, and Ronald I. Raether, Faruki Ireland & Cox, P.L.L., 500 Courthouse Plaza, SW, 10 North Ludlow Street, Dayton, Phio 45402 on this 4th day of April, 2007.

/s/ Trevor G. Hawes
Attorney