**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 07-80031-CIV-MIDDLEBROOKS/JOHNSON**

**MICHAEL L. YOUNG,**

**Plaintiff,**

**v.**

**REED ELSEVIER, INC., SEISINT, INC.,**
**CITIBANK, FEDERAL SAVINGS BANK,**
**CITIBANK (WEST), FSB,**
**CITIMORTGAGE, INC., and**
**TRANS UNION, LLC,**

**Defendants.**
**______________________________________/**

**SECOND AMENDED COMPLAINT AND REQUEST FOR JURY TRIAL**

Plaintiff, MICHAEL L. YOUNG sues REED ELSEVIER INC., SEISINT, INC., CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANS UNION, LLC, and alleges:

**GENERAL ALLEGATIONS**

1. This is an action brought under the Federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et. seq. and under state law.

2. This court has jurisdiction of this action pursuant to 15 U.S.C. §1681(p) and 28 U.S.C. §1331. This action was removed from state court under 28 U.S.C. §1441. State law claims may be adjudicated by this Court pursuant to 28 U.S.C. §1367.

3. Plaintiff, MICHAEL L. YOUNG ("YOUNG"), is a natural person and a United States citizen and is and, at all material times, was a resident of Palm Beach County, Florida, and

Dockets.Justia.com

is otherwise *sui juris*.

4. YOUNG is a consumer within the meaning of 15 U.S.C. §1681a(c), section 1681a(c) of the Fair Credit Reporting Act ("FCRA").

5. REED ELSEVIER INC. ("REED ELSEVIER") is a foreign corporation that has an agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County, Florida.

6. SEISINT, INC. ("SEISINT") is a Florida corporation which has an office for transaction of its customary business in Palm Beach County, Florida.

7. Upon information and belief, REED ELSEVIER is a parent corporation for SEISINT or is otherwise an affiliated corporation.

8. LEXISNEXIS is registered in Florida as a fictitious name owned by REED ELSEVIER.

9. ACCURINT is registered in Florida as a fictitious name owned by SEISINT.

10. The website of ACCURINT suggests or at least implies that it is part of business named LEXISNEXIS:

> LexisNexis® is an industry leader in the responsible use of data and protection of individual privacy. Accurint, using public records and non-public information, provides invaluable fraud detection and identity solutions for the public and private sectors. Accurint helps safeguard citizens and reduces financial losses.

Moreover, correspondence regarding errors in their databases was received by YOUNG from both REED ELSEVIER and SEISINT indicating that both REED ELSEVIER and SEISINT have a shared role in maintaining the databases.

11. Based on the foregoing, YOUNG has sued both REED ELSEVIER and SEISINT. Hereinafter, REED ELSEVIER, SEISINT, LEXISNEXIS, and ACCURINT, will collectively be referred to as LEXIS.

12. CITIBANK, FEDERAL SAVINGS BANK is a federal savings association that has an office for the transaction of its customary business as well as agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County, Florida.

13. CITIBANK (WEST), FSB is a federal savings association that has an office for the transaction of its customary business as well as agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County, Florida.

14. CITIMORTGAGE, INC. is a foreign corporation that has an agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County, Florida.

15. YOUNG obtained a home equity line of credit from CITIBANK, FEDERAL SAVINGS BANK with account number XXXXXX6632 "Equity Line"). This Equity Line may have been assigned to, or serviced by, CITIBANK (WEST), FSB or CITIMORTGAGE, INC. CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, and CITIMORTGAGE, INC. are affiliated businesses and one or more of them may be the entity responsible for the wrongdoing complained of herein. YOUNG has received correspondence relating to this issue,

described more-fully herein, from "Citibank" and from "Citibank Service Center, [which] provides client account services for Citibank, N.A., Citibank Texas, N.A., and CITIBANK (WEST), FSB." Thus, pending discovery, YOUNG is not, based on the corporate structure of these various Citibank entities and lack of clarity in correspondence from CITIBANK to YOUNG, able to precisely determine which of these entities is responsible for the wrongdoing complained of herein and, therefore, YOUNG will hereinafter collectively refer to CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, and CITIMORTGAGE, INC. as "CITIBANK."

16. CITIBANK is a furnisher of information to consumer reporting agencies as the term furnisher is used in 15 U.S.C. §§ 181li and 1681s-2.

17. TRANS UNION, LLC ("TRANS UNION") is a foreign corporation that has an agent(s) or other representative(s) located in Palm Beach County, Florida and is authorized to, and doing business in, Palm Beach County, Florida.

18. TRANS UNION is a consumer reporting agency, as defined in 15 U.S.C. §1681a(f).

19. Venue is proper in the Southern District of Florida.

**COUNT I - LIBEL BY LEXIS**

YOUNG sues LEXIS for libel and incorporates the allegations of paragraphs 1 through 11, 15, and 19, above, and further alleges:

20. On or about March 15, 2006 LEXIS, which is in the business of gathering data

about persons and publishing that data to its customers in the form of “Banko” and other reports, published to CITIBANK, one of its customers, a Banko report stating that YOUNG had filed bankruptcy. This Banko report was subsequently read by a representative of CITIBANK.

21. YOUNG has never filed bankruptcy.

22. YOUNG is informed and believes that the erroneous statement that YOUNG had filed bankruptcy was caused by the LEXIS’s wrongful inclusion in its databases as they relate to YOUNG of information that Michael **J.** Young filed bankruptcy jointly with his wife, Janice L. Young, in the Bankruptcy Court for the Southern District of Ohio or that some other individual, but not YOUNG, had filed for bankruptcy.

23. Michael J. Young has a different middle initial from Plaintiff, YOUNG, and, per LEXIS’S own database, has a different social security number including the last four digits of same, YOUNG did not live and has never lived in Ohio, and YOUNG has never been married to a Janice L. Young but was formerly married to Christine M. Young.

24. LEXIS’ inclusion of bankruptcy information relating to Michael J, Young in its databases and publication to CITIBANK of a report indicating that YOUNG had filed bankruptcy was negligent in that it LEXIS failed to use reasonable care.

25. Moreover, LEXIS has advised YOUNG that it does not verify the accuracy of information in its databases. Accordingly, LEXIS has acted recklessly and with willful and wanton disregard of the rights of YOUNG.

26. LEXIS’S publication of false and derogatory statement that YOUNG filed

bankruptcy is libelous per se in it is the type of information that would subject YOUNG to distrust, ridicule, contempt, or disgrace, or tend to injure him in his trade or imputes to YOUNG conduct, characteristics, or a condition incompatible with the proper exercise of his lawful trade.

27. CITIBANK used the erroneous information it obtained regarding YOUNG'S purported bankruptcy and "coded" his Equity Line as being in bankruptcy status, freezing the Equity Line and causing several checks to bounce, and republished the statement that YOUNG'S Equity Line was in a bankruptcy status to credit reporting agencies which in turn published this information in credit reports. YOUNG requested the three largest credit reporting agencies to do so. However, as described more-fully herein, despite repeated requests, TRANS UNION has failed and refused to do so. All of these consequences were reasonably foreseeable to LEXIS.

28. LEXIS'S publication of false and derogatory information has been the proximate cause of great and irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to, impairment of credit, abstention from applying for credit and ensuing lost economic and investment opportunities, pecuniary loss, damage to his reputation and credit standing, humiliation, physical pain and suffering, emotional distress, lasting psychological damage, mental anguish, loss of capacity for enjoyment of life, embarrassment, and other losses that are continuing in nature.

29. YOUNG has sought to mitigate his damages.

30. YOUNG has fulfilled all conditions precedent to the bringing of this action including notifying LEXIS of its libelous actions.

WHEREFORE, YOUNG respectfully requests the Court to enter judgment against LEXIS for damages including punitive damages, costs, pre and post judgment interest, and such other relief as the court may deem necessary and appropriate.

**COUNT II - NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS BY LEXIS**

YOUNG sues LEXIS for a negligent infliction of emotional distress and incorporates the allegations of paragraphs 1 through 11, 15, 19, and 20 through 30, above, and further alleges:

31. After purchasing a report of LEXIS' databases as it relates to him, YOUNG wrote to LEXIS on May 15, 2006 and June 18, 2006, copies of this correspondence are attached hereto (social security numbers partially redacted) as Composite Exhibit "A," advising LEXIS that the information in its databases indicating that he was in bankruptcy is incorrect and demanding that LEXIS delete this information from its databases as they relate to YOUNG.

32. LEXIS failed and refused to correct the databases. Indeed, LEXIS, dismissing YOUNG'S concerns, indicated in correspondence to YOUNG dated May 9, 2006 and July 11, 2006, copies of which are attached hereto with report enclosed in May 9, 2006 correspondence (social security numbers partially redacted) as Composite Exhibit "B," that it does not verify the accuracy of information in its databases and has no mechanism to correct inaccurate information in its databases.

33. After YOUNG filed the original complaint in this action on November 21, 2006, LEXIS, despite stating that it did not have a mechanism to do so, did finally remove the reference to the bankruptcy of Michael J. Young from its databases as they relate to YOUNG on

November 30, 2006, as indicated in that correspondence dated November 30, 2006 from LEXIS to YOUNG, a copy of which is attached hereto as Exhibit "C."

34. LEXIS conduct was in willful and wanton disregard of the rights of YOUNG.

35. LEXIS had actual knowledge of the wrongfulness of its conduct and the high probability that injury or damage to the YOUNG, in the form of severe emotional distress, would result and, despite that knowledge, intentionally pursued that course of conduct, resulting in injury or damage to YOUNG.

36. YOUNG was aware that information from LEXIS's databases is reported to its customers and, also, that there have been significant thefts of information from LEXIS's databases. YOUNG reasonably feared that LEXIS's refusal to remove the information relating to the bankruptcy from LEXIS's databases as it relates to YOUNG could result in LEXIS reporting to other clients/customers of LEXIS, or in other unknown persons obtaining information, that YOUNG had filed bankruptcy.

37. The actions of LEXIS have been the proximate cause of great and irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to, humiliation, physical pain and suffering, severe emotional distress, lasting psychological damage, mental anguish, loss of capacity for enjoyment of life, embarrassment, and other losses that are continuing in nature.

38. YOUNG has fulfilled all conditions precedent to the bringing of this action.

WHEREFORE, Plaintiff respectfully requests the Court to enter judgment against LEXIS

for damages including punitive damages, attorney's fees, costs, pre and post judgment interest, and such other relief as the court may deem necessary and appropriate.

**COUNT III - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS BY LEXIS**

YOUNG sues LEXIS for a negligent infliction of emotional distress and incorporates the allegations of paragraphs 1 through 11, 15, 19, and 20 through 30, above, and further alleges:

39. After purchasing a report of LEXIS' databases as it relates to him, YOUNG wrote to LEXIS on May 15, 2006 and June 18, 2006, copies of this correspondence are attached hereto (social security numbers partially redacted) as Composite Exhibit "A," advising LEXIS that the information in its databases indicating that he was in bankruptcy is incorrect and demanding that LEXIS delete this information from its databases.

40. LEXIS failed and refused to correct the databases. Indeed, LEXIS, dismissing YOUNG'S concerns, indicated in correspondence to YOUNG dated May 9, 2006 and July 11, 2006, copies of which are attached hereto with report enclosed in May 9, 2006 correspondence (social security numbers partially redacted) as Composite Exhibit "B," that it does not verify the accuracy of information in its databases and has no mechanism to correct inaccurate information in its databases as they relate to YOUNG.

41. After YOUNG filed the original complaint in this action on November 21, 2006, LEXIS, despite stating that it did not have a mechanism to do so, did finally remove the reference to the bankruptcy of Michael J. Young from its databases as they relate to YOUNG on November 30, 2006, as indicated in that correspondence dated November 30, 2006 from LEXIS

to YOUNG, a copy of which is attached hereto as Exhibit "C."

42. LEXIS' conduct was outrageous. LEXIS had actual knowledge of the wrongfulness of its conduct and the high probability that injury or damage to the YOUNG, in the form of severe emotional distress, would result and, despite that knowledge, intentionally pursued that course of conduct, resulting in injury or damage to YOUNG.

43. YOUNG was aware that information from LEXIS's databases is reported to its customers and, also, that there have been significant thefts of information from LEXIS's databases. YOUNG reasonably feared that LEXIS's refusal to remove the information relating to the bankruptcy from LEXIS's databases as it relates to YOUNG could result in LEXIS reporting to other clients/customers of LEXIS, or in other unknown persons obtaining information, that YOUNG had filed bankruptcy.

44. The actions of LEXIS have been the proximate cause of great and irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to, humiliation, physical pain and suffering, severe emotional distress, lasting psychological damage, mental anguish, loss of capacity for enjoyment of life, embarrassment, and other losses that are continuing in nature.

45. YOUNG has fulfilled all conditions precedent to the bringing of this action.

WHEREFORE, Plaintiff respectfully requests the Court to enter judgment against LEXIS for damages including punitive damages, attorney's fees, costs, pre and post judgment interest, and such other relief as the court may deem necessary and appropriate.

**COUNT IV - VIOLATION OF FAIR CREDIT REPORTING ACT BY CITIBANK**

YOUNG sues CITIBANK, and realleges paragraph 1 through 17, and 19 above, and further alleges:

46. Or about March 15, 2005, CITIBANK, based on the erroneous proposition that YOUNG had filed bankruptcy, froze YOUNG'S Equity Line account causing checks to bounce. Thereafter, CITIBANK furnished information to credit reporting agencies including TRANS UNION indicating that the Equity Line YOUNG had with CITIBANK was in a bankrupt status due to YOUNG having filed bankruptcy.

47. On or about March 15, 2005,TRANS UNION added to its credit reporting of YOUNG an entry indicating that CITIBANK had furnished information that YOUNG's equity line account with CITIBANK was in a bankrupt status as YOUNG had filed a Chapter 7 bankruptcy.

48. The information in the consumer report was false as YOUNG has never filed bankruptcy.

49. YOUNG did not learn of this erroneous reporting until on or about April 14, 2005, when he received a consumer report as defined in Section 1681(d) of the FCRA which was prepared, assembled, transferred, issued by TRANS UNION.

50. YOUNG disputed the erroneous reporting regarding his Equity Line by telephoning TRANS UNION on June 1, 2005 and continued to dispute the reference or coding of his Equity Line as being in a bankruptcy status in correspondence dated June 19, 2005, July 10,

2005, November 25, 2005, December 30, 2005, March 5, 2006, March 10, 2006, April 29, 2006, May 13, 2006 (April 15, 2006 crossed out), July 6, 2006, and September 4, 2006. Copies of this correspondence with enclosures thereto are attached hereto (social security numbers partially redacted) as Composite Exhibit "D."

51. TRANS UNION was required under 15 U.S.C. §1681li(a)(2) to give notice of YOUNG'S dispute of the erroneous reporting of the bankruptcy to CITIBANK.

52. TRANS UNION did send to CITIBANK a "Consumer Dispute Verification" form seeking to verify the status of YOUNG's Equity Line on June 1, 2005, March 17, 2006, and September 12, 2006 and, possibly, on other dates.

53. CITIBANK was required by 15 U.S.C. §1681s-2(b) to conduct a reasonable reinvestigation of the disputed information of the disputed information and report the results of same to TRANS UNION.

54. CITIBANK willfully and/or negligently violated 15 U.S.C. §1681s-2(b) by willfully and/or negligently failing to conduct a reasonable reinvestigation of the disputed false and derogatory statement that YOUNG had filed for bankruptcy and failing to notify TRANS UNION that the reporting of this information was in error.

55. CITIBANK'S violations of the Fair Credit Reporting Act have caused great and irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to, impairment of credit, abstention from applying for credit and ensuing lost economic and investment opportunities, pecuniary loss, damage to his reputation and credit standing,

humiliation, physical pain and suffering, emotional distress, lasting psychological damage, mental anguish, loss of capacity for enjoyment of life, embarrassment, and other losses that are continuing in nature.

56. YOUNG has fulfilled all conditions precedent to the bringing of this action.

57. YOUNG has been required to retain the undersigned attorney and is obligated to pay him reasonable attorney's fees and costs.

WHEREFORE, YOUNG respectfully requests, pursuant to 15 U.S.C. §§ 1681n and o where applicable, to enter judgment against CITIBANK for damages including punitive and/or exemplary damages, costs, pre and post judgment interest, attorney's fees and such other relief as the court may deem necessary and appropriate.

**COUNT V - VIOLATION OF FAIR CREDIT REPORTING ACT BY TRANS UNION**

YOUNG sues TRANS UNION and realleges paragraphs 1 through 19, above, and further alleges:

58. At all material times, TRANS UNION prepared, assembled, transferred, issued, and published consumer reports, as defined in Section 1681a(d) of the FCRA, regarding YOUNG.

59. Sometime on or after March 15, 2005, CITIBANK erroneously furnished information to credit reporting agencies including TRANS UNION indicating that the Equity Line YOUNG had with CITIBANK was in a bankruptcy status due to YOUNG having filed bankruptcy.

60. Upon receipt of this information from CITIBANK, TRANS UNION added to its credit reporting of YOUNG an entry indicating that YOUNG's Equity Line account with CITIBANK was in a bankruptcy status as YOUNG had filed a Chapter 7 bankruptcy.

61. The information in the consumer report was false as YOUNG has never filed bankruptcy.

62. TRANS UNION willfully and/or negligently violated 15 U.S.C. §1681e by preparing numerous consumer reports without following reasonable procedures to assure maximum possible accuracy of the information concerning YOUNG. TRANS UNION, could have easily, and for a minimal fee, researched bankruptcy court records using Pacer or the free telephonic voice case information system established by the United States Bankruptcy Courts or otherwise to determine, if indeed, YOUNG had filed for bankruptcy. TRANS UNION did none of these things.

63. YOUNG did not learn of this erroneous reporting regarding his Equity Line until on or about April 14, 2005, when he received a consumer report as defined in Section 1681(d) of the FCRA which was prepared, assembled, transferred, issued by TRANS UNION.

64. YOUNG disputed the erroneous reporting regarding his Equity Line by telephoning TRANS UNION on June 1, 2005 and continued to dispute the reference or coding of his Equity Line as being in a bankruptcy status in correspondence dated June 19, 2005, July 10, 2005, November 25, 2005, December 30, 2005, March 5, 2006, March 10, 2006, April 29, 2006, May 13, 2006 (April 15, 2006 crossed out), July 6, 2006, and September 4, 2006.

65. TRANS UNION willfully and/or negligently violated 15 U.S.C. §1681i by willfully and/or negligently failing to conduct a reasonable reinvestigation of the accuracy of the false and derogatory statement that YOUNG'S Equity Line was in a bankruptcy status after YOUNG disputed the bankruptcy as erroneous. Indeed, TRANS UNION refused to accept the enclosures to correspondence from YOUNG including correspondence from CITIBANK stating the YOUNG'S Equity Line was "inadvertently coded as bankrupt" which should have put this matter to rest. Moreover, TRANS UNION, could have easily, and for a minimal fee, researched bankruptcy court records using Pacer or the free telephonic voice case information system established by the United States Bankruptcy Courts or otherwise to determine, if indeed, YOUNG had filed for bankruptcy. TRANS UNION did none of these things. Indeed, after receiving some of YOUNG'S letters of dispute, TRANS UNION did nothing at all. Instead, TRANS UNION continued to defame YOUNG by publishing false, negative, and derogatory information about his creditworthiness to third parties.

66. TRANS UNION also willfully and/or negligently violated 15 U.S.C. §1681c(f) by willfully and/or negligently failing to indicate in consumer reports regarding YOUNG that the status of YOUNG'S CITIBANK Equity Line was disputed by YOUNG.

67. TRANS UNION willfully and/or negligently violated 15 U.S.C. §1681li(a)(2) by willfully and/or negligently failing to provide YOUNG with a description of its reinvestigation procedure within 15 days of YOUNG's request that it do so in correspondence dated June 19, 2005. A copy of this request is attached hereto as a portion of Exhibit "D."

68. TRANS UNION'S violations of the Fair Credit Reporting Act have caused great and irreparable injury to YOUNG. YOUNG has suffered damages including, but not limited to, impairment of credit, abstention from applying for credit and ensuing lost economic and investment opportunities, pecuniary loss, damage to his reputation and credit standing, humiliation, physical pain and suffering, emotional distress, lasting psychological damage, mental anguish, loss of capacity for enjoyment of life, embarrassment, and other losses that are continuing in nature.

69. YOUNG has fulfilled all conditions precedent to the bringing of the action.

70. YOUNG has been required to retain the undersigned attorney and is obligated to pay him reasonable attorney's fees and costs.

WHEREFORE, YOUNG respectfully requests, pursuant to 15 U.S.C. §§ 1681n and o where applicable, judgment against TRANS UNION for damages including punitive and/or exemplary damages, costs, pre and post judgment interest, attorney's fees and such other relief as the court may deem necessary and appropriate.

**Request for Jury Trial**

YOUNG requests a trial by jury of all issues so triable.

Dated: _________________, 2007

Respectfully submitted,

**BARRY S. BALMUTH, P.A.**

**By: /s/ Barry S. Balmuth**
**BARRY S. BALMUTH, Esquire**
Florida Bar No. 868991
Counsel for YOUNG
Centurion Tower, Eleventh Floor
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
E-mail: balmuthlaw@alum.emory.edu

C:\BB\Young Collection\Citibank\Pleading\USDC\Complaint.2damd.wpd

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

Lexis Nexis
6601 Park of Commerce Blvd.
Boca Raton, FL 33487

15 May 2006

Dear Sir/Madam:

We are in receipt of your letter dated May 9, 2006, with no reference number.

We note that you only report what is given to you and you are not capable to correct or change data that is incorrect – "Accurint can only provide the data that was provided to us."

The only problem is – you have the wrong person!

Now let's go into details – please note the following:

1. Different middle initial.
2. Different SS number - even last four digits are different – Michael L. Young is-[redacted]-4968 and **debtor** SSN is [redacted]-3091
3. Reported as two bankruptcies – same case number
4. Despite listing some thirty-five addresses for me – none are near Ohio where bankruptcy occurred – your record not mine.
5. Different wife name – you show Christine as associated with some of my debts, which is correct, but we are divorced - but "Janice L." was never associated with me.

Your gross and willful negligence has caused insurmountable damage which cannot be overcome at my age.

Your reckless abandon, without any due diligence, is contraviction of federal and state law.

Advise immediately how this erroneous information was obtained and when put into my file. Also advise whom it was provided to.

We have read your disclosures that you don't check anything and you can't change anything, but you need to get the right person.

You have seven (7) days to respond under the circumstances.

Please Govern Yourself Accordingly.

Yours truly,

Composite
**EXHIBIT** A

Michael Young

VIA FAX: 561-981-0799

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

18 June 2006

Lexis Nexis
6601 Park of Commerce Blvd.
Boca Raton, FL 33487

Dear Sir/Madam:

We are in receipt of your letter dated May 9, 2006, with no reference number.

I requested correction of your felonious account on May 15, 2006 and you have not responded as required by law.

***Please provide proof of my bankruptcy, or remove it, and advise every party you have erroneously advised.***

We note that you only report what is given to you and you are not capable to correct or change data that is incorrect – "Accurint can only provide the data that was provided to us."

The only problem is – you have the wrong person!

Now let's go into details – please note the following:

1. Different middle initial.
2. Different SS number - even last four digits are different – Michael L. Young is [redacted]-4968 and **debtor** SSN is [redacted]-3091
3. Reported as two bankruptcies – same case number
4. Despite listing some thirty-five addresses for me – none are near Ohio, where bankruptcy occurred – your record not mine.
5. Different wife name – you show Christine as associated with some of my debts, which is correct, but we are divorced - but "Janice L." was never associated with me.

Your gross and willful negligence has caused insurmountable damage which cannot be overcome at my age.

Your reckless abandon, fraud and without any due diligence, is contraviction of federal and state law.

Advise immediately how this erroneous information was obtained and when put into my file. Also advise whom it was provided to. .

Yours truly,

Michael Young

cc: FTC
Barry Balmuth, Esq.
VIA FAX: 561-981-0799

LexisNexis®

6601 Park of Commerce Blvd.
Boca Raton, FL 33487

Tel 888.332.8244 ext 4498
Fax 561.981.0799
www.accurint.com

May 9, 2006

Michael Young
11 Wyndham Lane
Palm Beach, FL 33418

**RE: LexisNexis® Consumer Access Program**

Dear Michael Young:

We are sending this letter in response to the request you made through the LexisNexis Consumer Access Program for your Person Report. This Person Report is a compilation of public record data and non-public information using innovative technology to link records about an individual together. We have included a copy of your Person Report as it exists in the Accurint® services.

This report may not contain every piece of personally identifiable information we have in our databases relating to you. Please review each section carefully and contact LexisNexis if you have any questions concerning this information.

Kindly be advised that Accurint is **NOT** a Consumer Reporting Agency, and as such, Accurint is not governed by the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.). Accurint data is not permitted to be used to grant or deny credit, make employment decisions, or make tenant and housing screening decisions, or any other uses regulated by the Fair Credit Reporting Act. Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources, in full compliance with all applicable federal and state privacy laws. We do not examine or verify our data, nor is it possible for our computers to correct or change data that is incorrect – Accurint can only provide the data that was provided to us.

Although Accurint is not a Consumer Reporting Agency, please be reassured that both Accurint, and your personal information contained in Accurint databases, are regulated by the federal government and are subject to the Gramm-Leach-Bliley Act (15 U.S.C. § 6801 et seq.) and the Federal Drivers Privacy Protection Act (18 U.S.C. § 2721 et seq.). These laws regulate who may access private, non-public data, and the purposes for which it may be accessed. Accurint fully complies with these and all other applicable federal and state laws.

If you would like to know more about the LexisNexis® Data Privacy Policy, you may review it at: http://www.lexisnexis.com/terms/privacy/data/LNDataPrivacyPolicy.pdf. Thank you for your interest in the LexisNexis Consumer Access Program.

Sincerely,

LexisNexis Consumer Inquiry Department

Composite
**EXHIBIT** B

«ID»

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
CHRISTINE M YOUNG DOB:12/1952 Age: 53
456-72-xxxx issued in Texas between 01/01/1961 and 12/31/1961

## Comprehensive Report Summary: (Click on Link to see detail)

Bankruptcies:
2 Found
Tax Liens and Judgments:
None Found
UCC Filings:
None Found
People at Work:
7 Found
Driver's License:
2 Found
Address(es) Found:
0 Verified and 32 Non-Verified Found
Possible Properties Owned:
7 Found
Motor Vehicles Registered:
1 Found
Watercraft:
None Found
FAA Certifications:
None Found
FAA Aircrafts:
None Found
Possible Criminal Records:
4 Found
Sexual Offenses:
None Found
Florida Accidents:
1 Found
Professional Licenses:
None Found
Voter Registration:
None Found
Hunting/Fishing Permit:
None Found
Concealed Weapons Permit:
None Found
Possible Associates:
3 Found
Possible Relatives:
1st Degree - 9 Found
2nd Degree - 2 Found
3rd Degree - None Found
Neighbors:
1st Neighborhood - 6 Found
2nd Neighborhood - 5 Found
3rd Neighborhood - 6 Found
4th Neighborhood - 5 Found

---

## Bankruptcies:

Date Filed: 08/11/2004 Chapter: 7 Disposition Date: 12/21/2004 Disposition: Discharged
Filing Status: JOINT, Voluntary
Case Number: 0436935 Court Location: OHIO SOUTHERN - DAYTON

Debtor Name: YOUNG, JANICE L Debtor SSN: [redacted]
AKAs: YOUNG, MIKE
Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
Additional Debtor: YOUNG, MICHAEL J Additional Debtor SSN: xxx-xx-xxxx
AKAs:
Additional Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
Assets available for unsecured creditors: Yes
Debtor is self-represented: No
Liabilities: Assets: Exempt:
Attorney: JEFFREY A RUPPERT, PO BOX 369, FRANKLIN OH 45005 - (937) 746-2832
Additional Attorney: JEFFREY A RUPPERT, PO BOX 369, FRANKLIN OH 45005 - (937) 746-2832
Trustee: PAUL SPAETH, 130 WEST SECOND STREET SUITE 450, DAYTON OH 45402 - (937) 223-1655
Judge Assigned: WILLIAM A CLARK
Creditors Meeting Date: 10/08/2004

Creditors Meeting Location: SUITE 309
Complaints Deadline:
Claims Deadline:

Date Filed: 08/11/2004 Chapter: 7 Disposition Date: Disposition:
Filing Status: JOINT
Case Number: 0436935 Court Location: OHIO SOUTHERN - DAYTON

Debtor Name: YOUNG, JANICE L Debtor SSN: 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
AKAs:
Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
Additional Debtor: YOUNG, MICHAEL J Additional Debtor SSN: xxx-xx-xxxx
AKAs: YOUNG, MIKE
Additional Debtor Address: 5645 W ALEXANDRIA RD, MIDDLETOWN OH 45042-8928
Assets available for unsecured creditors: Yes
Debtor is self-represented: No
Liabilities: Assets: Exempt:
Attorney: JEFFREY A RUPPERT, PO BOX 369, FRANKLIN OH 45005 - (937) 746-2832
Trustee: PAUL SPAETH, 12 W MONUMENT ST Apt 100, DAYTON OH 45402 - (937) 223-1655
Judge Assigned:
Creditors Meeting Date: 10/08/2004
Creditors Meeting Location: SUITE 309
Complaints Deadline:
Claims Deadline:

## Tax Liens and Judgments:

[None Found]

## UCC Filings:

[None Found]

## People at Work:

Name: MICHAEL LEE YOUNG
SSN: 456-72-xxxx
Company: FLORIDA ROCK AND SAND COMPANY, INC.
Address: 15900 SW 408TH ST, FLORIDA CITY FL 33034
Phone: ✔(305) 852-2621
FEIN: 591274059
Dates: Oct 01, 1995 - Dec 01, 1996
Confidence: Medium

Name: MICHAEL L YOUNG
SSN: 456-72-xxxx
Company: SUNSET LEATHER
Address: 101 AIRPORT RD, HARTFORD CT 06114-2004
Phone: ✔(860) 296-9577
FEIN:
Dates: Apr 01, 1995 - Dec 01, 1996
Confidence: Medium

Name: MIKE YOUNG
Title: MANAGER
SSN: 456-72-xxxx
Company: MODERN CONTINENTAL
Address: 595 N NOVA RD STE 209, ORMOND BEACH FL 32174-4449
Phone: (386) 677-1883
FEIN:
Dates: Jan 24, 2005 - Mar 28, 2005
Confidence: High

Name: MICHAEL LEE YOUNG
Title: PROJ MGR
SSN: 456-72-xxxx
Company: TOMASSO CONSTRUCTION
Address:
Phone:
FEIN:
Dates: Jul 01, 2000 - Jun 01, 2001
Confidence: Medium

Name: MICHAEL LEE YOUNG
SSN: 456-72-xxxx

# Accurint

July 11, 2006

Mr. Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418

Dear Mr. Young:

Thank you for your inquiry regarding the data maintained in the Accurint database. Accurint appreciates your efforts to assist us in preventing fraud and ensuring our files contain the most accurate information available.

Kindly be advised that Accurint is **NOT** a Consumer Reporting Agency, and as such, Accurint is not governed by the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.). Accurint data is not permitted to be used to grant or deny credit, make employment decisions, or make tenant and housing screening decisions, or any other uses regulated by the Fair Credit Reporting Act. Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources, in full compliance with all applicable federal and state privacy laws. We do not examine or verify our data, nor is it possible for Accurint's computers to update or change incorrect information – Accurint can only provide the information that was provided to us.

Although Accurint is not a Consumer Reporting Agency, please be reassured that both Accurint, and your personal information contained in Accurint databases, are regulated by the federal government and are subject to the Gramm-Leach-Bliley Act (15 U.S.C. § 6801 et seq.) and the Federal Drivers Privacy Protection Act (18 U.S.C. § 2721 et seq.). These laws regulate who may access private, non-public data, and the purposes for which it may be accessed. Accurint fully complies with these and all other applicable federal and state laws. These laws, however, do not require Accurint to provide reports of the information contained within our databases, nor do the laws require Accurint to correct or change potentially incorrect information.

Accurint has determined that the information you describe in your request was provided to Accurint by the Ohio Bankruptcy Court. Accurint urges you to contact the Ohio Bankruptcy Court directly to change or update incorrect information. Again, Accurint does not examine or verify information contained within our database, nor is it possible for Accurint's computers to update or change incorrect information. Accurint can only provide the information that was provided to us, including historical records. Historical records will often continue to be reported even after updates to the record as both current and historical will often be included in the report.

If you are concerned about possible identity theft you should contact the three national Credit Reporting Agencies listed below immediately to obtain a copy of your credit report.

Equifax
PO Box 740241
Atlanta, GA 30374-0241
Order Credit Report: 800-685-1111
Report Fraud: 800-525-6285

Experian
PO Box 2104
Allen, TX 75013
Order Credit Report: 888-397-3742
Report Fraud: 888-397-3742

Trans Union
PO Box 390
Springfield, PA 19064-0390
Order Credit Report: 800-916-8800
Report Fraud: 800-680-7289

Sincerely,

**Consumer Inquiry Department**

# Accurint

6601 Park of Commerce Blvd.
Boca Raton, FL 33487

Phone: 561-893-8000
Toll Free: 1-888-332-8244
Fax: 561-893-8090
www.accurint.com

November 30, 2006

Mr. Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418

Dear Mr. Young:

We are in receipt of your last letter dated July 28th, 2006, requesting removal of the bankruptcies for Michael J. Young from your records. As per your request, information regarding these bankruptcies is no longer linked to your records.

Kindly be advised that Accurint purchases and resells data collected by outside companies, which cover public records and commercially available data sources, in full compliance with all applicable federal and state privacy laws.

Accurint urges you to contact the Consumer Reporting Agencies to update their information.

Please feel free to contact the Accurint Compliance Department at 888.332.8244 ext. 4498 with any questions or concerns.

Sincerely,

Consumer Inquiry Department

**EXHIBIT** C

MICHAEL YOUNG
11 Wyndham Lane
Palm Beach Gardens, FL 33418
E-mail: youngmike11@aol.com
Phone: 386-677-1883

19 June, 2005

Trans Union Corporation
P O Box 2000
Chester, PA 19022-2000

Citibank: 8007668632

Dear Sir/Madam:

Please provide a description of how the investigation of bankruptcy was conducted for Citibank in your response 06/14/2005.

If you checked the middle initial is different and I have never been to Ohio. Of course the ss is different.

Attached please find Citibank letter admitting their error.

Please revise my report and score accordingly and send an up dated report to those listed on regular inquiries as well as myself.

Please remove Citibank 3/21/2005 regular inquiry as they were not authorized and inquiry was not for me.

Yours truly,

Michael Young
SS 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

CC: FTC
Barry Balmuth, Esq.
Attachments: 2

Composite
EXHIBIT D

[redacted]

citibank

April 27, 2005

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418

RE: Citibank Account No.: 8007666632

Dear Mr. Young:

Please be advised that we inadvertently coded the aforementioned account as bankrupt, which in turn suspended your line of credit associated with this account.

As of the date of this letter, your credit line has been reinstated and your account is current and in good standing. Please use this letter as proof that any checks that were returned because of the credit line being suspended on this account, from March 15 2005 to April 22, 2005 was a result of a bank error and not any fault of yours.

Please accept my apologies on behalf of Citibank regarding this matter, as Citibank strives for exceptional customer service.

Should you have any additional questions concerning this matter, please me at 1-(800)-695-0384, extension 24452.

Sincerely,

Luis Uribe
Bankruptcy Manager
Consumer Default Management

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (386) 566-7299 Cell

E-mail: Youngmike11@aol.com

July 10, 2005

TransUnion Consumer Relations
P O Box 2000
Chester, Pa 19022-2000

File: 138319128
Acc: 8007666632 Citi

Dear Sir/Madam:

Either Trans Union did not verify this account or Citi is at fault-either way the phone number you give is not a working number!

Immediately remove this bankruptcy, furnish my revised FICO and notify all inquiries in past two years of change.

Copy

Yours truly,

Michael Young

Cc: Barry Balmuth, Esq.

MICHAEL L YOUNG
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Cell: 954-444-0579
Home: 561-627-6395
email: youngmike11@aol.com

November 25, 2005

Trans Union
P O Box 1000
Chester, PA 19022

Report as of 10/26/05
File 146268922

Dear Sir/ Madam:

Please be sure, VERY SURE, that you have verified Citi 8007666632 bankruptcy, or issue a new credit report and FICO score which I paid for.

Yours truly,

Michael Young

cc: Barry Balmuth, Esq.
FTC

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

30 December 2005

Trans Union
P O Box 1000
Chester, PA 19022

146268922

Dear Sir/Madam:

You continue to erroneously report a bankruptcy without substantiation.

The address you report for Citi does not exist and there is no such phone number.

I paid for a report and SCORE. I want the report corrected and a new SCORE sent.

My letter of November 25, 2005 remains unanswered regarding this matter.

You have also received my letter from Citi acknowledging THEIR mistake.

Yours truly,

Michael Young

Cc: FL State's Attorney
US Postal Service

myFICO a division of fair isaac

Products | Loan Center | Credit Education | Calculators | Support | Home

You are logged in as Michael Young

Michael's Page

**FICO® Standard - TransUnion February 27, 2006**

Printable Report

Your FICO Score
- Top Positive Factors
- Top Negative Factors
- How Lenders See You
- FICO Score Simulator

Your Credit Profile
- Negative Items
- Inquiries
- Accounts Summary
- 1 BANKAMERICA
- 2 UNITED BANK
- 3 CITIBANK
- 4 DSNB MACYS
- 5 AMEX
- 6 CITI
- 7 CHASE NA
- 8 SUNTRUST MTG
- 9 CHASE NA
- 10 CHASE NA
- 11 CHASE NA
- 12 CITI
- 13 WSHNGTN MUTL
- 14 CBUSASEARS
- 15 FST USA BK B
- 16 WACHOV MTG
- 17 CHASE NA
- 18 MELLON MTG
- 19 CHVY CHSE IL
- 20 CRESTAR BANK
- 21 WACHOV/FTU
- 22 FOA BK
- 23 CRESTAR BANK
- 24 HARRIS BK NH

Official FICO® Score Seal

FICO® Score: 665

FOR MICHAEL YOUNG

ON February 27, 2006

**Credit record source: TransUnion**

- Your FICO score of 665 summarizes the information on your TransUnio February 27, 2006.
- FICO scores range between 300 and 850™.
- Higher scores are considered better scores. That is, the higher your sco lenders look upon you as a credit risk. Your score is somewhat below th consumers. Keep in mind, however, that many lenders consider this an .




## The Bottom Line: What a FICO score of 665 means to you

More than 75% of the applications for credit in the U.S. last year were decided FICO score. Lenders consider many factors in addition to your credit score wi decisions. Looking solely at your FICO score, however, most lenders would c slightly higher risk.

This means:

- While many lenders will approve loan applications with this score, they somewhat higher rates or with more restrictive terms. Each creditor set related to the rates and terms associated with a loan product.
- With this score, lenders may require additional information to help them application for credit - factors such as your income or time at job may t

It is important to understand that different lenders set their own policies and to making credit decisions, so there is no single "cutoff score" used by all lender

## Summary of factors affecting your score

myFICO a division of fairIsaac

Products | Loan Center | Credit Education | Calculators | Support | Home

You are logged in as Michael Young

Michael's Page

**FICO® Standard - TransUnion February 27, 2006**

Printable Report


Your FICO Score

Top Positive Factors

Top Negative Factors

How Lenders See You

FICO Score Simulator

Your Credit Profile

Negative Items

Inquiries

Accounts Summary

1 BANKAMERICA

2 UNITED BANK

3 CITIBANK

4 DSNB MACYS

5 AMEX

6 CITI

7 CHASE NA

8 SUNTRUST MTG

9 CHASE NA

10 CHASE NA

11 CHASE NA

12 CITI

13 WSHNGTN MUTL

14 CBUSASEARS

15 FST USA BK B

16 WACHOV MTG

17 CHASE NA

18 MELLON MTG

19 CHVY CHSE IL

20 CRESTAR BANK

21 WACHOV/FTU

22 FOA BK

23 CRESTAR BANK

24 HARRIS BK NH


## Negative Items

How consistently you have paid your bills and kept up with your credit obligatio
the calculation of your FICO score. Derogatory public records, collections, and
information shown on your credit history are regarded as negative information I

### Derogatory Public Records

FICO scores consider the following public record information as negative: ban
garnishments, legal items and tax liens. This information is collected by the Cr
and stored on your file.

Derogatory Public Records None on file.

### Collections

A collection reference occurs when your creditor turns over an account you h
to a collection agency. FICO scores treat collections as negative items.

Collections None on file.

### Delinquencies and Derogatory information on accounts

Delinquency information is provided by the lender when you have missed a pa
obligation. Other derogatory indicators, such as a comment with the credit obl
"account included in bankruptcy"), are also considered negative by the FICO
payment information on your credit obligations is reported by the lender as 30
days, 120 days, 150 days, 180 days late or as a charged-off account.

| Account Type | Company | Account Number | Current Status | Worst Delinquency | D |
|---|---|---|---|---|---|
| Overdraft/Reserve Checking Account | CITIBANK | 80XXXX | Paid or paying as agreed | Paid or paying as agreed | |

## Is something incorrect on your credit report?

**Correct your credit report with CreditSync**

CreditSync is an interactive, personalized tool that enables
report errors on your credit reports.

- Examine your report for errors and/or omissions with our easy to us
- Select the areas of your report containing errors and/or omissions
- Enter the correct information with our easy to use worksheet

- Print out your customized dispute letter and mail it to the credit bureau address provided

**Buy CreditSync for only $5.95**

You may contact the bureau directly:

| | |
|---|---|
| **Phone:** | 1-800-916-8800 |
| **Online:** | TransUnion credit report dispute |
| **Customer support:** | TransUnion customer support |
| **Address:** | 2 Baldwin Place, P.O. BOX 1000, Chester, PA 19022 |

**Your File Identification Number (FIN) is: 110347814. Please include your FIN when contacting TransUnion.**
Get more information about correcting errors on your credit report.

For questions about your FICO score or myFICO account, contact myFICO customer support at or 1-800-319-4433. myFICO cannot fix errors on a credit report. **Report ID:** R0EE99777F57


Copyright ©2001-2006 Fair Isaac Corporation. All rights reserved.

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

5 March 2006

Trans Union
P O Box 1000
Chester, PA 19022

138319128,
146268922 &
110347814

Dear Sir/Madam:

You continue to erroneously report a bankruptcy without substantiation.

On June 14, 2005 I received credit reports indicating a bankruptcy. Very interesting you:

- Indicate a recent bankruptcy reported by Citi
- You give a non existent phone number and incorrect address as confirmation
- You score me 831, with a very recent bankruptcy!

I addressed these issues in letters of November 25, 2005, December 30, 2005 and others.

On February 27, 2006 I paid for FICO scores to assure corrections had been made.

Well look at this! Trans Union has dropped my score to 665, while Exp is 809 and Equ is 812. Well they also were wrong and corrected the problem. This leaves Trans Union, all alone, reporting bankruptcy.

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, and most probably Florida Law.

I paid for several reports and SCORES. I want the report corrected and new SCORES sent to every inquiry since June 14, 2005 as well as all my damages paid for, including attorney fees, as required, caused by your deliberate and intentional fraudulent misconduct.

I have yet to receive any meaningful correspondence from Trans Union. I may be contacted by e-mail, cell phone, fax or letter. Under the circumstances your response is requested with in 15 days.

Yours truly,

Michael Young

Cc: Mr. Barry Balmuth, Esq.
Attached: 8 pages, Id ROEE99777F57

citibank®

April 27, 2005

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418

RE: Citibank Account No.: 8007666632

Dear Mr. Young:

Please be advised that we inadvertently coded the aforementioned account as bankrupt, which in turn suspended your line of credit associated with this account.

As of the date of this letter, your credit line has been reinstated and your account is current and in good standing. Please use this letter as proof that any checks that were returned because of the credit line being suspended on this account, from March 15 2005 to April 22, 2005 was a result of a bank error and not any fault of yours.

Please accept my apologies on behalf of Citibank regarding this matter, as Citibank strives for exceptional customer service.

Should you have any additional questions concerning this matter, please me at 1-(800)-695-0384, extension 24452.

Sincerely,

Luis Uribe
Bankruptcy Manager
Consumer Default Management

myFICO® a division of Fair Isaac

Products | Loan Center | Credit Education | Calculators

Support | Home

You are logged in as Michael Young

**Michael's Page**

## Your Latest FICO® Scores

| TransUnion | Equifax | Experian |
|---|---|---|
| 685 | 812 | 809 |
| Date: 2/27/2006 | Date: 2/27/2006 | Date: 2/27/2006 |

## Your FICO Scores

| | FICO Score | Report Date | View Until | |
|---|---|---|---|---|
| TransUnion | 685 | 2/27/2006 | 4/3/2006 | View |
| Equifax | 812 | 2/27/2006 | 4/3/2006 | View |
| Experian | 809 | 2/27/2006 | 4/3/2006 | View |

## Your Loan Rates

Average mortgage rates for your FICO scores:

| | |
|---|---|
| 30-year fixed | 6.13% |
| 15-year fixed | 5.82% |
| 5/1 adjustable | 7.02% |
| 36-month auto | 6.49% |

Updated on: 2/27/2006

**Correct credit report errors quickly and easily**

CreditSync

An interactive, easy-to-use tool, CreditSync makes it easy to find and correct credit report errors and helps ensure you're approved for your next loan at the rate you deserve.

Only $5.95 Buy

**Get "Insider" Property Info**

myFICO Property Reports

Considering a real estate purchase? Get the same "insider" property information that realtors see!

From $4.95 Buy

**Create Your Will the Easy Way**

Suze Orman's New Will & Trust Kit

This easy-to-use kit includes step-by-step guidance and personalized legal documents that would otherwise cost $2500 or more.

Only $13.50 plus S&H Buy

## Your Quick Links

- FICO Score Simulator
- FICO Loan Center
- Loan Savings Calculators
- Credit Correction Center
- Property Report

**Change Account Settings**

Home | About Us | Press Room | E-Mail Signup | Business Solutions | Affiliate Program | Terms of Use | Privacy Policy

Copyright ©2001-2006 Fair Isaac Corporation. All rights reserved.

# TransUnion Personal Credit Score

MICHAEL L. YOUNG

Your Credit Score is:

**831**

Based on data from: TransUnion

Score created on: 06/14/2005

**Based on your credit report data, this is a numerical depiction of your creditworthiness.**

Lowest 400 475 550 625 700 775 850 925 Highest

You are here

**Your credit ranks higher than 75% of the population.**

Lowest 0% 20% 40% 60% 80% 100% Highest

You are here

**Most lenders would view your creditworthiness as between very good and good.**

Very Poor — Poor — Fair — Good — Very Good

You are here

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

Given that you have a high credit score, lenders should be able to conclude that you are capable of repaying your debts. This would then enable lenders to provide you with better interest rates and loan offers. Credit cards may be harder to obtain because lenders still see room for improvement. To improve your credit score, continue to pay your debts on time. Lender offers will differ based on the attribute information you provide concerning your monthly income, employment history, and monthly debt. This information will aid in the determination of whether you receive an excellent offer, or just a respectful offer.

### Factors that impact your score:

1. **Too many delinquencies:**
   Your credit report reflects delinquent payment history on one or more accounts. Making prompt payments over time may improve your credit score.
2. **Too many derogatory accounts or public records:**
   Your credit report reflects one or more accounts with a derogatory payment rating or a public record such as a civil judgment, bankruptcy or tax lien.
3. **Too many inquiries:**
   Excessive inquiries on the credit report have a negative impact on your credit score. Limiting the number of credit applications you complete may improve your credit score.
4. **Mortgage account balances are too high in proportion to credit limits:**
   Lowering your balances on these accounts may improve your credit score.

## Answers About Credit Scores

- **How are credit scores used?**

A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

- **How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

- **How do inquiries affect my credit score?**

Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

File Number: 138319128
Page: 1 of 3
Date Issued: 06/14/2005

TransUnion.

## Personal Information

Name: MICHAEL I. YOUNG

SSN: XXX-XX-4968
Date of Birth: 04/1945
Telephone: 462-4137
Your SSN is partially masked for your protection.

Other Names: LYOUNG,MICHAEL
You have been on our files since 10/1980

### CURRENT ADDRESS

Address: 11 WYNDHAM LN
WEST PALM BEACH, FL 33418
Date Reported: 06/2004

### PREVIOUS ADDRESS

Address: 1096 POB 1096,
DEERFIELD BEACH, FL 33441
Date Reported: 11/2003

Address: 8518 CAHILL DR 8
AUSTIN, TX 78729

### EMPLOYMENT DATA REPORTED

Employer Name: MODERN CONTINENTAL
Date Reported: 05/2004
Position: CONTRACT MANAGER
Hired:

Employer Name: T G DEFELICE INC
Date Reported: 07/1998
Position:
Hired:

Employer Name: G A TOMASSO
Date Reported: 06/1995
Position:
Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CITIBANK** [redacted]6632
PO BOX 769006
SAN ANTONIO, TX 78245-9006
(314) 851-1400

Balance: $24,884
Date Verified: 05/2005
High Balance: $40,000
Credit Limit: $40,000
Terms: MINIMUM $137

Pay Status: PAID OR PAYING AS AGREED
Account Type: LINE OF CREDIT ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Open: 06/2004

Loan Type: CREDIT LINE SECURED
Remarks: >CHAPTER 7 BANKRUPTCY<
Estimated date that this item will be removed: 01/2012

| Late Payments (02 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 2 months | OK | OK |
|---|---|---|
| | apr | mar |

4

258

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail youngmike11@aol com

RECEIVED
MAR 17 2006
# 40

10 March 2006

Trans Union
P O Box 1000
Chester, PA 19022

138319128,
146268922 &
110347814

Dear Sir/Madam

You continue to erroneously report a bankruptcy without substantiation

On June 14, 2005 I received credit reports indicating a bankruptcy Very interesting you

- Indicate a recent bankruptcy reported by Citi
- You give a non existent phone number and incorrect address as confirmation
- You score me 831, with a very recent bankruptcy!

I addressed these issues in letters of November 25, 2005, December 30, 2005 and others

On February 27, 2006 I paid for FICO scores to assure corrections had been made

Well look at this! Trans Union has dropped my score to 665, while Exp is 809 and Equ is 812 Well they also were wrong and corrected the problem. This leaves Trans Union, all alone, reporting bankruptcy

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, and most probably Florida Law

I paid for several reports and SCORES. I want the report corrected and new SCORES sent to every inquiry since June 14, 2005 as well as all my damages paid for, including attorney fees, as required, caused by your deliberate and intentional fraudulent misconduct.

I have yet to receive any meaningful correspondence from Trans Union I may be contacted by e-mail, cell phone or letter Under the circumstances your response is requested with in 15 days

Yours truly,
Michael Young
Michael Young

Cc: Mr. Barry Balmuth, Esq
Attached 8 pages, id ROEE99777F57

259 citibank

April 27, 2005

Michael L Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418

RE Citibank Account No 8007666632

Dear Mr Young

Please be advised that we inadvertently coded the aforementioned account as bankrupt, which in turn suspended your line of credit associated with this account

As of the date of this letter, your credit line has been reinstated and your account is current and in good standing Please use this letter as proof that any checks that were returned because of the credit line being suspended on this account, from March 15 2005 to April 22, 2005 was a result of a bank error and not any fault of yours

Please accept my apologies on behalf of Citibank regarding this matter, as Citibank strives for exceptional customer service

Should you have any additional questions concerning this matter, please me at 1-(800)-695-0384, extension 24452

Sincerely,

Luis Uribe
Bankruptcy Manager
Consumer Default Management

A member of citigroup

250 myFICO a division of Fair Isaac

Log Out | Products | Loan Center | Credit Education | Calculators | Support | Home

You are logged in as Michael Young

Michael's Page

## Your Latest FICO® Scores

TransUnion 665 Date 2/27/2006

Equifax 812 Date 2/27/2006

Experian 809 Date 2/27/2006

## Your FICO Scores

| | FICO Score | Report Date | View Until | |
|---|---|---|---|---|
| TransUnion | 665 | 2/27/2006 | 4/3/2006 | View |
| Equifax | 812 | 2/27/2006 | 4/3/2006 | View |
| Experian | 809 | 2/27/2006 | 4/3/2006 | View |

## Your Loan Rates

Average mortgage rates for your FICO scores

| | |
|---|---|
| 30-year fixed | 6 13% |
| 15-year fixed | 5.82% |
| 5/1 adjustable | 7 02% |
| 36-month auto | 6 49% |

Updated on 2/27/2006


## Correct credit report errors quickly and easily

CreditSync

An interactive, easy-to-use tool, CreditSync makes it easy to find and correct credit report errors and helps ensure you're approved for your next loan at the rate you deserve

Only $5.95 Buy

## Get "Insider" Property Info

myFICO Property Reports

Considering a real estate purchase? Get the same "insider" property information that realtors see!

From $4.95 Buy

## Create Your Will the Easy Way

Suze Orman's New Will & Trust Kit

This easy-to-use kit includes step-by-step guidance and personalized legal documents that would otherwise cost $2500 or more

Only $13.50 plus S&H Buy


## Your Quick Links

- FICO Score Simulator
- FICO Loan Center
- Loan Savings Calculators
- Credit Correction Center
- Property Report

## Change Account Settings

Home | About Us | Press Room | E-Mail Signup | Business Solutions | Affiliate Program | Terms of Use | Privacy Policy

Copyright ©2001-2006 Fair Isaac Corporation All rights reserved

264 myFICO® a division of Fair Isaac

Log Out | Products | Loan Center | Credit Education | Calculators | Support | Home

You are logged in as Michael Young

Michael's Page

**FICO® Standard - TransUnion February 27, 2006**

Printable Report

**Your FICO Score**

- Top Positive Factors
- Top Negative Factors
- How Lenders See You
- FICO Score Simulator

**Your Credit Profile**

- Negative Items
- Inquiries
- Accounts Summary
- 1 BANKAMERICA
- 2 UNITED BANK
- 3 CITIBANK
- 4 DSNB MACYS
- 5 AMEX
- 6 CITI
- 7 CHASE NA
- 8 SUNTRUST MTG
- 9 CHASE NA
- 10 CHASE NA
- 11 CHASE NA
- 12 CITI
- 13 WSHNGTN MUTL
- 14 CBUSASEARS
- 15 FST USA BK B
- 16 WACHOV MTG
- 17 CHASE NA
- 18 MELLON MTG
- 19 CHVY CHSE IL
- 20 CRESTAR BANK
- 21 WACHOV/FTU
- 22 FOA BK
- 23 CRESTAR BANK
- 24 HARRIS BK NH

myFICO 300-850 Official FICO® Score Seal

**FICO® Score: 665**

FOR **MICHAEL YOUNG**

ON **February 27, 2006**

**Credit record source: TransUnion**

- Your FICO score of 665 summarizes the information on your TransUnio February 27, 2006
- FICO scores range between 300 and 850™
- Higher scores are considered better scores That is, the higher your sco lenders look upon you as a credit risk. Your score is somewhat below th consumers. Keep in mind, however, that many lenders consider this an

665




## The Bottom Line: What a FICO score of 665 means to you

More than 75% of the applications for credit in the U S last year were decide FICO score Lenders consider many factors in addition to your credit score wi decisions Looking solely at your FICO score, however, most lenders would c slightly higher risk.

This means

- While many lenders will approve loan applications with this score, they somewhat higher rates or with more restrictive terms Each creditor set related to the rates and terms associated with a loan product.
- With this score, lenders may require additional information to help them application for credit - factors such as your income or time at job may t

It is important to understand that different lenders set their own policies and to making credit decisions, so there is no single "cutoff score" used by all lender

## Summary of factors affecting your score

265 myFICO a division of Fair Isaac

Log Out | Products | Loan Center | Credit Education | Calculators | Support | Home

You are logged in as Michael Young

Michael's Page

**FICO® Standard - TransUnion February 27, 2006**

Printable Report

Your FICO Score
Top Positive Factors
Top Negative Factors
How Lenders See You
FICO Score Simulator

Your Credit Profile
Negative Items
Inquiries
Accounts Summary
1 BANKAMERICA
2 UNITED BANK
3 CITIBANK
4 DSNB MACYS
5 AMEX
6 CITI
7 CHASE NA
8 SUNTRUST MTG
9 CHASE NA
10 CHASE NA
11 CHASE NA
12 CITI
13 WSHNGTN MUTL
14 CBUSASEARS
15 FST USA BK B
16 WACHOV MTG
17 CHASE NA
18 MELLON MTG
19 CHVY CHSE IL
20 CRESTAR BANK
21 WACHOV/FTU
22 FOA BK
23 CRESTAR BANK
24 HARRIS BK NH

## Negative Items

How consistently you have paid your bills and kept up with your credit obligatio the calculation of your FICO score Derogatory public records, collections, and information shown on your credit history are regarded as negative information i

### Derogatory Public Records

FICO scores consider the following public record information as negative ban garnishments, legal items and tax liens This information is collected by the Cr and stored on your file

Derogatory Public Records None on file

### Collections

A collection reference occurs when your creditor turns over an account you h to a collection agency FICO scores treat collections as negative items

Collections None on file

### Delinquencies and Derogatory information on accounts

Delinquency information is provided by the lender when you have missed a pa obligation Other derogatory indicators, such as a comment with the credit obl "account included in bankruptcy"), are also considered negative by the FICO s payment information on your credit obligations is reported by the lender as 30 days, 120 days, 150 days, 180 days late or as a charged-off account.

| Account Type | Company | Account Number | Current Status | Worst Delinquency | D |
|---|---|---|---|---|---|
| Overdraft/Reserve Checking Account | CITIBANK | 80XXXX | Paid or paying as agreed | Paid or paying as agreed | |

## Is something incorrect on your credit report?



**Correct your credit report with CreditSync**

CreditSync is an interactive, personalized tool that enables report errors on your credit reports

- Examine your report for errors and/or omissions with our easy to us
- Select the areas of your report containing errors and/or omissions
- Enter the correct information with our easy to use worksheet

266

- Print out your customized dispute letter and mail it to the credit bureau address provided

Buy CreditSync for only $5 95

You may contact the bureau directly

| | |
|---|---|
| Phone | 1-800-916-8800 |
| Online | TransUnion credit report dispute |
| Customer support: | TransUnion customer support |
| Address | 2 Baldwin Place, P O BOX 1000, Chester, PA 19022 |

Your File Identification Number (FIN) is. 110347814 Please include your FIN when contacting TransUnion
Get more information about correcting errors on your credit report.

For questions about your FICO score or myFICO account, contact myFICO customer support at or 1-800-319-4433 myFICO cannot fix errors on a credit report. **Report ID: R0EE99777F57**

Home | About Us | Press Room | E-Mail Signup | Business Solutions | Affiliate Program | Terms of Use | Privacy Policy

Copyright ©2001-2006 Fair Isaac Corporation All rights reserved

# TransUnion Personal Credit Score

MICHAEL L YOUNG

281

Your Credit Score is

**831**

Based on data from TransUnion

Score created on 06/14/2005

**Based on your credit report data, this is a numerical depiction of your creditworthiness.**

Lowest 400 475 550 625 700 775 850 925 Highest

You are here

**Your credit ranks higher than 75% of the population.**

Lowest 0% 20% 40% 60% 80% 100% Highest

You are here

**Most lenders would view your creditworthiness as between very good and good.**

Very Poor | Poor | Fair | Good | Very Good

You are here

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above Your credit score is a snapshot of the contents of your credit report on the day the score was calculated Using objective, impartial formulas to translate the contents of your credit report into a 3 digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today

## Summary

Given that you have a high credit score, lenders should be able to conclude that you are capable of repaying your debts This would then enable lenders to provide you with better interest rates and loan offers Credit cards may be harder to obtain because lenders still see room for improvement To improve your credit score, continue to pay your debts on time Lender offers will differ based on the attribute information you provide concerning your monthly income, employment history, and monthly debt This information will aid in the determination of whether you receive an excellent offer, or just a respectful offer

### Factors that impact your score

1. **Too many delinquencies**
   Your credit report reflects delinquent payment history on one or more accounts Making prompt payments over time may improve your credit score
2. **Too many derogatory accounts or public records.**
   Your credit report reflects one or more accounts with a derogatory payment rating or a public record such as a civil judgment, bankruptcy or tax lien
3. **Too many inquiries**
   Excessive inquiries on the credit report have a negative impact on your credit score Limiting the number of credit applications you complete may improve your credit score
4. **Mortgage account balances are too high in proportion to credit limits**
   Lowering your balances on these accounts may improve your credit score

## Answers About Credit Scores

**• How are credit scores used?**
A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you A variety of other factors will always be considered, such as length of employment, income or previous experience with you Depending on what you are applying for, different companies give different weights to each of these factors By using a credit score, they can evaluate your application faster, fairer and more consistently

**• How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated The first step in improving your score is to review your credit report to ensure it is accurate Long term, responsible credit behavior is the most effective way to improve future scores Pay bills on time, lower balances and use credit wisely to improve your score over time

**• How do inquiries affect my credit score?**
Only regular inquiries affect your credit score and typically they have only a small impact Delinquencies, balances owed, and the length of time you have used credit are all more important Also, if inquiries actually did affect your score, we will specifically inform you of this Inquiries have a greater impact if you have a limited credit history

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report It is not an endorsement or a determination of your qualification for a loan The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score

262

File Number 138319128
Page 1 of 9
Date Issued 06/14/2005

TransUnion.

## Personal Information

Name. MICHAEL L YOUNG

SSN XXX XX 4968
Date of Birth 04/1945
Telephone 462 4137
Your SSN is partially masked for your protection

Other Names LYOUNG,MICHAEL
You have been on our files since 10/1980

**CURRENT ADDRESS**

Address 11 WYNDHAM LN
WEST PALM BEACH, FL 33418
Date Reported 06/2004

**PREVIOUS ADDRESS**

Address 1096 POB 1096
DEERFIELD BEACH, FL 33441
Date Reported 11/2003

Address 8518 CAHILL DR 8
AUSTIN, TX 78729

**EMPLOYMENT DATA REPORTED**

Employer Name MODERN CONTINENTAL
Date Reported 05/2004
Position CONTRACT MANAGER
Hired

Employer Name T G DEFELICE INC
Date Reported 07/1998
Position
Hired

Employer Name G A TOMASSO
Date Reported 06/1995
Position
Hired

Special Notes Your Social Security number has been masked for your protection You may request disclosure of the full number by writing to us at the address found at the end of this report Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report They are not bracketed or shaded this way for creditors (Note The account # may be scrambled by the creditor for your protection)

CITIBANK #8007666632
PO BOX 769006
SAN ANTONIO, TX 78245 9006
(314) 851 1400

Balance $24,884
Date Verified 05/2005
High Balance $40,000
Credit Limit $40,000
Terms MINIMUM $137

Pay Status PAID OR PAYING AS AGREED
Account Type LINE OF CREDIT ACCOUNT
Responsibility INDIVIDUAL ACCOUNT
Date Open 06/2004

Loan Type CREDIT LINE SECURED
Remarks >CHAPTER 7 BANKRUPTCY<
Estimated date that this item will be removed 01/2012

| Late Payments (02 months) | 30 | 60 | 90+ | Last 2 months | OK | OK |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | apr | mar |

4

263

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail youngmikc11@aol com

30 December 2005

Trans Union
P O Box 1000
Chester, PA 19022

146268922

Dear Sir/Madam

You continue to erroneously report a bankruptcy without substantiation

The address you report for Citi does not exist and there is no such phone number

I paid for a report and SCORE I want the report corrected and a new SCORE sent

My letter of November 25, 2005 remains unanswered regarding this matter

You have also received my letter from Citi acknowledging THEIR mistake.

Yours truly,

Michael Young

Cc FL State's Attorney
US Postal Service

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

29 April 2006

Trans Union
P O Box 1000
Chester, PA 19022

110347814
138319128,
146268922 &
153018368

Dear Sir/Madam:

I am in receipt of Trans Union correspondence dated April 3, 2006 regarding case 153018368 which is really the same issue as the previous three cases.

Now my score is 831 again, with recent bankruptcy confirmed by Trans Union thru Citi Bank

However, last month Trans Union reported to my employer a credit union a score in 600s.

Failure to do due diligence will peril Trans Union, in the court of competent jurisdiction.

Trans Union refused to accept written proof from Citi Bank, provided by me, in their letter dated March 22, 2006. Further proof is enclosed!!

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, and Florida Law.

Please provide the name and contact of Trans Union Registered Agent in Florida, for service.

Under Freedom of Information Act you are requested to furnish copies of all communication, e-mails and notes, both internal and external, whether to me, from me and/or about me or my credit within the past year. Please note I have 4 case numbers with Trans Union!! All information is requested for each.

I have yet to receive any meaningful correspondence from Trans Union. I may be contacted by e-mail, cell phone or letter.

Your response is requested post haste. Please govern yourself accordingly.

Yours truly,

Michael Young

Cc: Mr. Barry Balmuth, Esq.

ID:15614782433 P.6/17

*Citibank Service Center*
*100 Citibank Drive*
*San Antonio, TX 78245-3214*

citi

March 22, 2006

Michael L. Young
11 Wyndham Ln.
Palm Beach Gardens, FL 33418

**Reference # 060601324179 /EAG/ACCOUNT # 8007866632**

Dear Client:

We are contacting you in regard to your inquiry concerning a credit bureau report on the above referenced loan.

We verified the information reported to our subscribing credit bureaus, Experian, Equifax, TransUnion. This account does not reflect as a bankruptcy status.

If you have a current credit report indicating the account as different, please remit a clear copy of the credit report, and a copy of your social security card, and we will research this matter further. We have enclosed an envelope for your convenience.

We regret any inconvenience this may have caused.

If you have any questions, please call Citiphone Banking at 1-800-685-0935, Monday - Friday, from 8:30 a.m. - 8:00 p.m. Eastern Time. Speech or hearing impaired customers may call our text telephone service at 1-800-945-0258. One of our representatives will be happy to help you. You may also access your account information online at www.citibankonline.com.

Thank you for banking with Citibank. We appreciate the opportunity to serve you.

Sincerely,

[signature]

Client Research

Enc. 1 - envelope

1661

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

RECEIVED
MAY 16 2006
#13

13 May
~~15 April~~ 2006

Trans Union
P O Box 1000
Chester, PA 19022

110347814
138319128,
146268922 &
153018368

Dear Sir/Madam

I am in receipt of Trans Union correspondence dated April 3, 2006 regarding case 153018368 which is really the same issue as the previous three cases

Now my score is 831 again, with recent bankruptcy confirmed by Trans Union However last month Trans Union reported to my employer credit union a score in 600s

Trans Union refused to accept written proof from Citi Bank, provided by me, in their letter dated March 22, 2006

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, and Florida Law

Please provide the name and contact of Trans Union Registered Agent in Florida, for service

Under Freedom of Information Act you are requested to furnish copies of all communication, e-mails and notes, both internal and external, whether to me, from me and/or about my credit within the past year

I have yet to receive any meaningful correspondence from Trans Union I may be contacted by e-mail, cell phone or letter Under the circumstances your response, in writing, is requested with in *15* days, not 30

Yours truly,

Michael Young

Michael Young

Cc. Mr Barry Balmuth, Esq.
Florida State's Attorney
FTC

1662

Citibank Service Center
100 Citibank Drive
San Antonio, TX 78245-3214

citi

March 22, 2006

Michael L Young
11 Wyndham Ln.
Palm Beach Gardens, FL 33418

Reference # 060801324178 /EAG/ACCOUNT # 8007666632

Dear Client:

We are contacting you in regard to your inquiry concerning a credit bureau report on the above referenced loan.

We verified the information reported to our subscribing credit bureaus, Experian, Equifax, TransUnion. This account does not reflect as a bankruptcy status.

If you have a current credit report indicating the account as different, please remit a clear copy of the credit report, and a copy of your social security card, and we will research this matter further We have enclosed an envelope for your convenience.

We regret any inconvenience this may have caused

If you have any questions, please call Citiphone Banking at 1-800-685-0935, Monday - Friday, from 8 30 a.m - 8 00 p.m Eastern Time Speech or hearing impaired customers may call our text telephone service at 1-800-945-0258 One of our representatives will be happy to help you. You may also access your account information online at www citibankonline com.

Thank you for banking with Citibank. We appreciate the opportunity to serve you

Sincerely,

[signature]

Client Research

Enc 1 - envelope

The Citibank Service Center provides client account services for Citibank, N A., Citibank Texas, N.A., Citibank (West), FSB.

1663

ASHLAND. APRIL D FITCH/AIECU@AIECU
03/27/2006 10 42 AM

To mlyoung@ashland com
cc
bcc
Subject Emailing Michael Young xls

----- Forwarded by APRIL D FITCH/AIECU on 03/27/2006 10 46 AM -----

APRIL D FITCH
03/22/2006 03 27 PM

To youngmike11@aol com
cc
Subject Emailing Michael Young xls

Good Afternoon Mike,

I am attaching the worksheet for your credit review It looks like you could improve your score by closing out Bank of America and Citi Credit cards They have a substantial limit that you could go out and charge up at any time This impacts your score Also, it looks like the home equity line of credit at CitiBank is coded for Ch 7 Bankruptcy This is a big factor on your score Your credit score right now is 665 which is not too bad It looks like your repayment is good, there are no payments over 30 days Should you have any further questions or need anything else in the future, please feel free to call

*April D Fitch*
*Member Rep*
Ashland Inc Employees Credit Union
(606) 329-5421
800-245-8112, Option 7, 5421
(606) 329-5421 fax
adfitch@ashland com

Michael Young xls

1S64

# Credit Score Enhancement Worksheet

**Member Number:** 343745
**Name:** Michael Young

**Date:** 03/22
**Rep:** April Fitch

## 35% How You Pay

| | | |
|---|---|---|
| # Never Delinquent | | 6 |
| # Currently Delinquent | | 0 |
| # Previously Delinquent | | 0 |
| Collections/Public Records | $ | 0 |

## 30% Capacity

| | | |
|---|---|---|
| Total line of revolving debt/credit cards | $ | 30,205 |
| Amount charged to credit line | $ | 929 |
| % Available | | 97% |

## 15% Length of History

| | |
|---|---|
| Oldest open credit account | May-93 |

## 10% Accumulation of Debt

| | |
|---|---|
| # of inquiries in last 6 months | 0 |
| # of new accounts in last 6 months | 0 |

## 10% Mix of Debt

| | | |
|---|---|---|
| Revolving Debt (bad) | $ | 929 |
| Installment Debt (better) | $ | 168,000 |

Note The percentages stated on this sheet are only an estimate of what weight the credit score places on each of the elements impacting a credit score

## Credit Scores

| | | |
|---|---|---|
| Credit Score | 665 | Range available is 380 to 830 |
| Bankruptcy Score | 972 | Range available is 0 to 1000 |
| Credit Score Classification | B | |

| | | Amount of Debt | | Est annual cost of credit score |
|---|---|---|---|---|
| Secured (non-mortgage) Debt | $ | 0 | $ | 0 |
| Unsecured Debt | $ | 929 | | 23 |
| **Total:** | **$** | **929** | | **23** |

Note Estimates use the same spread as AIECU uses in its managed credit program and assumes all loans are priced based on credit score

Top factors impacting Scores

n Credit Lines
7 on Home Equity Line of Credit

**ommendations/Potential Cost Savings**

se out Bank of America CC, Macys & Citi CC

☺*r1A

16 5

*** 153018368-005 ***
P.O Box 2000
Chester, PA 19022

04/03/2006 TransUnion.

P04IDC00300119-4001417
MICHAEL L. YOUNG
11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| CITIBANK | # 8007666632 | VERIFIED, NO CHANGE |

Any corrections to your identification requested by you have been made, and are included in the following credit report

01417 00119 001 C692

# TransUnion Personal Credit Score

MICHAEL L. YOUNG

1666

Your Credit Score is:

**831**

Based on data from.
TransUnion

Score created on.
04/03/2006

Based on your credit report data, this is a numerical depiction of your creditworthiness.

| | 400 | 475 | 550 | 625 | 700 | 775 | 850 | 925 | |
|---|---|---|---|---|---|---|---|---|---|
| Lowest | | | | | | | | | Highest |

You are here

Your credit ranks higher than 75% of the population.

| | 0% | 20% | 40% | 60% | 80% | 100% | |
|---|---|---|---|---|---|---|---|
| Lowest | | | | | | | Highest |

You are here

Most lenders would view your creditworthiness as between very good and good.

Very Poor — Poor — Fair — Good — Very Good

You are here

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today

## Summary

Given that you have a high credit score, lenders should be able to conclude that you are capable of repaying your debts. This would then enable lenders to provide you with better interest rates and loan offers. Credit cards may be harder to obtain because lenders still see room for improvement. To improve your credit score, continue to pay your debts on time. Lender offers will differ based on the attribute information you provide concerning your monthly income, employment history, and monthly debt. This information will aid in the determination of whether you receive an excellent offer, or just a respectful offer.

**Factors that impact your score:**

1. **Too many delinquencies:**
   Your credit report reflects delinquent payment history on one or more accounts Making prompt payments over time may improve your credit score
2. **Too many derogatory accounts or public records:**
   Your credit report reflects one or more accounts with a derogatory payment rating or a public record such as a civil judgment, bankruptcy or tax lien
3. **Too many inquiries:**
   Excessive inquiries on the credit report have a negative impact on your credit score Limiting the number of credit applications you complete may improve your credit score.
4. **Mortgage account balances are too high in proportion to credit limits:**
   Lowering your balances on these accounts may improve your credit score

## Answers About Credit Scores

**• How are credit scores used?**
A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you A variety of other factors will always be considered, such as length of employment, income or previous experience with you Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

**• How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time

**• How do inquiries affect my credit score?**
Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score

01418 00119 002 C692

1667

**File Number:** 153018368
**Page:** 1 of 9
**Date Issued:** 04/03/2006

TransUnion.

## Personal Information

**Name:** MICHAEL L YOUNG

**SSN:** XXX-XX-4968
**Date of Birth:** 04/1945
**Telephone:** 444-0579
Your SSN is partially masked for your protection

**Other Names:** LYOUNG,MICHAEL
You have been on our files since 10/1980

## CURRENT ADDRESS

**Address:** 11 WYNDHAM LN
PALM BEACH GARDENS, FL 33418
**Date Reported:** 03/2006

## PREVIOUS ADDRESS

**Address:** 1096 POB 1096,
DEERFIELD BEACH, FL 33441
**Date Reported:** 11/2003

**Address:** 8518 CAHILL DR 8
AUSTIN, TX 78729

## EMPLOYMENT DATA REPORTED

**Employer Name:** MODERN CONTINENTAL
**Date Reported:** 05/2004
**Position:** CONTRACT MANAGER
**Hired:**

**Employer Name:** T G DEFELICE INC
**Date Reported:** 07/1998
**Position:**
**Hired:**

**Employer Name:** G A TOMASSO
**Date Reported** 06/1995
**Position:**
**Hired**

Special Notes Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note The account # may be scrambled by the creditor for your protection)

**CITIBANK #8007666632**
PO BOX 769006
SAN ANTONIO, TX 78245-9006
(800) 685-0935

**Balance:** $25,434
**Date Verified:** 02/2006
**High Balance:** $40,000
**Credit Limit:** $40,000
**Terms:** MINIMUM $167

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** LINE OF CREDIT ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Open:** 06/2004

**Loan Type:** HOME EQUITY LOAN
**Remarks:** >CHAPTER 7 BANKRUPTCY<
**Estimated date that this item will be removed:** 01/2012

| Late Payments (11 months) | 30 | 60 | 90 |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 11 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

01419 00119 003 C892

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

6 July 2006

Trans Union
P O Box 1000
Chester, PA 19022

110347814,
138319128,
146268922 &
153018368

Dear Sir/Madam:

I am in receipt of many Trans Union meaningless responses to the above four referenced cases, really the same issue.

You say, I may request "a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information". Well do it now! After so many requests for information, I have received none.

Trans Union has knowingly sent fraudulent information thru the US Mail Service and violated several statutes of FCRA, as amended, as well as other Federal and State Law.

Please provide the name and contact of Trans Union Registered Agent in Florida, for service.

Under Freedom of Information Act you are requested to furnish copies of all communication, e-mails and notes, both internal and external, whether to me, from me and/or about me or my credit within the past year.

All information is requested for each.

You have refused proof positive, which Experian and Equifax accepted and dropped the bankruptcy, when advised of the fact!

I have yet to receive any meaningful correspondence from Trans Union. I may be contacted by e-mail, cell phone or letter.

Yours truly,

Michael Young

Cc: Mr. Barry Balmuth, Esq.
Florida State's Attorney

# TransUnion Personal Credit Score

MICHAEL L. YOUNG

**Your Credit Score is:**

# 831

Based on data from:
TransUnion

Score created on:
06/14/2005

**Based on your credit report data, this is a numerical depiction of your creditworthiness.**

400 475 550 625 700 775 850 925

Lowest ... Highest

You are here

**Your credit ranks higher than 75% of the population.**

0% 20% 40% 60% 80% 100%

Lowest ... Highest

You are here

**Most lenders would view your creditworthiness as between very good and good.**

Very Poor · Poor · Fair · Good · Very Good

You are here

## About Your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above. Your credit score is a snapshot of the contents of your credit report on the day the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a faster, fairer and more consistent manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

Given that you have a high credit score, lenders should be able to conclude that you are capable of repaying your debts. This would then enable lenders to provide you with better interest rates and loan offers. Credit cards may be harder to obtain because lenders still see room for improvement. To improve your credit score, continue to pay your debts on time. Lender offers will differ based on the attribute information you provide concerning your monthly income, employment history, and monthly debt. This information will aid in the determination of whether you receive an excellent offer, or just a respectful offer.

### Factors that impact your score:

1. **Too many delinquencies:**
   Your credit report reflects delinquent payment history on one or more accounts. Making prompt payments over time may improve your credit score.
2. **Too many derogatory accounts or public records:**
   Your credit report reflects one or more accounts with a derogatory payment rating or a public record such as a civil judgment, bankruptcy or tax lien.
3. **Too many inquiries:**
   Excessive inquiries on the credit report have a negative impact on your credit score. Limiting the number of credit applications you complete may improve your credit score.
4. **Mortgage account balances are too high in proportion to credit limits:**
   Lowering your balances on these accounts may improve your credit score.

## Answers About Credit Scores

**• How are credit scores used?**

A credit score is just one of several factors a company will usually use to decide whether to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will always be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies give different weights to each of these factors. By using a credit score, they can evaluate your application faster, fairer and more consistently.

**• How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. The first step in improving your score is to review your credit report to ensure it is accurate. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time.

**• How do inquiries affect my credit score?**

Only regular inquiries affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Also, if inquiries actually did affect your score, we will specifically inform you of this. Inquiries have a greater impact if you have a limited credit history.

---

## Additional Information:

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The scoring model used for this Score Analysis is not necessarily the same scoring model that may be used by a lender, and the resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

*** 138319128-004 ***
P.O. Box 2000
Chester, PA 19022

06/14/2005

TransUnion.

RETURN SERVICE REQUESTED

*P04000*

P02BI1006007 77-I009313
MICHAEL L. YOUNG
11 WYNDHAM LN
WEST PALM BEACH, FL 33418

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| CITIBANK | # 8007666632 | VERIFIED, NO CHANGE |
| SUBSCRIBER INQUIRY | CBC MTG | DELETED |
| SUBSCRIBER INQUIRY | FAC | DELETED |
| SUBSCRIBER INQUIRY | FAC | DELETED |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

File Number: 138319128
Page: 1 of 9
Date Issued: 06/14/2005

TransUnion.

# Personal Information

**Name:** MICHAEL L. YOUNG

**SSN:** XXX-XX-4968
**Date of Birth:** 04/1945
**Telephone:** 462-4137
Your SSN is partially masked for your protection.

**Other Names:** LYOUNG,MICHAEL
You have been on our files since 10/1980

## CURRENT ADDRESS

**Address:** 11 WYNDHAM LN
WEST PALM BEACH, FL 33418
**Date Reported:** 06/2004

## PREVIOUS ADDRESS

**Address:** 1096 POB 1096,
DEERFIELD BEACH, FL 33441
**Date Reported:** 11/2003

**Address:** 8518 CAHILL DR 8
AUSTIN, TX 78729

## EMPLOYMENT DATA REPORTED

**Employer Name:** MODERN CONTINENTAL
**Date Reported:** 05/2004
**Position:** CONTRACT MANAGER
**Hired:**

**Employer Name:** T G DEFELICE INC
**Date Reported:** 07/1998
**Position:**
**Hired:**

**Employer Name:** G A TOMASSO
**Date Reported:** 06/1995
**Position:**
**Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

# Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CITIBANK** #8007666632
PO BOX 769006
SAN ANTONIO, TX 78245-9006
(314) 851-1400

**Balance:** $24,884
**Date Verified:** 05/2005
**High Balance:** $40,000
**Credit Limit:** $40,000
**Terms:** MINIMUM $137

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** LINE OF CREDIT ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Open:** 06/2004

**Loan Type:** CREDIT LINE SECURED
**Remarks:** >CHAPTER 7 BANKRUPTCY<
**Estimated date that this item will be removed:** 01/2012

| Late Payments (0 months) | 30 | 60 | 90+ | Last 2 months | OK | OK |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | apr | mar |

4

**Consumer Credit Report for MICHAEL L. YOUNG**

**File Number:** 138319128
**Page:** 2 of 9
**Date Issued:** 06/14/2005

# Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

## AMERICAN EXPRESS #741867278010354582

PO BOX 297871
FORT LAUDERDALE, FL 33329-7871
Phone number not available

**Balance:** $0
**Date Updated:** 05/2005
**High Balance:** $3,097
**Credit Limit:** $5,000

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 05/2004
**Date Paid:** 03/2005

**Loan Type:** CREDIT CARD

| Late Payments (10 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 10 months | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul |

## BANK OF AMERICA NA #4746870005992141

PO BOX 1597
NORFOLK, VA 23501
Phone number not available

**Balance:** $0
**Date Updated:** 05/2005
**High Balance:** $497
**Credit Limit:** $7,500

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 06/1995
**Date Paid:** 03/1998

**Loan Type:** CREDIT CARD

| Late Payments (38 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 38 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may |
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | |
| | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | | | | | | | | | | |

## BANK OF NEW YORK #5323503490547777

100 DUFFY AVE
HICKSVILLE, NY 11801-3639
Phone number not available

**Balance:** $0
**Date Updated:** 03/1999
**High Balance:** $6,000
**Credit Limit:** $6,000

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 10/1995
**Date Closed:** 03/1998

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Late Payments (06 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 6 months | | | | | | |
|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK |
| | feb | '99 | dec | nov | oct | sep |

## BANK ONE #4417122403542260

DEPT OH1-0552 ATTN CDV
800 BROOKSEDGE BV 3 WEST
WESTERVILLE, OH 43081-0552
(800) 955-9900

**Balance:** $0
**Date Updated:** 06/1999
**High Balance:** $0
**Credit Limit:** $15,000

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 04/1994
**Date Paid:** 04/1997

**Loan Type:** CREDIT CARD

## BANKBOSTON #4056042100000121

900 ELKRIDGE LANDING RD
SUITE 300
LINTHICUM HTS, MD 21090-2924
Phone number not available

**Balance:** $0
**Date Updated:** 06/1999
**High Balance:** $5,000
**Credit Limit:** $5,000

**Pay Status:** UNRATED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 09/1995
**Date Closed:** 08/1996

**Loan Type:** CREDIT CARD
**Remarks:** ACCT CLOSED BY CREDIT GRANTOR

## CHASE HOME FINANCE LLC #6575701639659

3415 VISION DR
COLUMBUS, OH 43219
(800) 848-9136

**Balance:** $0
**Date Updated:** 12/1998
**High Balance:** $48,000
**Collateral:** FANNIE MAE # 1651182402
**Terms:** 360 MONTHLY $573

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** MORTGAGE ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 09/1972
**Date Closed:** 11/1998

**Loan Type:** VA REAL ESTATE MORTGAGE
**Remarks:** CLOSED

| Late Payments (02 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 2 months | | |
|---|---|---|
| | X | OK |
| | nov | oct |

## CHASE NA #4305870359794104

4915 INDEPENDENCE PKWY
TAMPA, FL 33634-7540
(800) 441-7681

**Balance:** $0
**Date Updated:** 09/2004
**High Balance:** $16,349
**Credit Limit:** $16,400

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 01/1990
**Date Closed:** 06/1998
**Date Paid:** 03/2004

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Late Payments (30 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 30 months

| aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| aug | jul | jun | may | apr | mar |
|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK |

## CHASE NA #4305870381517432

4915 INDEPENDENCE PKWY
TAMPA, FL 33634-7540
(800) 441-7681

**Balance:** $0
**Date Updated:** 09/2002
**High Balance:** $12,536
**Credit Limit:** $12,500

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 01/1990
**Date Closed:** 06/2001

**Loan Type:** CREDIT CARD
**Remarks:** CREDIT CARD LOST/STOLEN

| Late Payments (15 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 15 months

| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CHASE NA #4305870389658287

4915 INDEPENDENCE PKWY
TAMPA, FL 33634-7540
(800) 441-7681

**Balance:** $0
**Date Updated:** 09/2002
**High Balance:** $12,536
**Credit Limit:** $12,500

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 01/1990
**Date Closed:** 08/2001

**Loan Type:** CREDIT CARD
**Remarks:** CREDIT CARD LOST/STOLEN

| Late Payments (30 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 30 months

| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | X | X | X | X | X | X | X | X | OK |

| aug | jul | jun | may | apr | mar |
|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK |

## CHASE NA #4305870389916982

4915 INDEPENDENCE PKWY
TAMPA, FL 33634-7540
(800) 441-7681

**Balance:** $0
**Date Updated:** 09/2002
**High Balance:** $12,536
**Credit Limit:** $12,500

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 01/1990
**Date Closed:** 10/2001

**Loan Type:** CREDIT CARD
**Remarks:** CREDIT CARD LOST/STOLEN

| Late Payments (11 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 11 months

| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CHEVY CHASE BANK #10000000110889193

7501 WISCONSIN AV E 5THFL
BETHESDA, MD 20814
(800) 627-5626

**Balance:** $0
**Date Updated:** 10/1998
**High Balance:** $11,920
**Collateral:** 95 FORD F250 A50065
**Terms:** 36 MONTHLY $386

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** INSTALLMENT ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 10/1996
**Date Closed:** 10/1998

**Loan Type:** AUTOMOBILE
**Remarks:** CLOSED

Consumer Credit Report for MICHAEL L. YOUNG

File Number: 138319128
Page: 4 of 9
Date Issued: 06/14/2005

**CITIBANK NA** #5410658448458768
PO BOX 6241
SIOUX FALLS, SD 57117-6241
Phone number not available

Balance: $0
Date Updated: 12/2004
High Balance: $0
Credit Limit: $12,700

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/1993
Date Paid: 08/2004

Loan Type: CREDIT CARD

| Late Payments (34 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 34 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec |

| OK | OK | OK | OK | X | X | X | X | X | OK |
|---|---|---|---|---|---|---|---|---|---|
| nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

**CITIBANK NA** #4271382829542071
PO BOX 6241
SIOUX FALLS, SD 57117-6241
Phone number not available

Balance: $0
Date Updated: 04/2002
Credit Limit: $10,300

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/1993
Date Paid: 02/2002

Loan Type: CREDIT CARD

| Late Payments (43 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 43 months

| OK | OK | OK | OK | OK | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct | sep | aug | jul | jun | may | apr |

| X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar | feb | '00 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '99 | dec | nov | oct | sep |

**CRESTAR BANK** #4366199990177388
1001 SEMMES AVE
RICHMOND, VA 23224-2245
(800) 451-3435

Balance:
Date Updated: 07/1998
High Balance: $11,988
Credit Limit: $10,000

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: JOINT ACCOUNT
Date Opened: 07/1978

Loan Type: CREDIT CARD

**DISCOVER FINANCIAL SVC** #6011001720132218
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

Balance: $0
Date Updated: 04/1999
High Balance: $0

Pay Status: UNRATED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 03/1996
Date Closed: 03/1996

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

**FIRST UNION NTL BANK** #5410541321410454
PO BOX 3117
WINSTON SALEM, NC 27102
Phone number not available

Balance:
Date Updated: 05/1998
High Balance: $12,946
Credit Limit: $12,700

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: JOINT ACCOUNT
Date Opened: 09/1994

Loan Type: CREDIT CARD

**MACYS A & S** #4701212069520
9111 DUKE BLVD
MASON, OH 45040-8999
Phone number not available

Balance: $0
Date Updated: 05/2005
High Balance: $252
Credit Limit: $1,500

Pay Status: PAID OR PAYING AS AGREED
Account Type: REVOLVING ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Opened: 05/2003
Date Paid: 08/2003

Loan Type: CHARGE ACCOUNT

| Late Payments (24 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 24 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may |

**WASHINGTON MUTUAL BANK** #14251326000000
11200 W PARKLAND A
PO BOX 3139
MILWAUKEE, WI 53224
(866) 926-8937

**Balance:** $0
**Date Updated:** 01/2001
**High Balance:** $117,000
**Collateral:** FANNIE MAE # 1660537615
**Terms:** 360 MONTHLY

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** MORTGAGE ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 09/1993
**Date Closed:** 12/2000

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** CLOSED

| Late Payments (28 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 28 months

| X | OK | X | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '00 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '99 |

| OK | OK | OK | OK |
|---|---|---|---|
| dec | nov | oct | sep |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**CITIBANK**
1000 TECHNOLOGY DR
MS 514
O'FALLON, MO 63304
(636) 261-4445
**Requested On:** 03/21/2005 **Inquiry Type:** INDIVIDUAL

**CITIBANK**
1000 TECHNOLOGY DR
HOME EQUITY,MS428
O'FALLON, MO 63304
(636) 261-4393
**Requested On:** 05/20/2004 **Inquiry Type:** INDIVIDUAL

**DYNAMIC FUNDING INC VIA EQUIFAX MORTGAGE SERVICE**
1600 PEACHTREE ST
ATLANTA, GA 30309
(800) 333-0037
**Requested On:** 05/19/2004 **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

**WASHINGTON MUTUAL BK**
1201 THIRD AVE
SEATTLE, WA 98101
Phone number not available
**Requested On:** 05/15/2004 **Inquiry Type:** INDIVIDUAL

**CHASE MANHATTAN BANK**
4915 INDEPENDENCE
TAMPA, FL 33634
Phone number not available
**Requested On:** 03/19/2004 **Inquiry Type:** INDIVIDUAL

**WASHINGTON MUTUAL VIA WASHINGTON MUTUAL**
2500 PGA BLVD STE
PALM BEACH GAR, FL 33410
(561) 691-8128
**Requested On:** 02/06/2004 **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**CITIBANK** **Requested On:** 03/21/2005
Identifying information they provided:
MICHAEL J. YOUNG
564 W ALEXANDRIA RD
MIDDLETOWN, OH 45042

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**THE HARTFORD** **Requested On:** 04/2005
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**CAPITAL ONE BANK** **Requested On:** 02/2005
4851 COX RD. #12038-0460
GLEN ALLEN, VA 23060
(800) 955-7070

Consumer Credit Report for MICHAEL L. YOUNG

File Number: 138319128
Page: 5 of 9
Date Issued: 06/14/2005

TransUnion.

**NATIONAL CITY CARD SVCS** #5222085400105476
1 NATIONAL CITY PKWY
KALAMAZOO, MI 49009-8003
(800) 788-9350

**Balance:** $0
**Date Updated:** 06/1997
**Credit Limit:** $5,000

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 04/1995
**Date Closed:** 10/1996

**Loan Type:** CREDIT CARD
**Remarks:** CLOSED

**SEARS CARD CYCLES 04/18** #654615525874
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
Phone number not available

**Balance:**
**Date Updated:** 01/2000
**High Balance:** $151
**Credit Limit:** $3,600

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** REVOLVING ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 10/1999

**Loan Type:** CHARGE ACCOUNT

| Late Payments (02 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 2 months | OK | OK |
|---|---|---|
| | dec | nov |

**SUNTRUST MORTGAGE INC** #9420109124529
PO BOX 26149
RICHMOND, VA 23260
(800) 634-7928

**Balance:**
**Date Updated:** 10/2002
**High Balance:** $34,200
**Terms:** 360 MONTHLY $484

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** MORTGAGE ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 06/1973

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| Late Payments (47 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 47 months | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '01 | dec | nov | oct |
| OK | OK | OK | OK | OK | OK | OK | OK | X | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| sep | aug | jul | jun | may | apr | mar | feb | '00 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '99 | dec | nov | |

**SUNTRUST MORTGAGE INC** #950918159
PO BOX 27767
RICHMOND, VA 23224
(800) 443-1032

**Balance:** $0
**Date Updated:** 04/1996
**High Balance:** $49,000
**Terms:** 360 MONTHLY $528

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** MORTGAGE ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 06/1976

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** TRANSFERRED TO ANOTHER LENDER

**UNITED NATIONAL BANK 1ST** #3424057496120040
1200 GROSSCUP AVE
DUNBAR, WV 25064-3024
(304) 766-1820

**Balance:** $146,169
**Date Updated:** 05/2005
**High Balance:** $150,000
**Terms:** 360 MONTHLY $853

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** MORTGAGE ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 02/2004

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| Late Payments (15 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 15 months | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb |

**WACHOVIA MTG.** #5260000634655
1100 CORPORATE CENTER DR
RALEIGH, NC 27607-5066
(800) 654-9322

**Balance:**
**Date Updated:** 06/1999
**High Balance:** $133,250
**Terms:** 360 MONTHLY $1817

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** MORTGAGE ACCOUNT
**Responsibility:** JOINT ACCOUNT
**Date Opened:** 04/1986

**Loan Type:** CONVENTIONAL REAL ESTATE MTG

| Late Payments (09 months) | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

| Last 9 months | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK |
| may | apr | mar | feb | '99 | dec | nov | oct | sep |

**AMERICAN EXPRESS** **Requested On:** 06/2004
PO BOX 297871
FORT LAUDERDALE, FL 33329-7871
Phone number not available

**AMERIQUEST MORTAGE COMPA** **Requested On:** 06/2004
1100 TOWN & COUNTR
ORANGE, CA 92868
Phone number not available

**CAPITAL ONE BANK** **Requested On:** 06/2004
4851 COX RD. #12038-0460
GLEN ALLEN, VA 23060
(800) 955-7070

**CAPITAL ONE FSB** **Requested On:** 06/2004
11013 W BROAD ST
GLEN ALLEN, VA 23060-5937
(800) 955-7070

**THE HARTFORD** **Requested On:** 05/2004
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**THE HARTFORD** **Requested On:** 05/2004
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**HUMANA INC.** **Requested On:** 04/2004
111 WEST PLEASEANT
MILWAUKEE, WI 53212
(414) 223-3300

**GENWORTH FINANCIAL** **Requested On:** 01/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL** **Requested On:** 11/2003
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL** **Requested On:** 10/2003
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

12

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**FACTACT FREE DISCLOSURE**
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
**Requested On:** 06/2005

**IPLACE.COM VIA CONSUMER INFO.COM**
POB 1007
ORANGE, CA 92865
(866) 673-0140
**Requested On:** 04/2005
**Permissible Purpose:** CONSUMER INITIATED TRANSACTION

**MICHAEL LEE YOUNG VIA TRUE LINK, INC.**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
**Requested On:** 04/2005
**Permissible Purpose:** CONSUMER REQUEST

**ALLSTATE FLORIDA GLF RGN**
P O BOX 2000
CONWAY, AR 72032
(501) 342-2929
**Requested On:** 03/2005
**Permissible Purpose:** INSURANCE UNDERWRITING

**ALLSTATE/ACXIOM**
ALLSTATE/ACXIOM
CONWAY, AR 72033
(501) 342-1000
**Requested On:** 03/2005
**Permissible Purpose:** INSURANCE UNDERWRITING

**MIDLAND CREDIT MANAGEMEN**
8875 AERO DR STE 200
SAN DIEGO, CA 92123
(800) 825-8131
**Requested On:** 11/2004

**MIDLAND CREDIT MANAGEMEN**
8875 AERO DR
SAN DIEGO, CA 92123
(619) 309-6960
**Requested On:** 05/2004

**MIDLAND CREDIT MANAGEMEN**
8875 AERO DR
SAN DIEGO, CA 92123
(619) 309-6960
**Requested On:** 05/2004

**MIDLAND CREDIT MANAGEMEN**
8875 AERO DR
SAN DIEGO, CA 92123
(619) 309-6960
**Requested On:** 03/2004

**MIDLAND CREDIT MANAGEMEN**
8875 AERO DR
SAN DIEGO, CA 92123
(619) 309-6960
**Requested On:** 02/2004

**CAPITAL ONE BANK** Requested On: 01/2005
4851 COX RD. #12038-0460
GLEN ALLEN, VA 23060
(800) 955-7070

**DISCOVER FINANCIAL SERVI** Requested On: 01/2005
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**CAPITAL ONE FSB** Requested On: 12/2004
11013 W BROAD ST
GLEN ALLEN, VA 23060-5937
(800) 955-7070

**FIRST USA** Requested On: 12/2004
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**CAPITAL ONE BANK** Requested On: 11/2004
4851 COX RD. #12038-0460
GLEN ALLEN, VA 23060
(800) 955-7070

**GENWORTH FINANCIAL** Requested On: 11/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**DISCOVER FINANCIAL SERVI** Requested On: 10/2004
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**GENWORTH FINANCIAL** Requested On: 10/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**DISCOVER FINANCIAL SERVI** Requested On: 09/2004
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**AIG** Requested On: 08/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**GENWORTH FINANCIAL** Requested On: 08/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**GENWORTH FINANCIAL** Requested On: 07/2004
6620 WEST BROAD ST BLDG 4
RICHMOND, VA 23230
Phone number not available

**CAPITAL ONE FSB** Requested On: 01/2005
11013 W BROAD ST
GLEN ALLEN, VA 23060-5937
(800) 955-7070

**CAPITAL ONE BANK** Requested On: 12/2004
4851 COX RD. #12038-0460
GLEN ALLEN, VA 23060
(800) 955-7070

**DISCOVER FINANCIAL SERVI** Requested On: 12/2004
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**THE HARTFORD** Requested On: 12/2004
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**DISCOVER FINANCIAL SERVI** Requested On: 11/2004
PO BOX 15316
WILMINGTON, DE 19850-5316
Phone number not available

**CAPITAL ONE FSB** Requested On: 10/2004
11013 W BROAD ST
GLEN ALLEN, VA 23060-5937
(800) 955-7070

**FIRST USA** Requested On: 10/2004
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**HOMEFIELD FINANCIAL INC** Requested On: 10/2004
410 EXCHANGE SUITE
IRVINE, CA 92602
(714) 619-7591

**AIG** Requested On: 08/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**FIRST USA** Requested On: 08/2004
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081-2822
Phone number not available

**AIG** Requested On: 07/2004
505 CARR RD
WILMINGTON, DE 19809-2800
Phone number not available

**THE HARTFORD** Requested On: 07/2004
8 FARM SPRINGS RD
FARMINGTON, CT 06032-2526
Phone number not available

**BANK OF AMERICA NA**
AZ9-503-02-18
1825 E BUCKEYE RD
PHOENIX, AZ 85034
(602) 597-3018
**Requested On:** 06/2003

## Should you wish to contact TransUnion, you may do so,

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 8:00 p.m. Eastern Time, Monday through Friday, except major holidays. **Residents of Alaska and Hawaii please note: Hours of operation are 8:30 a.m. to 4:30 p.m. in your local time zone.**

For all correspondence, please have your TransUnion file number available (located at the top of this report).

Michael L. Young
11 Wyndham Lane
Palm Beach Gardens, FL 33418
Phone: (954) 444-0579

E-mail: youngmike11@aol.com

4 September 2006

Trans Union
P O Box 1000
Chester, PA 19022

153018368

Dear Sir/Madam:

Trans Union continues to report Bankruptcy on my credit report and refers to Citi Bank.

Again I submit Citi Bank correspondence dated March 22, 2006 stating they have no record of any bankruptcy.

Please remove this error from my report or provide full details of how Trans Union has continued to confirm this erroneous information over such an extended period of time.

Also please issue a new credit score and advise all inquiries of the past year of corrected report and score.

Yours truly,

Michael Young

Via: Certified Mail-Return Receipt

Cc: Mr. Barry Balmuth, Esq.

1662

Citibank Service Center
100 Citibank Drive
San Antonio, TX 78245-3214

citi

March 22, 2006

Michael L Young
11 Wyndham Ln.
Palm Beach Gardens, FL 33418

Reference # 060801324178 /EAG/ACCOUNT # 8007666832

Dear Client:

We are contacting you in regard to your inquiry concerning a credit bureau report on the above referenced loan.

We verified the information reported to our subscribing credit bureaus, Experian, Equifax, TransUnion. This account does not reflect as a bankruptcy status.

If you have a current credit report indicating the account as different, please remit a clear copy of the credit report, and a copy of your social security card, and we will research this matter further We have enclosed an envelope for your convenience.

We regret any inconvenience this may have caused

If you have any questions, please call Citiphone Banking at 1-800-685-0935, Monday - Friday, from 8 30 a.m - 8 00 p.m Eastern Time Speech or hearing impaired customers may call our text telephone service at 1-800-945-0258 One of our representatives will be happy to help you. You may also access your account information online at www citibankonline com.

Thank you for banking with Citibank. We appreciate the opportunity to serve you

Sincerely,

T. Gonzales

Client Research

Enc 1 - envelope

The Citibank Service Center provides client account services for Citibank, N A., Citibank Texas, N.A., Citibank (West), FSB.