UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80031-CIV-MIDDLEBROOKS/JOHNSON

MICHAEL L. YOUNG,

Plaintiff,

v.

REED ELSEVIER INC., et al.,

Defendants.

_______________________________________/

**REED ELSEVIER'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Defendant, Reed Elsevier, Inc. ("Reed"), pursuant to S.D.Fla.L.R. 7.5, hereby moves unopposed for an enlargement of time to serve a response to plaintiff's motion for leave to file second amended complaint and, in support thereof, states as follows:

1. The current deadline for serving a response is Friday, June 1, 2007.

2. However, the parties are attempting to resolve the motion and are in need of additional time to continue those discussions.

3. As s result, Reed is in need of an extension of time, through and including Monday, June 11, 2007, to serve a response to plaintiff's motion for leave to amend.

4. Counsel for plaintiff does not object to the relief sought in this motion.

5. This motion is filed in good faith and not for the purpose of delay.

Dockets.Justia.com

6. The relief requested will not prejudice any party, as demonstrated by the lack of opposition.

WHEREFORE, Reed Elsevier, Inc. respectfully requests that the Court grant an enlargement of time, through and including Monday, June 11, 2007 for Reed Elsevier, Inc. to serve a response to plaintiff's motion for leave to amend and for any further relief that the Court considers just and appropriate.

Respectfully submitted,

______________________________

John R. Whittles
Florid Bar No. 0178802
Richman Greer, P.A.
One Clearlake Centre, Suite 1504
250 Australian Avenue South
West Palm Beach, FL 33401
Telephone: (561) 803-3512
Telecopier: (561) 820-1608
E-mail: jwhittles@richmangreer.com

Ronald I. Raether, Jr. (pro hac vice)
Ohio Bar No. 0067731
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3733
Telecopier: (937) 227-3717
E-mail: rraether@ficlaw.com

*Attorneys for Defendants*
*Reed Elsevier Inc. and Seisint, Inc.*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of this Motion for Enlargement of Time to Serve Response to Plaintiff's Motion for Leave to File A Second Amended Complaint was served via facsimile transmission and U.S. Mail on this ______ day of June 2007 to:

Barry S. Balmuth
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, FL 33401
*Counsel for Plaintiff Michael L. Young*

Franklin G. Cosmen
Fowler White Burnett PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302
*Counsel for Defendant Trans Union LLC*

Trevor G. Hawes
Cole, Scott & Kissane, P.A.
1805 Copeland Street
Jacksonville, FL 32204
*Counsel for Defendant Citibank, Federal Savings Bank; Citibank (West), FSB; and Citimortgage, Inc.*

JOHN R. WHITTLES