UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80031-CIV-MIDDLEBROOKS/JOHNSON

MICHAEL L. YOUNG,

Plaintiff,

v.

REED ELSEVIER INC., et al.,

Defendants.

_______________________________________/

**ORDER GRANTING REED ELSEVIER'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

**THIS CAUSE** came before the Court upon defendant, Reed Elsevier, Inc.'s motion for extension of time to serve a response to plaintiff's motion for leave to file a second amended complaint. The Court, having reviewed the motion and the Court file and being otherwise fully advised in the premises, finds that good cause exists to warrant granting the instant motion. It is therefore,

**ORDERED AND ADJUDGED** that the motion is ***GRANTED.*** Reed Elsevier, Inc. shall have through and including Monday, June 11, 2007 within which to serve a response to plaintiff's motion for leave to fie a second amended complaint.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida this __day of June 2007.

_______________________________________
DISTRICT COURT JUDGE

Copies provided to:

Ron I. Raether, Jr., Esquire

John Whittles, Esquire

Barry S. Balmuth, Esquire

Franklin G. Cosmen, Esquire

Trevor G. Hawes, Esquire

Dockets.Justia.com