UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 07-80031-CIV-MIDDLEBROOKS/JOHNSON

MICHAEL L. YOUNG,

Plaintiff,

v.

REED ELSEVIER INC., ET AL.,

Defendants.

_______________________________/

**TRIAL WITNESS LIST OF REED ELSEVIER INC. AND SEISINT, INC.**

1. Carol Chigos
LexisNexis Risk & Information Analytics Group
6601 Park of Commerce Blvd.
Boca Raton, FL

2. Brian Worley
LexisNexis Risk & Information Analytics Group
9443 Springboro Pike
Miamisburg, OH

3. Linda Straub
LexisNexis Risk & Information Analytics Group
100 South Fifth Street
Suite 300
Minneapolis, MN

4. Lisa Simmons
LexisNexis Risk & Information Analytics Group
6601 Park of Commerce Blvd.
Boca Raton, FL

Dockets.Justia.com

5. Michael L. Young
c/o Barry S. Balmuth
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, FL

Reed and Seisint reserve the right to call any and all witnesses identified on Plaintiff's witness list or disclosed by continuing discovery. Additionally, Reed and Seisint may seek to call an employee of one of the Citibank Defendants based on the ongoing discovery regarding the information purportedly provided to Citibank by Seisint. Finally, Reed, Seisint, and Plaintiff agree that Reed and Seisint may identify an expert witness at a later date based on the testimony offered by Plaintiff's expert witnesses.

Respectfully submitted,

FB# 0013484
FOR

John R. Whittles
Florid Bar No. 0178802
Richman Greer, P.A.
One Clearlake Centre, Suite 1504
250 Australian Avenue South
West Palm Beach, FL 33401
Telephone: (561) 803-3512
Telecopier: (561) 820-1608
E-mail: jwhittles@richmangreer.com

Ronald I. Raether, Jr. (admitted pro hac vice)
Ohio Bar No. 0067731
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3733
Telecopier: (937) 227-3717
E-mail: rraether@ficlaw.com

Attorneys for Defendants
Reed Elsevier Inc. and Seisint, Inc.

## CERTIFICATE OF SERVICE

I certify that on the 29th day of June, 2007, I electronically filed and served the foregoing Trial Witness List of Reed Elsevier Inc. and Seisint, Inc. on counsel for all parties:

Barry S. Balmuth
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, FL 33401

Counsel for Plaintiff Michael L. Young

Franklin G. Cosmen
Fowler White Burnett PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302

Counsel for Defendant Trans Union LLC

Trevor G. Hawes
Cole, Scott & Kissane, P.A.
1805 Copeland Street
Jacksonville, FL 32204

Counsel for Defendant Citibank Federal Savings Bank, Citibank (West), FSB; and CitiMortgage, Inc.

FBN 0013488
FOR
John R. Whittles

184988.1