IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

MICHAEL L. YOUNG,
Plaintiff
v.
REED ELSEVIER, INC., SEISINT, INC., CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANSUNION, LLC,
Defendants.

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Trans Union LLC ("Trans Union"), files this its Unopposed Motion to Continue Trial pursuant to S.D. Fla. L.R. 7.6 and the Court's Pretrial Scheduling Order,[1] and would respectfully show the Court as follows:

## I. Introduction

1. Plaintiff brought this suit against Defendants for damages for alleged violations of the Fair Credit Reporting Act, as well as state law claims of libel, negligent infliction of emotional distress and intentional infliction of emotion distress. A review of the Court's file reveals the following: on May 16, 2007, the Court entered the Pretrial Scheduling Order, on June 18, 2007, the Court granted Plaintiff's Motion for Leave to File Second Amended Complaint; on June 25, 2007, Citibank Federal Savings Bank, Citibank (West) FSB and Citimortgage (the "Citibank Defendants") filed their Answer to Plaintiff's Second Amended Complaint, on June 29, 2007, Reed Elsevier Inc. and Seisint, Inc. (the "Reed Elsevier Defendants") filed their Answer to Plaintiff's Second

[1] The Court's May 16, 2007 Pretrial Scheduling Order states that ". . . a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is set to commence. " (Dkt. #16. ¶ 6). Trial is currently set for the two-week period commencing October 15, 2007. (Dkt. #13.) As such, this Motion is timely filed.



Dockets.Justia.com

Amended Complaint, and on July 2, 2007, Trans Union filed its Answer to Plaintiff's Second Amended Complaint.

2. The Court's May 16, 2007 Scheduling Order sets the following key deadlines, among others: Expert Report Deadline – July 12, 2007; Discovery Cutoff – July 23, 2007; all Pretrial Motions and Memoranda of Law – August 6, 2007 (Dkt. #16). The Court's April 18, 2007 Order of Reference and Setting Trial Date in a Civil Case set trial for the two-week period commencing October 15, 2007. (Dkt. #13)

3. The Parties held their Rule 26 Joint Scheduling Conference on February 26, 2007, and filed their Joint Scheduling Report on March 6, 2007.[2] (Dkt. #11). Since that time, the parties have exchanged written discovery, negotiated and agreed to a protective order, supplemented written discovery, set five depositions to occur over the next three weeks, identified experts and exchanged witness lists.

4. The Court's May 16, 2007 Scheduling Order sets a deadline to produce expert reports by July 12, 2007, but also sets the discovery cutoff eleven days later, on July 23, 2007. At this point the parties have collectively identified five expert witnesses, but pursuant to the Court's Order, have not yet produced reports.

5. Given the short amount of time between the expert report deadline and the close of discovery, coupled with Plaintiff's recent Amended Complaint, which incorporates new factual allegations as well as legal claims, Trans Union moves for a continuance of two months of the trial date and all other deadlines[3] due to the need for the Parties to have sufficient time to complete fact and expert discovery in this matter.

---

[2] Federal Rule of Civil Procedure 26(d) states that a party may not seek discovery form any source before the parties have conferred as required by Rule 26(f). FED. R. CIV. P. 26(d).

[3] Trans Union does not seek to extend the mediation deadline, nor the expert report deadline. See ¶ 9.

## II. Arguments and Authorities

6. Under Federal Rule of Civil Procedure 16(b)(6), "a schedule shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local rule, by a magistrate judge." FED. R. CIV. P. 16(b). Good cause exists to extend all deadlines in order to allow sufficient time to conduct discovery.

7. The instant case involves alleged claims under the Fair Credit Reporting Act and state law claims as to three separate Defendant groups. Given the short amount of time between the expert report deadline and the close of discovery, coupled with Plaintiff's recent Amended Complaint, which incorporates new factual allegations as well as legal claims, the Parties will need additional time beyond the current deadline to properly complete fact and expert discovery in this matter.

8. Accordingly, Trans Union requests a sixty (60) day extension of the following deadlines contained in the Court's May 16 Scheduling Order, which would specifically extend the deadlines as follows, or to dates which this Court finds reasonable.

| | **Original Scheduling Order** | **Revised Deadline** |
|---|---|---|
| Deadline to complete all discovery: | July 23, 2007 | September 21, 2007 |
| Deadline for filing Pretrial Motions and Memoranda of Law: | August 6, 2007 | October 5, 2007 |
| Joint Pretrial Stipulation must be filed. Designation of deposition testimony must be made: | September 17, 2007 | November 16, 2007 |
| Objections to the designations of deposition testimony must be filed. Please note that late designations will not be admissible absent truly exigent circumstances: | October 1, 2007 | November 30, 2007 |

| | | |
|---|---|---|
| Jury Instructions or Proposed Findings of Fact and Conclusions of Law: | October 9, 2007 | December 7, 2007 |
| Trial set for the two-week period commencing: | October 15, 2007 | December 17, 2007 |

9. Mediation in this case is currently set for August 20, 2007. This Motion does not seek to extend such deadline, nor the deadline to produce expert reports, which is currently July 12, 2007.

10. None of the Parties will be prejudiced by an extension of these deadlines and will allow the parties to properly complete discovery.

11. Pursuant to the Court's May 16, 2007 Pretrial Scheduling Order, this Motion to Continue is timely filed, as the date of filing is more than twenty days before the trial setting of October 15, 2007.

12. Counsel for Trans Union has conferred with counsel for Plaintiff, who has indicated that he is unopposed to same.

WHEREFORE, Trans Union prays that this Court extend the above-referenced deadlines, execute the Order to Continue Trial, which is filed herewith, and for all other just and appropriate relief.

Respectfully submitted,

s/*Frank G. Cosmen, Jr.*

**Frank G. Cosmen, Jr.**
Bar No. 0089214
Fowler White Burnett P.A.
Espirito Santo Plaza
1395 Brickell Ave., 14th Floor
Miami, Florida 33131-3302
(305) 789-9229
(305) 632-0919 (Fax)
and

**Erik Grohmann** *(admitted Pro Hac Vice)*
**Strasburger & Price LLP**
2801 Network Boulevard
Suite 600
Frisco, TX 75034
(469) 287-3920
(469) 227-6562 (Fax)
**ATTORNEY FOR DEFENDANT**
**TRANS UNION, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff on Tuesday, July 3, 2007 regarding the filing of this motion. Plaintiff is unopposed to the relief requested herein.

s/*ERIK GROHMANN*
ERIK GROHMANN

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Frank G. Cosmen, Jr.*
FRANKLIN G. COSMEN

**SERVICE LIST**
MICHAEL L. YOUNG versus REED ELSEVIER, INC., et al
**CASE NO. CASE NO: 9:07-CV-80031-MIDDLEBROOKS**
United States District Court, Southern District of Florida, Palm Beach Division

Barry S. Balmuth
balmuthlaw@alum.emory.edu
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
Counsel for Plaintiff, Michael L. Young
***Service through CM/ECF System***

Ronald I. Raether, Jr.
rraether@ficlaw.com
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SE
Dayton, OH 45402
Telephone: 937-227-3733
Facsimile: 937-227-3717
Counsel for Defendant, Reed Elsevier, Inc. and Seisnt, Inc.
***Service through CM/ECF System***

Trevor G. Hawes
Cole, Scott & Kissane, P.A.
1805 Copeland Street
Jacksonville, Florida 32204
tel. 904.399-2900
direct 904.854.0033
fax. 904.399-2110
trevor.hawes@csklegal.com
Counsel for Defendant, Citibank Federal Savings Bank; Citibank (West), FSB; and Citimortgage, Inc.
***Service through CM/ECF System***

John Robert Whittles
jwhittles@richmangreer.com
Richman Greer, P.A.
250 Australian Avenue, South, Suite 1504
West Palm Beach, FL 33401-5016
Telephone: 561-803-3500
Facsimile: 561-820-1608
Counsel for Defendant, Reed Elsevier, Inc. and Seisnt, Inc.
***Service through CM/ECF System***