IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

MICHAEL L. YOUNG,
    Plaintiff
v.
REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,
    Defendants.

**ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE TRIAL**

This Court, having considered Trans Union LLC's Unopposed Motion to Continue Trial, finds that the Motion is well taken and should in all respects be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Unopposed Motion to Continue Trial is granted. Trial of this matter is continued by sixty (60) days to December 17, 2007 and the following deadlines revised as follows:

|  | Original Scheduling Order | Revised Deadline |
|---|---|---|
| Deadline to complete all discovery: | July 23, 2007 | September 21, 2007 |
| Deadline for filing Pretrial Motions and Memoranda of Law: | August 6, 2007 | October 5, 2007 |
| Joint Pretrial Stipulation must be filed. Designation of deposition testimony must be made: | September 17, 2007 | November 16, 2007 |
| Objections to the designations of deposition testimony must be filed. Please note that late designations will not be admissible absent truly exigent circumstances: | October 1, 2007 | November 30, 2007 |
| Jury Instructions or Proposed Findings of Fact and Conclusions of Law: | October 9, 2007 | December 7, 2007 |
| Trial set for the two-week period commencing: | October 15, 2007 | December 17, 2007 |

Signed this _____ day of _____, 2007.

_____
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record