IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

MICHAEL L. YOUNG,
Plaintiff
v.
REED ELSEVIER, INC., SEISINT, INC., CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANSUNION, LLC,
Defendants.

**DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR LEAVE FOR CLIENT REPRESENTATIVE TO ATTEND INITIAL MEDIATION VIA TELEPHONE**

Defendant Trans Union LLC (hereinafter "Trans Union") files its Unopposed Motion for Leave for Client Representative to Attend Initial Mediation via Telephone and pursuant to LCvR 16.2 would respectfully show the Court as follows:

1. Mediation is currently scheduled for August 20, 2007 at 9:00 a.m. Trans Union's national counsel, Paul L. Myers or Erik J. Grohmann, will attend the mediation in person. Trans Union requests, however, that its client representative, Patricia Norris, be allowed to participate in this matter by telephone from her office in Chicago, Illinois.

2. Ms. Norris will have full authority to settle this matter.

**A. IT WOULD BE EXPENSIVE FOR TRANS UNION'S REPRESENTATIVE TO TRAVEL TO THE CONFERENCE.**

3. Trans Union's representative that would appear at the settlement conference in this matter, Ms. Norris, is located in Chicago, Illinois. Trans Union would incur significant travel expenses if Ms. Norris is required to travel to West Palm Beach, Florida to participate in the settlement conference. On the other hand, the parties' goal of conserving costs and expenses associated with this litigation would be furthered by



Dockets.Justia.com

allowing Trans Union's client representative to participate in the conference by telephone.

**B. TRANS UNION HAS SUCCESSFULLY PARTICIPATED IN SETTLEMENT CONFERENCES BY TELEPHONE.**

4. Trans Union's representatives have successfully participated in settlement conferences by telephone in other cases. Accordingly, Trans Union does not believe that the parties' ability to seek settlement would be negatively impacted should its representative be allowed to participate by telephone.

**C. PLAINTIFF IS NOT OPPOSED TO TRANS UNION'S MOTION.**

5. Counsel for Plaintiff has indicated that he is unopposed to Trans Union's Motion and Request for telephonic participation in mediation efforts.

**D. CONCLUSION**

6. For the reasons set forth above, Trans Union requests that its client representative be allowed to participate in the upcoming settlement conference by telephone.

Dated this 2nd day of August, 2007.

Respectfully submitted,

s/ *Franklin G. Cosmen*

**FRANKLIN G. COSMEN**
Florida Bar No. 0089214
**Fowler White Burnett P A**
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131-3302
(305) 789-9229
(305) 789-9201 (Fax)
fcosmen@fowler-white.com
and

**ERIK GROHMANN** *(admitted Pro Hac Vice)*
**Strasburger & Price LLP**
2801 Network Boulevard
Suite 600
Frisco, TX 75034
(469) 287-3920
(469) 227-6562
erik.grohmann@strasburger.com

**COUNSEL FOR DEFENDANT TRANS UNION LLC**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Trans Union has conferred with counsel for Plaintiff regarding this Motion. Counsel for Plaintiff has stated that he has no objection thereto.

s/ *Franklin G. Cosmen*
FRANKLIN G. COSMEN

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Franklin G. Cosmen*
FRANKLIN G. COSMEN

**SERVICE LIST**

MICHAEL L. YOUNG versus REED ELSEVIER, INC., et al

**CASE NO. CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

United States District Court, Southern District of Florida, Palm Beach Division

Barry S. Balmuth
balmuthlaw@alum.emory.edu
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
Counsel for Plaintiff, Michael L. Young
***Via CMRRR***

Ronald I. Raether, Jr.
rraether@ficlaw.com
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SE
Dayton, OH 45402
Telephone: 937-227-3733
Facsimile: 937-227-3717
Counsel for Defendant, Reed Elsevier, Inc. and Seisnt, Inc.
***Via U.S. Mail***

Trevor G. Hawes
Cole, Scott & Kissane, P.A.
1805 Copeland Street
Jacksonville, Florida 32204
tel. 904.399-2900
direct 904.854.0033
fax. 904.399-2110
trevor.hawes@csklegal.com
Counsel for Defendant, Citibank Federal Savings Bank; Citibank (West), FSB; and Citimortgage, Inc
***Via U.S. Mail***

John Robert Whittles
jwhittles@richmangreer.com
Richman Greer, P.A.
250 Australian Avenue, South, Suite 1504
West Palm Beach, FL 33401-5016
Telephone: 561-803-3500
Facsimile: 561-820-1608
Counsel for Defendant, Reed Elsevier, Inc. and Seisnt, Inc.
***Via U.S. Mail***