IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

MICHAEL L. YOUNG,
Plaintiff
v.
REED ELSEVIER, INC., SEISINT, INC., CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANSUNION, LLC,
Defendants.

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR LEAVE FOR CLIENT REPRESENTATIVE TO ATTEND INITIAL MEDIATION VIA TELEPHONE**

Came to be considered Defendant Trans Union LLC's Unopposed Motion for Leave for Client Representative to Attend Initial Mediation via Telephone. After considering the Motion, the Court is of the opinion that it should be granted.

It is ORDERED that Trans Union LLC is hereby given leave to attend the initial mediation, whenever scheduled, by telephone.

SIGNED THIS _______ day of ___________, 2007.

DONALD M. MIDDLEBROOKS
U. S. DISTRICT COURT JUDGE

cc: All Counsel of Record



2215230.1/SP/83057/0495/080107

Dockets.Justia.com