IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

MICHAEL L. YOUNG,
Plaintiff
v.
REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB, CITIMORTGAGE,
INC., and TRANSUNION, LLC,
Defendants.

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION**
**<u>TO STRIKE PLAINTIFF'S EXPERT WITNESS</u>**

Defendant Trans Union LLC ("Trans Union"), files this its Unopposed Motion to Extend Deadline to File Motion to Strike Plaintiff's Expert Witness pursuant to the Court's Pretrial Scheduling Order,[1] and would respectfully show the Court as follows:

## I. Introduction

1. Trans Union seeks an extension of time to file a Motion to Strike Plaintiff's Expert Evan Hendricks only. The current deadline for all pretrial motions is August 31, 2007. Because of scheduling issues, including Mr. Hendricks' unavailability for the first three weeks of August, the parties were unable to take his deposition before the discovery cutoff of August 20, 2007. However, the parties have agreed to depose him after the discovery cutoff, on September 12, 2007.

2. Plaintiff brought this suit against Defendants for damages for alleged violations of the Fair Credit Reporting Act, as well as state law claims of libel, negligent infliction of emotional distress and intentional infliction of emotion distress. The Court's

[1] The Court's May 16, 2007 Pretrial Scheduling Order states that ". . . a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is set to commence. " (Dkt. #16. ¶ 6). Trial is currently set for the two-week period commencing October 15, 2007. (Dkt. #13.) As such, this Motion is timely filed.



Dockets.Justia.com

May 16, 2007 Scheduling Order set the following key deadlines, among others: Expert Report Deadline – July 12, 2007; Discovery Cutoff – July 23, 2007; all Pretrial Motions and Memoranda of Law – August 6, 2007 (Dkt. #16). The Court's April 18, 2007 Order of Reference and Setting Trial Date in a Civil Case set trial for the two-week period commencing October 15, 2007. (Dkt. #13)

3. On June 18, 2007, the Court granted Plaintiff's Motion for Leave to File Second Amended Complaint.[2] On July 5, 2007, Trans Union filed its Unopposed Motion to Continue Trial. (Dkt. # 36) On July 6, 2007, the Court partially granted the Motion, resetting the Discovery Cutoff from July 23, 2007 to August 20, 2007, and the Pretrial Motions and Memorandum of Law deadline from August 6, 2007 to August 31, 2007. (Dkt. # 37)

4. The parties have worked diligently and cooperated in order to complete deposition discovery in this matter. Since July 9, 2007, twelve depositions have been taken, including: the Plaintiff, a Trans Union corporate representative, five Citibank corporate representatives, two third parties, and three of the four designated expert witnesses.

5. Because of scheduling issues, including Mr. Hendricks' unavailability for the first three weeks in August due to a previously-scheduled vacation, the parties were unable to schedule his deposition within the Discovery Period. However, the parties agreed to depose Mr. Hendricks outside of the Discovery Period, and it is currently set for September 12, 2007, in Washington, D.C.

[2] On June 25, 2007, Citibank Federal Savings Bank, Citibank (West) FSB and Citimortgage (the "Citibank Defendants") filed their Answer to Plaintiff's Second Amended Complaint, on June 29, 2007, Reed Elsevier Inc. and Seisint, Inc. (the "Reed Elsevier Defendants") filed their Answer to Plaintiff's Second Amended Complaint, and on July 2, 2007, Trans Union filed its Answer to Plaintiff's Second Amended Complaint.

6. As such, Trans Union respectfully requests the Court to extend the deadline to file a motion to strike the expert testimony of Mr. Hendricks until two weeks after his deposition, September 26, 2007, or to a date which this Court finds reasonable, to allow Trans Union to have sufficient time to review the transcript, and then prepare and file a motion to strike him.

## II. Arguments and Authorities

7. Under Federal Rule of Civil Procedure 16(b)(6), "a schedule shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local rule, by a magistrate judge." FED. R. CIV. P. 16(b). Good cause exists to extend the deadline to file a Motion to Strike Mr. Hendricks only.

8. The instant case involves alleged claims under the Fair Credit Reporting Act and state law claims as to three separate Defendant groups. Given the inability to schedule the deposition of Mr. Hendricks until after discovery period and pre-trial motions deadlines, Trans Union will need additional time beyond the current deadline to prepare and file a motion to strike Mr. Hendricks.

9. Accordingly, Trans Union requests an extension of the deadline to file a Motion to Strike the Expert Opinion of Evan Hendricks only, to two weeks after the deposition has been completed, September 26, 2007, or to a date which this Court finds reasonable.

10. This Motion does not seek to extend any other deadline.

11. None of the Parties will be prejudiced by an extension of this deadline.

12. Pursuant to the Court's May 16, 2007 Pretrial Scheduling Order, this Motion to Continue is timely filed, as the date of filing is more than twenty days before the trial setting of October 15, 2007.

13. Counsel for Trans Union has conferred with counsel for Plaintiff, who has indicated that he is unopposed to same.

WHEREFORE, Trans Union prays that this Court extend the above-referenced deadline, execute the Order Granting Same, which is filed herewith, and for all other just and appropriate relief.

Respectfully submitted,

s/*Frank G. Cosmen, Jr.*

**Frank G. Cosmen, Jr.**
Bar No. 0089214
Fowler White Burnett P.A.
Espirito Santo Plaza
1395 Brickell Ave., 14th Floor
Miami, Florida 33131-3302
(305) 789-9229
(305) 632-0919 (Fax)
and
**Erik Grohmann** *(admitted Pro Hac Vice)*
**Strasburger & Price LLP**
2801 Network Boulevard
Suite 600
Frisco, TX 75034
(469) 287-3920
(469) 227-6562 (Fax)
**ATTORNEY FOR DEFENDANT**
**TRANS UNION, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff regarding the filing of this motion. Plaintiff is unopposed to the relief requested herein.

s/*ERIK GROHMANN*
ERIK GROHMANN

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 of August, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Frank G. Cosmen, Jr.*
FRANKLIN G. COSMEN

**SERVICE LIST**
MICHAEL L. YOUNG versus REED ELSEVIER, INC., et al
**CASE NO. CASE NO: 9:07-CV-80031-MIDDLEBROOKS**
United States District Court, Southern District of Florida, Palm Beach Division

Barry S. Balmuth
balmuthlaw@alum.emory.edu
Barry S. Balmuth, P.A.
Centurion Tower
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
Counsel for Plaintiff, Michael L. Young
***Service through CM/ECF System***

Ronald I. Raether, Jr.
rraether@ficlaw.com
Faruki Ireland & Cox
10 N Ludlow Street
500 Courthouse Plaza, SE
Dayton, OH 45402
Telephone: 937-227-3733
Facsimile: 937-227-3717
Counsel for Defendant, Reed Elsevier, Inc. and Seisnt, Inc.
***Service through CM/ECF System***

Trevor G. Hawes
Cole, Scott & Kissane, P.A.
1805 Copeland Street
Jacksonville, Florida 32204
tel. 904.399-2900
direct 904.854.0033
fax. 904.399-2110
trevor.hawes@csklegal.com
Counsel for Defendant, Citibank Federal Savings Bank; Citibank (West), FSB; and Citimortgage, Inc.
***Service through CM/ECF System***

John Robert Whittles
jwhittles@richmangreer.com
Richman Greer, P.A.
250 Australian Avenue, South, Suite 1504
West Palm Beach, FL 33401-5016
Telephone: 561-803-3500
Facsimile: 561-820-1608
Counsel for Defendant, Reed Elsevier, Inc. and Seisnt, Inc.
***Service through CM/ECF System***