IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO: 9:07-CV-80031-MIDDLEBROOKS**

MICHAEL L. YOUNG,
Plaintiff
v.
REED ELSEVIER, INC., SEISINT, INC., CITIBANK, FEDERAL SAVINGS BANK, CITIBANK (WEST), FSB, CITIMORTGAGE, INC., and TRANSUNION, LLC,
Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE <u>MOTION TO STRIKE PAINTIFF'S EXPERT WITNESS</u>**

This Court, having considered Trans Union LLC's Unopposed Motion to Extend Deadline to File Motion to Strike Plaintiff's Expert Witness, finds that the Motion is well taken and should in all respects be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Unopposed Motion to Extend Deadline to File Motion to Strike Expert Opinion of Evan Hendricks is granted. The deadline to file a Motion to Strike the Expert Opinion of Evan Hendricks is set for two weeks after the date of his deposition.

Signed this _____ day of ____________________, 2007.

______________________________
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record



Dockets.Justia.com