**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 07-80031-CIV-MIDDLEBROOKS/JOHNSON

MICHAEL YOUNG,

Plaintiff,

v.

REED ELSEVIER, INC., SEISINT, INC.,
CITIBANK, FEDERAL SAVINGS BANK,
CITIBANK (WEST), FSB,
CITIMORTGAGE, INC., and TRANS
UNION, LLC,

Defendants.
_______________________________________/

**ORDER**

This Cause comes before the Court on Defendant Trans Union's Unopposed Motion to Extend Deadline to File Motion to Strike Plaintiff's Expert Witness (DE 43). The Court has reviewed the record and is fully advised in the premises.

In this case, Plaintiff Michael Young ("Young") brings a claim against Defendant Trans Union LLC ("Trans Union") under the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, et seq. Trial is set for the two-week trial calendar period beginning October 15, 2007 (DE 13). The Pretrial Scheduling Order signed by Magistrate Judge Linnea R. Johnson on May 15, 2007 (DE 16) provided that the Discovery Deadline was July 23, 2007, the deadline for all Pretrial Motions was August 6, 2007, and the Pretrial Stipulation is due September 17, 2007. Following the filing of Young's Second Amended Complaint and all of the Defendants' Answers, Trans Union sought to continue the trial date. While I denied the continuance, I did reset the Discovery



Dockets.Justia.com

Deadline to August 20, 2007 and the Pretrial Motions and Memorandum of Law deadline to August 31, 2007 (DE 37). Defendant states that, due to scheduling issues, including a three-week absence on the part of the expert witness, it could not schedule the deposition of Mr. Evan Hendricks, Plaintiff's expert witness, within the Discovery Period; however, the Parties agreed to depose him outside of the Discovery Period, on September 12, 2007. Thus, Defendant seeks an extension of time to file its motion to strike the expert testimony of Mr. Hendricks until September 26, 2007.

The Federal Rules of Civil Procedure provide that "[w]hen by these rules . . .. an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . . ." Fed. R. Civ. P. 6(b). While extensions of time are generally disfavored, Defendant has shown good cause for this extension of time.

Accordingly, it is

ORDERED AND ADJUDGED that Defendant Trans Union's Unopposed Motion to Extend Deadline to File Motion to Strike Plaintiff's Expert Witness is GRANTED. The deadline to file a motion to strike the testimony of the expert witness, Mr. Evan Hendricks, is **September 26, 2007**.

DONE AND ORDERED in Chambers at West Palm Beach, FL, this 29th day of August 2007.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to counsel of record